**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  Josh Franklin Sigal
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  916) 554-2700

**FILED**

JUL 2 2 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | 2:15 - MJ - 0 1 5 1   AC |
| | **SEALING ORDER** |
| | **UNDER SEAL** |
| v. | |
| **MICHAEL CAREY CLEMANS,** | |
| Defendant. | |

   Upon application of the United States of America and good cause having been shown,

   **IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: July 22, 2015

_____
Hon. Allison Claire
UNITED STATES MAGISTRATE JUDGE