1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:15-MJ-0151 AC
12 |                      Plaintiff,     | FINDINGS AND ORDER EXTENDING TIME FOR
   |                                     | PRELIMINARY HEARING PURSUANT TO RULE
13 |           v.                        | 5.1(d) AND EXCLUDING TIME
14 | MICHAEL CAREY CLEMANS,              | DATE: September 4, 2015
   |                                     | TIME: 2:00 p.m.
15 |                      Defendant.     | COURT: Hon. Kendall J. Newman

16

17

18      The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on September 1, 2015.

20 The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22 5.1(d) of the Federal Rules of Criminal Procedure.

23      Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 of justice served by excluding this period of time in which an indictment must be returned outweigh the

25 best interests of the public and the defendant in the speedy return of an indictment and a speedy trial. 18

26 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect

27 the public interest in the prompt disposition of criminal cases.

28      THEREFORE, FOR GOOD CAUSE SHOWN:

   [PROPOSED] FINDINGS AND ORDER                    1

1. The date of the preliminary hearing is extended to October 22, 2015, at 2:00 p.m.

2. The time between September 4, 2015, and October 22, 2015, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  September 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE