BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>                v.<br><br>MICHAEL CAREY CLEMANS,<br><br>                        Defendant. | CASE NO.  15-CR-227 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 12, 2016<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 12, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until February 9, 2016 at 9:15 a.m., and to exclude time between January 12, 2016, and February 9, 2016 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes several hundred pages of documents in addition to a significant amount of digital evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection or copying.

b)     The United States has provided a plea agreement to the defendant.  Defense counsel will need additional time to review the agreement as well as the discovery in the case with respect to the terms and factual basis of the agreement, and consult with his client regarding implications for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)     The government does not object to the continuance and is in the process of providing additional discovery to the defense.

d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 12, 2016 to February 9, 2016 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 8, 2016                     BENJAMIN B. WAGNER
                                            United States Attorney


                                            /s/ JOSH F. SIGAL
                                            JOSH F. SIGAL
                                            Assistant United States Attorney


Dated:  January 8, 2016                     /s/ DANIEL OLMOS
                                            DANIEL OLMOS
                                            Counsel for Defendant
                                            MICHAEL CAREY CLEMANS




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of January, 2016.


                                            /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE