1  BENJAMIN B. WAGNER
United States Attorney
2  JOSH F. SIGAL
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:15-CR-227 JAM

                        Plaintiff,         STIPULATION AND [PROPOSED] PROTECTIVE
12                                         ORDER REGARDING DISCOVERY

13                      v.

    MICHAEL CAREY CLEMANS,
14
                        Defendant.
15

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, Josh F. Sigal, Special Assistant United States Attorney, attorney for plaintiff, and Daniel

19  Olmos, Attorney for the defendant, that the Court should approve the proposed protective order

20  governing discovery.  The proposed protective order relates to the defense attorney and defense experts'

21  examination of computer data in this case.

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

STIPULATION AND PROPOSED PROTECTIVE ORDER          1

1    The parties agree that the ability of defense counsel to adequately advise his client will be

2   enhanced by the approval of this protective order.

3

4                                              Respectfully submitted,

5
     Dated:  April 1, 2016                     BENJAMIN B. WAGNER
6                                              United States Attorney

7
                                         By:   /s/ JOSH F. SIGAL
8                                              JOSH F. SIGAL
                                               Special Assistant United States Attorney
9

10
     Dated:  April 1, 2016                By:  /s/ DANIEL OLMOS
11                                             DANIEL OLMOS
                                               Attorney for Michael Carey Clemans
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED PROTECTIVE ORDER              2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>MICHAEL CAREY CLEMANS,<br><br>                    Defendant. | CASE NO.  2:15-CR-227 JAM<br><br>[PROPOSED] PROTECTIVE ORDER REGARDING DISCOVERY |

O R D E R

1.      It is ordered that the parties comply with the following protective order with respect to computer materials alleged to contain child pornography:

        a.      Upon request, Federal Bureau of Investigation agents shall make a duplicate copy of the hard drive(s) and any other storage media available for defense analysis;

        b.      The duplicate copies of the hard drive and storage media shall be made available for defense counsel, defense counsel staff, or another member of the defense team(s), and the defendant's proposed computer expert(s) to review at the Federal Bureau of Investigation offices in Sacramento, California, for the purpose of preparing for the defense of the above-entitled action.  The images on the hard drive and storage media shall not be viewed by any other person;

        c.      A private room will be provided for the defense examination.  No Government agents will be inside the room during the examination, and the room will not be monitored or recorded with audio or video equipment of any kind during the examination;

        d.      The expert or defense counsel will be permitted to bring whatever equipment, books, or records he or she believes may be necessary to conduct the examination;

        e.      Neither the defense expert nor defense attorneys nor the defense counsel staff shall remove the hard drive or other storage media from the confines of the law enforcement office;

        f.      With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the

STIPULATION AND PROPOSED PROTECTIVE ORDER                    3

1  expert or defense counsel may download and remove files or portions of files, provided the forensic

2  integrity of the hard drive is not altered.  The expert or defense counsel will certify in writing (using the

3  attached certification), that he or she has taken no materials which would be considered child

4  pornography, or data capable of being converted into child pornography, (under federal law) and that he

5  or she has not caused any child pornography to be sent from the law enforcement premises by any

6  means including by any electronic transfer of files;

7      g.      Except when a defense expert or defense counsel fails to provide this certification, no

8  Government agent, or any person connected with the Government, will examine or acquire in any

9  fashion any of the items used by the expert or defense counsel in order to conduct the defense analysis.

10  Should a defense expert or defense counsel fail to certify that the expert or counsel has not copied or

11  removed child pornography, or data capable of being converted into child pornography, Government

12  agents may then inspect or examine the materials in order to ensure that prohibited child pornography

13  has not been removed;

14      h.      When the defense indicates that it is finished with its review of the copy of the hard

15  drives, the drive(s) or other storage devices shall be "wiped" clean;

16      i.      Any disputes regarding the above or problems implementing this order shall be brought

17  to the attention of the court through representative counsel after first consulting opposing counsel.

18

19      IT IS SO ORDERED.

20

Dated:  April 5, 2016

21  _____

22  CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

STIPULATION AND PROPOSED PROTECTIVE ORDER          4

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____          _____

STIPULATION AND PROPOSED PROTECTIVE ORDER                    5