PHILLIP A. TALBERT
Acting United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CAREY CLEMANS,<br><br>Defendant. | CASE NO. 15-CR-227 JAM<br><br>STIPULATION REGARDING RESETTING BRIEFING SCHEDULE AND MOTION HEARING; FINDINGS AND ORDER<br><br>DATE: July 12, 2016<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a motions hearing on July 12, 2016, with the government's response to the defendant's motion to dismiss due on June 14, 2016, and the defendant's reply to the government's response due on June 21, 2016.

2.  By this stipulation, the parties now move to reset the briefing schedule and motions hearing date, and to exclude time between July 12, 2016, and August 9, 2016, under Local Codes T4 and E. The parties agree and propose that the government response to the defendant's motion be due on June 28, 2016, the defendant's reply to the government's response be due on July 12, and the hearing date be reset to August 9, 2016 at 9:15 a.m.

3.  The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes several hundred pages of documents in addition to a significant amount of digital evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection or copying.

b) The United States has provided a plea agreement to the defendant. Defense counsel will need additional time to review the agreement as well as the discovery in the case with respect to the terms and factual basis of the agreement, and consult with his client regarding implications for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government attorney assigned to this case starts a jury trial on Monday, June 13, 2016, which will last approximately one week, and respectfully requests additional time to conduct legal and factual research in order to properly respond to the defendant's pending motion in this case.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 12, 2016 to August 9, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

f) Additionally, time is excludable under the Speedy Trial Act in this case under 18 U.S.C. § 3161(h)(1)(D) [Local Code E], due to the pendency of the defendant's motion to dismiss Count Two of the indictment.

///

///

STIPULATION REGARDING RESETTING BRIEFING SCHEDULE AND MOTION HEARING

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 9, 2016   BENJAMIN B. WAGNER
United States Attorney

/s/ JOSH F. SIGAL
JOSH F. SIGAL
Assistant United States Attorney

Dated: June 9, 2016   /s/ DANIEL OLMOS
DANIEL OLMOS
Counsel for Defendant
MICHAEL CAREY CLEMANS

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of June, 2016

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE