

June 3, 2015

*Via Express Mail*

Special Agent Douglas Macfarlane
Federal Bureau of Investigation
801 International Drive
Linthicum, MD 21090

      Re:    Request for Information Pertaining to User Account: spitzinu@yahoo.com
              (Internal Reference No. 274710)
              (Requester's Reference No. 1:15-mj-00345)

Dear Special Agent Macfarlane:

Pursuant to a search warrant issued on May 29, 2015, in the above-referenced matter, Yahoo! Inc. ("Yahoo") conducted a diligent search for information responsive to your request, and hereby responds in accordance with state and federal law, including the Stored Communications Act, 18 U.S.C. § 2701 *et seq*.

Based upon its interpretation of the search warrant and considerable experience with requests from law enforcement and the challenges of dealing with voluminous data, Yahoo took the search warrant to be satisfied by the production of the following enclosed information regarding the user account specified in the search warrant, for the time period specified (if any), to the extent available from our system, including any information preserved in response to a request under 18 U.S.C. § 2703(f): (1) the user profile, as produced by the Yahoo Account Management Tool; (2) the dates, times, and Internet protocol addresses for logins (if any), as produced by the Login Tracker Tool; (3) the Messenger friends list, as produced by the Yahoo Account Management Tool; (4) a snapshot of the email account contents maintained in the account; (5) a snapshot of the messenger account contents maintained in the account; and (6) the Address Book contents. A declaration authenticating these records also is enclosed.

If you believe that the search warrant entitled you to the production of additional information, please contact Yahoo within ten calendar days of the date of this letter to explain the additional information you are seeking and the reason(s) you are entitled to it. After ten calendar days, any request for additional information may not be responded to unless accompanied by additional legal process.

To the extent any document provided herein contained information that exceeded the scope of your request, is protected from disclosure, or is otherwise not subject to production, we have redacted or otherwise removed such information. When reviewing the information provided, please note that Yahoo may not require or verify user information because it offers many of its services to users for free.

Please contact me if you have any questions.

Sincerely,

Mireille Delbecq
Legal Assistant
408-349-1864 (P)

Enclosure

701 First Avenue  Sunnyvale CA  94089
P 408 349 3300    F 408 349 3301

BUSINESS RECORDS DECLARATION

| | |
|---|---|
| Request for information regarding:<br>spitzinu@yahoo.com | DECLARATION OF<br>MIREILLE DELBECQ |

I, Mireille Delbecq, declare:

1. I am a Custodian of Records for Yahoo! Inc. ("Yahoo"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Yahoo. I make this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and the California Code of Evidence section 1561 and in response to a search warrant dated May 29, 2015 ("the request"). I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto is 1 DVD that contains true and correct copies of the following data pertaining to the user account identified in the request: (1) the user profile, as produced by the Yahoo! Account Management Tool; (2) the dates, times, and Internet protocol addresses for logins; (3) the Messenger friends list, as produced by the Yahoo! Account Management Tool; (4) a snapshot of the email account contents maintained in the account; (5) a snapshot of the messenger account contents maintained in the account; and (6) the Address Book contents. Yahoo's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice. Yahoo may not require or verify user information because it offers many of its services to users for free.

3. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: 6/3/2015

_____
Mireille Delbecq, Custodian of Records

Internal reference number: 274710

1796768 SEP



**National Court Order Compliance**

11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
1-800-635-6840
1-888-938-4715 (Fax)

DECLARATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

My name is Sebastian Parra. I am over the age of 18 and qualified to process this affidavit. I am employed by AT&T as a Legal Compliance Analyst and also serve as the Custodian of Records for AT&T. I have been employed by AT&T since Sept 2008. Attached to this Declaration are true and correct copies of subscriber information and/or call detail issued by AT&T for the following accounts:

Cellular Number(s):

IP Address(es): 76.217.153.104


Pursuant to 28 U.S.C. Sec.1746, I declare, under penalty of perjury, that the foregoing is true and correct.



Executed on July 1, 2015



*Sebastian Parra*
Sebastian Parra.
Compliance Security Analyst

<u>RULE 902(11) CERTIFICATE OF RECORDS OF REGULARLY CONDUCTED ACTIVITY</u>

1. I am an employee of Webminds, Inc. dba Dropshots.

My Title is CEO.

In the course of my employment, I have access to customer-related records of my employer, and I am authorized to certify these records as a custodian of records.

2. Pursuant to federal Grand Jury Subpoena Number 2:15-SW-436 EFB, my employer has produced records to the U.S. Attorney's Office for the Eastern District of California, consisting of documents relating to the account(s) or person(s) listed below.

3. Pursuant to Federal Rule of Evidence 902(11), I certify that the records produced in response to Grand Jury Subpoena # 2:15-SW-436 EFB

   (A) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; and

   (B) Were kept in the course of my employer's regularly conducted activity; and

   (C) Were made by my employer as a regular practice.

Under the penalties of perjury under the laws of the United States, I certify that the above is true and correct, and if called as a witness, I could competently testify thereto.

Executed this 7th day of August, 2017, at 1400 EDT.

_____
Name: Pierre Narath
Title: CEO

Account name(s) or number(s) for documents provided:

nicole2014, spitzinu2015, golden_retriever, and spitzinudog

CERTIFICATE PROVIDED TO:
ATTN:
The United States Attorney's Office
Eastern District of California
501 "I" Street, Suite 10-100
Sacramento, CA 95814

## RULE 902(11) CERTIFICATE OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

1.  I am an employee of First US Community Credit Union.

My Title is _____Collection Manager_____.

In the course of my employment, I have access to customer-related records of my employer, and I am authorized to certify these records as a custodian of records.

2.  Pursuant to federal Grand Jury Subpoena # 2015A-44-02, my employer has produced records to the U.S. Attorney's Office for the Eastern District of California, consisting of documents relating to the account(s) or person(s) listed below.

3.  Pursuant to Federal Rule of Evidence 902(11), I certify that the records produced in response to Grand Jury Subpoena # 2015A-44-02:

(A) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; and

(B) Were kept in the course of my employer's regularly conducted activity; and

(C) Were made by my employer as a regular practice.

Under the penalties of perjury under the laws of the United States, I certify that the above is true and correct, and if called as a witness, I could competently testify thereto.

Executed this _30_ day of _____June____, 2017_, at_ Sacramento, CA_____.

_____
Name: Leticia Otter
Title: Collection Manager

Account name(s) or number(s) for documents provided: __Michael Clemans #27767__

CERTIFICATE PROVIDED TO:
ATTN:
The United States Attorney's Office
Eastern District of California
501 "I" Street, Suite 10-100
Sacramento, CA 95814



Dropbox, Inc.
333 Brannan Street
San Francisco, CA 94107
legalcompliance@dropbox.com

**Certificate of Business Records**

Service date of process: 8/19/2015

Requesting individual: SA Scott Schofield

Name of business from whom records are sought: Dropbox, Inc.

Process reference number (assigned by Dropbox): CR-6000-1072

I, Lindsay Sovern, the undersigned, state:

1. I am the duly authorized custodian of the records.

2. My title is Analyst, Law Enforcement Response Team at Dropbox.

3. I have authority to certify as genuine copies of records of the above-named business.

4. Copies of the records transmitted herewith are documents related to the Dropbox account(s) identified in the above-referenced legal process. These records are true copies of all of the original records of the above-named business described in the legal process identified above, to the extent that the business has such records and could locate them using reasonable diligence.

5. The original records (referred to above in number 4) were prepared by the employees of the above-named business in the following manner: Downloading said records, encrypting them, and sending them to the requesting individual identified above.

6. The records referred to above were prepared by personnel of the above-named business in the ordinary course of business at or near the time of the act, condition, or event recorded therein.

I declare under penalty of perjury that the above is true and correct.

Executed on: July 10, 2017                    Name: Lindsay Sovern

Location: San Francisco, California           Signature:

CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __William Mackintosh__ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by __Western Union__ (business), and that my official title is __Fraud Investigator__ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of __Western Union__ (business), and that I am the custodian of the attached records consisting of _____ pages. I have provided the following records to the United States:

#800996 Mtigate Results 073015.xls workbook

I further state that:

    A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business activity of __Western Union__ (business); and

    C.    such records were made by __Western Union__ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_[Signature: William Mackintosh]_
(Signature)

07/30/2015
(Date)

12500 E Belford Ave, Englewood CO 80112
(Address)

720-332-1283
(Phone)

15-1 / 14-2431 / 14-1063