# EXHIBIT 1

**June 30, 2014 Photoshoot Western Union Transfer (from line 37 in WU spreadsheet)**

| US Amt | Control # | Sender Name | Send Agent | Sender Phone | Date |
|---|---|---|---|---|---|
| 250.00 | 9394451096 | MICHAEL CLEMANS | AKC383903 | 9169255984 | 6/30/2014 |

| Time | Sender Credit Card | Sender IP | Sender Address |
|---|---|---|---|
| 09:06:00 | 458155XXXXXX9603 | 114.109.185.133 | 700 BLACKMER CIRCLE   SACRAMENTO   CA   95825   US |

| Currency | Amount | Payee Name | Pay Agent | Payee Phone | Date |
|---|---|---|---|---|---|
| USD | 250.00 | LYAN TANDEG | API223327 | 9153368883 | 7/1/2014 |

| Pay Time | Payee DOB | Type of ID | Passport # | Payee Location |
|---|---|---|---|---|
| 01:49:00 | 1987.12.12 | A (Passport) | EB0108065 | DFA PAMPANGA |

**Payee Address**
BAMBANG TONDO MANILA PH

| Pay Currency | Amount | Send Agent Name | Send Agent Address |
|---|---|---|---|
| PHP | 10662.73 | WUINT WU DIG MT WEB ACCOUNT | 12150 E BELFORD AVE   ENGLEWOOD   CO   80112 |

| Pay Agent Name | Pay Agent Address |
|---|---|
| DA5 DOMINION PAWSNHOP | P GOMEZ STREET 640 COR CARRIEDO STREET   MANILA   1001   METRO MANILA   PH |

| Sender Email | Sender Preferred Card |
|---|---|
| CLEMANSM@HOTMAIL.COM | 682660946 |

**July 1, 2014 Photoshoot Western Union Transfer (from line 37 in WU spreadsheet)**

| US Amt | Control # | Sender Name | Send Agent | Sender Phone | Date |
|---|---|---|---|---|---|
| 550.00 | 6328335645 | MICHAEL CLEMANS | AKC034423 | 9169255984 | 7/2/2014 |

| Time | Sender ID | Sender Credit Card | Sender IP |
|---|---|---|---|
| 00:55:00 | NV DL 0804590037 | 458155XXXXXX9603 | 114.109.185.133 |

**Sender Address**
700 BLACKMER CIRCLE   SACRAMENTO
CA        95825     US

| Currency | Amount | Payee Name | Pay Agent | Payee Phone | Date |
|---|---|---|---|---|---|
| USD | 550.00 | LYAN TANDEG | API198874 | 9153368883 | 7/2/2014 |

| Pay Time | Payee DOB | Type of ID | Passport # | Payee Location |
|---|---|---|---|---|
| 03:30:00 | 1987.12.12 | A (Passport) | EB0108065 | |

**Payee Address**
BAMBANG TONDO MANILA PH

| Pay Currency | Amount | Send Agent Name | Send Agent Address | | |
|---|---|---|---|---|---|
| PHP | 23432.22 | WU WEB MT SENDING AGENT NONARS | 12500 BELFORD AVE | | |
| | | | ENGLEWOOD | CO | 80112 |

| Pay Agent Name | Pay Agent Address | | |
|---|---|---|---|
| JEWELHOUSE PAWNSHOP & JEWELRY | MC ARTHUR HIGHWAY, DAU | MABALACAT | |
| | 2010   PAMPANGA | PH | |

| Sender Email | Sender Preferred Card |
|---|---|
| CLEMANSM@HOTMAIL.COM | 682660946 |

**February 19, 2015 Photoshoot Western Union Transfer (MTCN: 3579804172 in spreadsheet)**

| US Amt | Control # | Sender Name | Send Agent | Sender Phone | Date |
|---|---|---|---|---|---|
| 225.00 | 3579804172 | MICHAEL CLEMANS | AKC403616 | 9169255984 | 02/19/2015 |

| Time | Sender DOB | Sender Credit Card | Sender IP |
|---|---|---|---|
| 16:43:00 | 1960.05.26 | | 61.7.179.64 |

**Sender Address**
700 BLACKMER CIRCLE
SACRAMENTO   CA        95825    US

| Currency | Amount | Payee Name | Pay Agent | Payee Phone | Date |
|---|---|---|---|---|---|
| USD | 225.00 | LYAN TANDEG | API367801 | 9153368883 | 02/20/2015 |

| Pay Time | Payee DOB | Type of ID | Passport # | Payee Location |
|---|---|---|---|---|
| 03:51:00 | 1987.12.12 | A | EB0108065 | PHILIPPINES |

**Payee Address**
1902 MASANGKAY ST TONDO   MANILA CITY              PH

| Pay Currency | Amount | Send Agent Name | Send Agent Address |
|---|---|---|---|
| PHP | 9664.35 | WU DIGITAL -WU.COM CREDIT CARD | 12500 BELFORD AVE |
| | | | ENGLEWOOD   CO    80112 |

| Pay Agent Name | Pay Agent Address |
|---|---|
| RAQUEL PAWNSHOP INC CALOOCAN | UNIT A-3 SANGANDAAN PLAZA, A. MABINI ST CALOOCAN |
| | METRO MANILA         PH |

| Sender Email | Sender Preferred Card |
|---|---|
| CLEMANSM@HOTMAIL.COM | 682660946 |