PHILLIP A. TALBERT
United States Attorney
ANDRÉ M. ESPINOSA
COLLEEN M. KENNEDY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00227-JAM |
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | DATE: August 28, 2017 |
| MICHAEL CAREY CLEMANS, | TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief. The United States reserves the right to supplement this exhibit list as may become necessary before and during trial, and to offer in its case-in chief additional exhibits not listed herein.

| EX. NO. | DESCRIPTION | BATES | ID | ADMITTED |
|---|---|---|---|---|
| 1 | Photo of 700 Blackmer Circle on 7/24/15 – front door | 00341 | | |
| 2 | Photo of 700 Blackmer Circle on 7/24/15 – living room through opened door | 00090 | | |
| 3 | Photo of 700 Blackmer Circle on 7/24/15 – dining room with computers on table | 00092 | | |
| 4 | Photo of 700 Blackmer Circle on 7/24/15 – living room with photo on table | 00094 | | |
| 5 | Photo of 700 Blackmer Circle on 7/24/15 – dining room with computers on table, from living room | 00096 | | |
| 6 | Photo of 700 Blackmer Circle on 7/24/15 – kitchen table | 00124 | | |
| 7 | Photo of 700 Blackmer Circle on 7/24/15 – close-up of dining room table with external hard drive | 00173 | | |
| 8 | Photo of 700 Blackmer Circle on 7/24/15 – close-up of dining room table with desktop | 00174 | | |
| 9 | Photo of 700 Blackmer Circle on 7/24/15 – personal items | 00227 | | |
| 10 | CP image, file name: DSC_2747.jpg – from external hard drive seized from 700 Blackmer Circle on 7/24/15 | | | |
| 11 | CP image, file name: 7256.jpg – from external hard drive seized from 700 Blackmer Circle on 7/24/15 | | | |
| 12 | CP image, file name: 7458.jpg – from external hard drive seized from 700 Blackmer Circle on 7/24/15 | | | |
| 13 | CP image, file name: 7614.jpg – from external hard drive seized from 700 Blackmer Circle on 7/24/15 | | | |
| 14 | CP image, file name: IMG_0616.jpg – from iPad seized from Michael Clemans on 4/27/15 | | | |
| 15 | CP image, file name: IMG_0617.jpg – from iPad seized from Michael Clemans on 4/27/15 | | | |
| 16 | CP image, file name: IMG_0731.jpg – from iPad seized from Michael Clemans on 4/27/15 | | | |
| 17 | CP image, file name: IMG_0735.jpg – from iPad seized from Michael Clemans on 4/27/15 | | | |
| 18 | CP image, file name: 1259245405047.jpg – from email sent by spitzinu@yahoo.com to lyantandeg@rocketmail.com on 6/30/14 at 6:58AM (Pacific) | | | |
| 19 | CP image, file name: 52-1.jpg – from email sent by spitzinu@yahoo.com to lyantandeg@rocketmail.com on 6/30/14 at 6:58AM (Pacific) | | | |

| | | | | |
|---|---|---|---|---|
| 20 | CP image, file name: gHyvrVUj0jA7iC1eTi0qWWO6u36x-AAiyBA4vkMrvGo,8XB7bircMWGu6b3HrxAxquQVNJ1Pe2Qf8ZMaGNJJHw1.jpg – from email sent by spitzinu@yahoo.com to lyantandeg@rocketmail.com on 6/30/14 at 7:06AM (Pacific) | | | |
| 21 | CP image, file name: _75699.jpg – from email sent by spitzinu@yahoo.com to lyantandeg@rocketmail.com on 6/30/14 at 7:31AM (Pacific) | | | |
| 22 | CP image, file name: 000000.jpg – from email sent by spitzinu@yahoo.com to lyantandeg@rocketmail.com on 7/31/14 at 7:49PM (Pacific) | | | |
| 23 | CP image, file name: 000010.jpg – from email sent by spitzinu@yahoo.com to lyantandeg@rocketmail.com on 7/31/14 at 7:49PM (Pacific) | | | |
| 23.5 | CP image, file name: x_042348.jpg – from Dropshots account: nicole2014 | | | |
| 24 | CP image, file name: x_202812.jpg – from Dropshots account: nicole2014 | | | |
| 25 | CP image, file name: x_223834.jpg – from Dropshots account: spitzinudog | | | |
| 26 | CP image, file name: x_235559.jpg – from Dropshots account: spitzinudog | | | |
| 27 | CP image, file name: x_235631.jpg – from Dropshots account: spitzinudog | | | |
| 28 | CP image, file name: x_235656.jpg – from Dropshots account: spitzinudog | | | |
| 29 | CP image, file name: x_235809.jpg – from Dropshots account: spitzinudog | | | |
| 30 | CP image, file name: x_235917.jpg – from Dropshots account: spitzinudog | | | |
| 31 | Image, M*** and E*** Bond Room E.jpg – sanitized version of x_192026.jpg | | | |
| 32 | Image, x_000118e.jpg – sanitized version of x_000118.jpg | | | |
| 33 | Image, x_011044e.jpg – sanitized version of x_011044.jpg | | | |
| 34 | Image, M*** Motorcycle Edit.jpg – sanitized version of 1d6WmqjuobriqQhsTnLqs1UbTgfgYPIc1vMi20Sy0VA.jpg | | | |
| 35 | Image, James Bond Room Sogo.jpg – from Internet | | | |

| | | | | |
|---|---|---|---|---|
| 36 | CP image, file name: 230320131636420390.jpg – from email sent by nelia_cruz21@yahoo.com to spitzinu@yahoo.com on 10/3/13 at 5:043PM (Pacific) | | | |
| 37 | CP image, file name: GEDC2901.jpg – from email sent by nelia.cruz09@yahoo.com to spitzinu@yahoo.com on 11/11/13 at 10:18PM (Pacific) | | | |
| 37.5 | Yahoo! communications between spitzinu@yahoo.com and nelia_cruz21@yahoo.com in September 2013 | 00001 | | |
| 38 | Yahoo! communications between spitzinu@yahoo.com and nelia_cruz21@yahoo.com in October 2013 | 00001 | | |
| 39 | Yahoo! communications between spitzinu@yahoo.com and nelia.cruz09@yahoo.com in November 2013 | 00001 | | |
| 40 | Yahoo! communications between spitzinu@yahoo.com and iloveyousomuch0820@yahoo.com in November 2013 | 00001 | | |
| 40.5 | Yahoo! communications between spitzinu@yahoo.com and marryannevillanueva@yahoo.com in March 2014 | 00001 | | |
| 40.6 | Yahoo! communication between spitzinu@yahoo.com and Amazon.com in April 2014 | 0001 | | |
| 41 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in June 2014 | 00001 | | |
| 42 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in July 2014 | 00001 | | |
| 43 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in August 2014 | 00001 | | |
| 44 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in September 2014 | 00001 | | |
| 45 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in October 2014 | 00001 | | |
| 46 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in November 2014 | 00001 | | |

| # | Description | Bates | | |
|---|---|---|---|---|
| 47 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in December 2014 | 00001 | | |
| 48 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in January 2015 | 00001 | | |
| 49 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in February 2015 | 00001 | | |
| 50 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in March 2015 | 00001 | | |
| 51 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in April 2015 | 00001 | | |
| 52 | Yahoo! communications between spitzinu@yahoo.com and lyantandeg@rocketmail.com in May 2015 | 00001 | | |
| 53 | Yahoo! account subscriber information for spitzinu@yahoo.com | 00489 | | |
| 54 | Yahoo! account IP log-in records for spitzinu@yahoo.com | 01040-01044, 03179-03206 | | |
| 55 | AT&T account subscriber information associated with 700 Blackmer Circle | 00636, 00637-00638 | | |
| 56 | Webminds, Inc. d/b/a/ Dropshots – access logs for account: nicole2014 | 02426-02497 | | |
| 57 | Webminds, Inc. d/b/a/ Dropshots – access logs for account: spitzinu2015 | 02498-02620 | | |
| 58 | Webminds, Inc. d/b/a/ Dropshots – access logs for account: spitzinudog | 02621-03178 | | |
| 59 | Webminds, Inc. d/b/a/ Dropshots – access logs for account: Golden_retriever | 02421-02425 | | |
| 59.5 | Summary of Western Union money transfer in the amount of $45 / 1,899.07 PHP from 11/5/13 | 03413 | | |
| 60 | Summary of Western Union money transfer in the amount of $45 / 1,924.57 PHP from 11/12/13 | 02410 | | |
| 61 | Summary of Western Union money transfer in the amount of $45 / 1,915.12 PHP from 11/15/13 | 02411 | | |
| 62 | Summary of Western Union money transfer in the amount of $750 / 32,169.56 PHP from 6/25/14 | 02412 | | |
| 63 | Summary of Western Union money transfer in the amount of $250 / 10,662.73 PHP from 6/30/14 | 02407 | | |
| 64 | Summary of Western Union money transfer in the amount of $550 / 23,432.22 PHP from 7/1/14 | 02408 | | |

| | | | | |
|---|---|---|---|---|
| 65 | Summary of Western Union money transfer in the amount of $300 / 12,752.78 PHP from 7/20/14 | 02413 | | |
| 66 | Summary of Western Union money transfer in the amount of $600 / 25,704.87 PHP from 8/12/14 | 02414 | | |
| 67 | Summary of Western Union money transfer in the amount of $300 / 12,726.74 PHP from 9/6/14 | 02415 | | |
| 68 | Summary of Western Union money transfer in the amount of $600 / 26,143.11 PHP from 10/20/14 | 02416 | | |
| 69 | Summary of Western Union money transfer in the amount of $200 / 8,724.67 PHP from 11/2/14 | 02417 | | |
| 70 | Summary of Western Union money transfer in the amount of $600 / 25,997.89 PHP from 12/5/14 | 02418 | | |
| 71 | Summary of Western Union money transfer in the amount of $225 / 9,664.35 PHP from 2/19/15 | 02409 | | |
| 72 | Summary of Western Union money transfer in the amount of $600 / 25,656.44 PHP from 4/23/15 | 02419 | | |
| 73 | Summary of Western Union money transfer in the amount of $300 / 12,935.56 PHP from 5/5/15 | 02420 | | |
| 74 | First US Community Credit Union Account Signature Card and Designation of Beneficiary | 01744-01745 | | |
| 74.1 | First US Community Credit Union Statement for August 2013 | 01635-01639 | | |
| 74.2 | First US Community Credit Union Statement for September 2013 | 01640-01644 | | |
| 74.5 | First US Community Credit Union Statement for October 2013 | 01645-01649 | | |
| 75 | First US Community Credit Union Statement for November 2013 | 01650-01654 | | |
| 76 | First US Community Credit Union Statement for June 2014 | 01681-01684 | | |
| 77 | First US Community Credit Union Statement for July 2014 | 01685-01689 | | |
| 78 | First US Community Credit Union Statement for August 2014 | 01690-01693 | | |
| 79 | First US Community Credit Union Statement for September 2014 | 01694-01697 | | |
| 80 | First US Community Credit Union Statement for October 2014 | 01698-01701 | | |
| 81 | First US Community Credit Union Statement for November 2014 | 01702-01705 | | |
| 82 | First US Community Credit Union Statement for December 2014 | 01706-01710 | | |
| 83 | First US Community Credit Union Statement for February 2015 | 01715-01718 | | |
| 84 | First US Community Credit Union Statement for April 2015 | 01723-01726 | | |

| | | |
|---|---|---|
| 85 | First US Community Credit Union Statement for May 2015 | 01727-01730 |
| 86 | Western Digital external hard drive seized from 700 Blackmer Circle on 7/24/15, serial number: WMC300163553 | |
| 87 | Silver Apple iPad tablet seized from Michael Clemans on 4/27/15, serial number DN6G33DDDFJ0 | |
| 88 | Photo of Lyan Tandeg | 03411 |
| 89 | Photo of Shellina Atad | 03412 |
| 90 | Photo 1 of Lyan Tandeg, Shellina Atad, and M.Q. in Manila | |
| 91 | Photo 2 of Lyan Tandeg, Shellina Atad, and M.Q. in Manila | |
| 92 | Michael Clemans' US Passport | |
| 92.5 | Copies of Excerpts from Michael Clemans' US Passport | 03421 |
| 93 | Official Receipt No. 04847237 from cebupacificair.com, dated 11/13/13, reflecting payment by Michael Clemans in the amount of 6,697.50 THB, confirmation # PFV1WH | 00001 |
| 94 | Itinerary Receipt from cebupacificair.com, dated 11/13/13, memorializing roundtrip flight from Bangkok to Manila for Michael Clemans, departing 11/14/13 and returning 11/17/13, confirmation # PFV1WH | 00001 |
| 95 | Certificate of Live Birth of M.Q. – Republic of the Philippines | 03414-03415 |
| 96 | Certificate of Live Birth of J.U. – Republic of the Philippines | 03416 |
| 97 | Certificate of Live Birth of E.S. – Republic of the Philippines | 03417-03418 |
| 98 | US Treasury Enforcement Communications System (TECS) records concerning Michael Clemans | |

Dated:  August 21, 2017

PHILLIP A. TALBERT
United States Attorney

By:  /s/ *ANDRÉ M. ESPINOSA*
ANDRÉ M. ESPINOSA
COLLEEN M. KENNEDY
Assistant United States Attorneys