PHILLIP A. TALBERT
United States Attorney
ANDRÉ M. ESPINOSA
COLLEEN M. KENNEDY
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-00227-JAM |
| Plaintiff, | |
| v. | APPLICATION FOR PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION THEREOF |
| MICHAEL CAREY CLEMANS, | |
| Defendant. | |

On or about August 28, 2017, defendant Michael Carey Clemans entered guilty pleas to Count Three charging him with Conspiracy to Produce Child Pornography in violation of 18 U.S.C. § 2251(c) and (e), Count Five charging him with Attempted Production and Production of Child Pornography in violation of 18 U.S.C. § 2251(c) and (e), and Count Six charging him with Receipt of Child Pornography in violation of 18 U.S.C. § 2252(a)(2) of the Second Supersding Indictment.  During the entry of plea hearing, the Court engaged in a discussion with defendant Michael Carey Clemans regarding forfeiture of the four items identified in the Second Superseding Indictment.[1]

On September 5, 2017, a jury returned guilty verdicts against defendant Michael Carey Clemans on Count One charging him with Travel and Attempted Travel with Intent to Engage in Illicit Sexual

---

[1] Relevant portions of the entry of plea transcript are attached as Exhibit A.

1

Application for Preliminary Order of Forfeiture

Conduct in violation of 18 U.S.C. § 2423(b) and (e), Count Two charging him with Conspiracy to Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b) and (e), and Count Four charging him with Buying of Children in violation of 18 U.S.C. § 2251A(b)(1) of the Second Superseding Indictment.   The United States hereby applies for entry of a Preliminary Order of Forfeiture as to the interest of defendant Michael Carey Clemans as follows:

1. Pursuant to 18 U.S.C. §§ 2428(b) and 2253(a), defendant Michael Carey Clemans' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. One black Western Digital external hard drive with power cord, s/n WMC300163553;
   b. One Apple iMac with keyboard and mouse, s/n W88333ZDZE3;
   c. One silver Apple Laptop, model A1286 (no visible serial number) with Apple SuperDrive and power cords; and
   d. One silver Western Digital external hard drive, s/n WXE109UX1026.

2. The above-listed property was used or intended to be used to commit, facilitate, or to promote the commission of violations of 18 U.S.C. § 2423(b) and (e), 18 U.S.C. § 2251(c) and (e), and 18 U.S.C. § 2252(a)(2).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 2428(b) and 2253(a), in which all interests will be addressed.

Dated: 10/27/17

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL CAREY CLEMANS,

Defendant.
_______________________________ /

Case No. 2:15-cr-00227

Sacramento, California
August 28, 2017
9:00 a.m.

CHANGE OF PLEA
BEFORE THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: OFFICE OF UNITED STATES ATTORNEY
501 I Street, Suite 10-100
Sacramento, California 95814
BY: ANDRE M. ESPINOSA
COLLEEN M. KENNEDY
Assistant U.S. Attorneys

For the Defendant: NOLAN BARTON & OLMOS
BY: DANIEL B. OLMOS
600 University Avenue
Palo Alto, California 94301

Court Reporter: DIANE J. SHEPARD, CSR 6331, RPR
Official Court Reporter
501 I Street, Rm 4-200
Sacramento, California 95814
(916) 554-7460

Proceedings reported by mechanical stenography, transcript produced by computer-aided transcription.

2

1    THE COURT: Let's start with the plea.
2    Your client is prepared to enter a guilty plea to three
3    counts, as I understand it. Open plea to Counts 3, 5 and 6,
4    correct?
5    MR. OLMOS: Yes, Your Honor.
6    THE COURT: Why don't you come forward. Place
7    Mr. Clemans under oath.
8    THE CLERK: Mr. Clemans, your right hand for me,
9    please.
10   You do solemnly swear that you will truthfully answer all
11   questions put to you concerning your entry of guilty pleas, so
12   help you God?
13   THE DEFENDANT: I do.
14   THE COURT: Mr. Clemans, my understanding is that you
15   wish to enter guilty pleas this morning to Counts 3, 5 and 6 of
16   the Second Superseding Indictment, is that correct?
17   THE DEFENDANT: Yes, Your Honor.
18   THE COURT: I'm going to ask you a number of questions
19   to make sure this is a valid plea. If you do not understand the
20   question I'm asking you, just let me know. I'll rephrase it to
21   make sure you do understand it.
22   And if at any time you want to speak to your lawyer before
23   you answer a question, again, just let me know, and I will allow
24   to you do that. Okay?
25   THE DEFENDANT: Thank you, Your Honor.

1   THE DEFENDANT: No, Your Honor.

2   THE COURT: And then Count 6 the charge is receipt of
3   child pornography. A violation of 18 U.S.C. Section 2252(a)(2).
4   That also has a mandatory minimum term of five years in prison,
5   and a maximum term of imprisonment of 20 years, a fine of up to
6   $250,000, or both a fine and imprisonment, supervised release of
7   at least five years and up to life, and a mandatory special
8   assessment, again, separate, of $100.

9   So there is going to be at least a $300 mandatory special
10  assessment. And, again, those terms can run consecutive to the
11  other counts.

12  Do you have any questions about those maximum penalties?

13  THE DEFENDANT: No, Your Honor.

14  THE COURT: Is restitution an issue, Mr. Espinosa?

15  MR. ESPINOSA: Yes, Your Honor.

16  THE COURT: In addition, if any economic loss has been
17  suffered by a victim or victims as a result of your criminal
18  conduct, then I can, in accordance with the Sentencing Reform
19  Act, order you to make restitution unless I find that under the
20  statutes restitution is not appropriate in this case.

21  So you might have to pay restitution as well. Do you
22  understand that?

23  THE DEFENDANT: Yes, Your Honor.

24  THE COURT: There's also a forfeiture provision in
25  this Indictment. That would mean that you would have to forfeit

8

1   certain items.  The Government has listed those.

2       Do you have any questions about if you are found guilty that

3   I can also order forfeiture of those items as well?

4       (Discussion between defendant and counsel.)

5           THE COURT:  Any questions?

6           THE DEFENDANT:  No, Your Honor.

7           THE COURT:  Mr. Espinosa, can you give me, again, the

8   list of some of the items?  Are they listed in the Second

9   Superseding Indictment?

10          MR. ESPINOSA:  They are, Your Honor.  On page 10 there

11  are four items listed under the several provisions that might

12  apply.  For purposes of today's plea, the forfeiture provision

13  that applies is 18 U.S.C. Section 2253(a).

14      And that would trigger forfeiture, following a finding of

15  guilt on Count 3, of the items listed in the Superseding

16  Indictment as A, B, C and D.  I can read those items

17  specifically, if the Court would like.

18          THE COURT:  You're aware of which items, Mr. Clemans,

19  they are seeking to forfeit?  Are you aware of those?

20          THE DEFENDANT:  Yes, I am, sir.

21          THE COURT:  Any questions about the forfeiture

22  provision?

23          THE DEFENDANT:  No, Your Honor.

24          THE COURT:  There are sentencing guidelines and

25  statutory sentencing factors found in 18 U.S.C. Section 3553(a),

DIANE J. SHEPARD, OFFICIAL COURT REPORTER, USDC -- (916) 554-7460