PHILLIP A. TALBERT
United States Attorney
ANDRÉ M. ESPINOSA
COLLEEN M. KENNEDY
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CAREY CLEMANS,<br><br>Defendant. | 2:15-CR-00227-JAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the guilty pleas and guilty verdicts entered against defendant Michael Carey Clemans, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 2428(b) and 2253(a), defendant Michael Carey Clemans' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

 a. One black Western Digital external hard drive with power cord, s/n WMC300163553;
 b. One Apple iMac with keyboard and mouse, s/n W88333ZDZE3;
 c. One silver Apple Laptop, model A1286 (no visible serial number) with Apple SuperDrive and power cords; and
 d. One silver Western Digital external hard drive, s/n WXE109UX1026.

2. The above-listed property was used or intended to be used to commit, facilitate, or to promote the commission of violations of 18 U.S.C. § 2423(b) and (e), 18 U.S.C. § 2251(c) and (e), and 18 U.S.C. § 2252(a)(2).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to

seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

    4.    a.    Pursuant to 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 2428(b) and 2253(a), in which all interests will be addressed.

SO ORDERED:

DATED:  10/30/2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge