# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CAREY CLEMANS,<br><br>Defendant. | Case No.: CR 2:15-cr-00227 JAM<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing now scheduled for December 12, 2017, at 9:15 a.m., is continued to January 16, 2018, at 9:15 a.m. Further, the following schedule shall apply to the preparation of the Presentence Report:

- The proposed Presentence Report shall be disclosed to counsel no later than December 5, 2017.

- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than December 19, 2017.

- The Presentence Report shall be filed with the Court and disclosed to counsel no later than December 26, 2017.

- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than January 2, 2018.

- Reply, or Statement of Non-Opposition no later than January 9, 2018.

IT IS SO ORDERED.

Dated: November 3, 2017        **/s/ JOHN A. MENDEZ**
John A. Mendez
United States District Court Judge