PHILLIP A. TALBERT
United States Attorney
ANDRÉ M. ESPINOSA
COLLEEN M. KENNEDY
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15-CR-00227-JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| MICHAEL CAREY CLEMANS, | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorneys Andre Espinosa and Colleen Kennedy, and Defendant Michael Carey Clemans, through his attorney Daniel Olmos, that the sentencing hearing in this matter be continued from January 16, 2018, to January 23, 2018 at 9:15 a.m., at the request of the Probation Office.

Due to the complexity and severity of this case, the Probation Officer assigned to the matter required additional time to permit her adequately to prepare her Presentence Report. The Probation Officer has proposed the below revised schedule concerning preparation of a Final Presentence Report:

- The Draft Presentence Report was disclosed to counsel on December 12, 2017.

- Counsel's written objections to the draft Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than December 26, 2017.

- The Presentence Report shall be filed with the Court and disclosed to counsel no later than January 2, 2017.
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than January 9, 2018.
- Reply, or Statement of Non-Opposition no later than January 16, 2018.

This schedule would allow a sentencing date of no sooner than January 23, 2018, which is the joint request of the parties.

The parties agree that good cause exists for the continuance and the above-mentioned schedule for preparation of the Presentence Report.

IT IS SO STIPULATED.

|  |  |
|---|---|
| Dated: December 18, 2017 | Respectfully Submitted,<br><br>PHILLIP A. TALBERT<br>United States Attorney |
|  | By: */s/ André M. Espinosa*<br>ANDRÉ M. ESPINOSA<br>COLLEEN M. KENNEDY<br>Assistant U.S. Attorneys |
| Dated: December 15, 2017 | NOLAN BARTON & OLMOS LLP<br><br>/S/ Daniel B. Olmos<br>Daniel B. Olmos<br>Attorney for Defendant Michael Carey Clemans |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

v.

MICHAEL CAREY CLEMANS,

        Defendant

Case No.: CR 2:15-cr-00227 JAM

**[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing now scheduled for January 16, 2018, at 9:15 a.m., is continued to January 23, 2018, at 9:15 a.m.  Further, the following schedule shall apply to the preparation of the Presentence Report:

- The Draft Presentence Report was disclosed to counsel on December 12, 2017.

- Counsel's written objections to the draft Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than December 26, 2017.

- The Presentence Report shall be filed with the Court and disclosed to counsel no later than January 2, 2017.

- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than January 9, 2018.

- Reply, or Statement of Non-Opposition no later than January 16, 2018.

IT IS SO ORDERED.

Dated:  12/18/2017                      __/s/ John A. Mendez_____
                                                  The Hon. John A. Mendez
                                                  United States District Court Judge