McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
COLLEEN M. KENNEDY
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CAREY CLEMANS,<br><br>Defendant. | 2:15-CR-00227-JAM<br><br>FINAL ORDER OF FORFEITURE |

On October 30, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 2428(b) and 2253(a), based upon the guilty pleas and guilty verdicts entered against defendant Michael Carey Clemans forfeiting to the United States the following property:

    a. One black Western Digital external hard drive with power cord, s/n WMC300163553;
    b. One Apple iMac with keyboard and mouse, s/n W88333ZDZE3;
    c. One silver Apple Laptop, model A1286 (no visible serial number) with Apple SuperDrive and power cords; and
    d. One silver Western Digital external hard drive, s/n WXE109UX1026.

Beginning on November 29, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the

time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 2428(b) and 2253(a), including all right, title, and interest of Michael Carey Clemans.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 31st day of January, 2018

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge