```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA


  UNITED STATES OF AMERICA,

               Plaintiff,
                                        Case No. 2:15-cr-00227
           vs.
                                        Sacramento, California
  MICHAEL CAREY CLEMANS,                August 31, 2017
                                        9:00 a.m.
               Defendant.
  _____ /



                      JURY TRIAL - DAY 3
            BEFORE THE HONORABLE JOHN A. MENDEZ
                 UNITED STATES DISTRICT JUDGE



  APPEARANCES:

  For the Government:         OFFICE OF UNITED STATES ATTORNEY
                              501 I Street, Suite 10-100
                              Sacramento, California 95814
                              BY:  ANDRE M. ESPINOSA
                                   COLLEEN M. KENNEDY
                                   Assistant U.S. Attorneys




  For the Defendant:          NOLAN BARTON & OLMOS
                              BY:  DANIEL B. OLMOS
                              600 University Avenue
                              Palo Alto, California 94301




  Court Reporter:             DIANE J. SHEPARD, CSR 6331, RPR
                              Official Court Reporter
                              501 I Street, Rm 4-200
                              Sacramento, California 95814
                              (916) 554-7460



  Proceedings reported by mechanical stenography, transcript
  produced by computer-aided transcription.
```

348

1                          I N D E X

2   GOVERNMENT WITNESSES                              PAGE

3   **SCOTT SCHOFIELD**
    DIRECT EXAMINATION BY MR. ESPINOSA                 353
4   CROSS-EXAMINATION BY MR. OLMOS                     502
    REDIRECT EXAMINATION BY MR. ESPINOSA               532
5   RECROSS-EXAMINATION BY MR. OLMOS                   544

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                GOVERNMENT EXHIBITS RECEIVED IN EVIDENCE
       No.                   Description                    Page
 2

 3     53     Yahoo account subscriber information for      359
              spitzinu@yahoo.com
 4     54     Yahoo account IP log-in records for
              spitzinu@yahoo.com
 5
       55     AT&T account subscriber information re        362
 6            700 Blackmer Circle

 7     37.5   Yahoo communications August/September 2013    369
       38     Yahoo communications October 2013
 8     39     Yahoo communications November 2013
       40     Yahoo communications November 2013
 9     40.6   Yahoo communications April 2014
       41     Yahoo communications June 2014
10     42     Yahoo communications July 2014 (excluding
              pages 20 through 23)
11     43     Yahoo communications August 2014
       44     Yahoo communications September 2014
12     45     Yahoo communications October 2014
       46     Yahoo communications November 2014
13     47     Yahoo communications December 2014
       48     Yahoo communications January 2015
14     49     Yahoo communications February 2015
       50     Yahoo communications March 2015
15     51     Yahoo communications April 2015
       52     Yahoo communications May 2015
16     52.1   Yahoo communications June 2015
       52.2   Yahoo communications July 2015
17
       18     CP image, 1259245405047                      370
18     19     CP image, 52-1.jpg
       20     CP image, gHyvrVUj0jA7iC1eTi0qWWO6u36x...
19     21     CP image, _75699.jpg
       22     CP image, 000000.jpg
20     23     CP image, 000010.jpg
       36     CP image, 230320131636420390.jpg
21     37     CP image, GEDC2091.jpg

22     56     Dropshots - nicole2014                        373
       57     Dropshots - spitzinu2015
23     58     Dropshots - spitzinudog
       59     Dropshots - Golden_retriever
24

25
```

<u>GOVERNMENT EXHIBITS RECEIVED IN EVIDENCE</u>

| No. | Description | Page |
|-----|-------------|------|
| 23.5 | CP image, x_042348.jpg | 384 |
| 24 | CP image, x_202812.jpg | |
| 25 | CP image, x_223834.jpg | |
| 26 | CP image, x_235559.jpg | |
| 27 | CP image, x_235631.jpg | |
| 28 | CP image, x_235656.jpg | |
| 29 | CP image, x_235809.jpg | |
| 30 | CP image, x_235917.jpg | |
| 59.5 | Summary of Western Union transfer 11/5/13 | 386 |
| 60 | Summary of Western Union transfer 11/12/13 | |
| 61 | Summary of Western Union transfer 11/15/13 | |
| 62 | Summary of Western Union transfer 6/25/14 | |
| 63 | Summary of Western Union transfer 6/30/14 | |
| 64 | Summary of Western Union transfer 7/1/14 | |
| 65 | Summary of Western Union transfer 7/20/14 | |
| 66 | Summary of Western Union transfer 8/12/14 | |
| 67 | Summary of Western Union transfer 9/6/14 | |
| 67.5 | Summary of Western Union transfer 9/17/14 | |
| 68 | Summary of Western Union transfer 10/20/14 | |
| 69 | Summary of Western Union transfer 11/2/14 | |
| 70 | Summary of Western Union transfer 12/5/14 | |
| 71 | Summary of Western Union transfer 12/19/15 | |
| 72 | Summary of Western Union transfer 4/23/15 | |
| 73 | Summary of Western Union transfer 5/5/15 | |
| 74 | First U.S. Credit Union signature card | 392 |
| 74.1 | First U.S. Credit Union statement Aug 2013 | |
| 74.2 | First U.S. Credit Union statement Sept 2013 | |
| 74.5 | First U.S. Credit Union statement Oct 2013 | |
| 75 | First U.S. Credit Union statement Nov 2013 | |
| 76 | First U.S. Credit Union statement June 2014 | |
| 77 | First U.S. Credit Union statement July 2014 | |
| 78 | First U.S. Credit Union statement Aug 2014 | |
| 79 | First U.S. Credit Union statement Sept 2014 | |
| 80 | First U.S. Credit Union statement Oct 2014 | |
| 81 | First U.S. Credit Union statement Nov 2014 | |
| 82 | First U.S. Credit Union statement Dec 2014 | |
| 83 | First U.S. Credit Union statement Feb 2015 | |
| 84 | First U.S. Credit Union statement Apr 2015 | |
| 85 | First U.S. Credit Union statement May 2015 | |

1
<u>GOVERNMENT EXHIBITS RECEIVED IN EVIDENCE</u>

No.                    Description                    Page

2

3      14     CP image, IMG_0616.jpg                    397
       15     CP image, IMG_0617.jpg
4      16     CP image, IMG_0731.jpg
       17     CP image, IMG_0735.jpg
5
       10     CP image, DSC_2747.jpg                    400
6      11     CP image, DSC_7256.jpg
       12     CP image, DSC_7458.jpg
7      13     CP image, DSC_7614.jpg

8      98     TECS records re Michael Clemans           409

9      99     Birth Certificate - Michael Clemans       415

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Outside the presence of the jury.  Just as

2     a reminder, if the Government is going to move to introduce some

3     of the conversations in 2013, I'll give the jury a limiting

4     instruction pursuant to my motion in limine ruling about

5     statements made by persons identified as Nelia Cruz or -- what

6     was the other name?  Something "love".

7          MS. KENNEDY:  Juvy Malicdem, Your Honor.

8          THE COURT:  Yeah, but she has some funny --

9          MS. KENNEDY:  "I love you so much."

10          THE COURT:  "I love you so much."

11     I'll try to explain truth of the matter asserted as opposed

12     to for a limited purpose for context.

13     Anything else we need to take up?

14     Let's bring in the jury.

15     (Jury in.  9:17 a.m.)

16          THE COURT:  All right.  All jurors are present.  Good

17     morning.  All parties are present.  The United States, you may

18     call your next witness.

19          MR. ESPINOSA:  Your Honor, the United States calls

20     Special Agent Scott Schofield.

21     (Government witness, **SCOTT SCHOFIELD**, sworn in.)

22          THE CLERK:  Please state your full name and spell your

23     last name for the record.

24          THE WITNESS:  Scott, S-c-o-t-t, Schofield,

25     S-c-h-o-f-i-e-l-d.

Case 2:15-cr-00227-JAM   Document 136-2   Filed 09/25/18   Page 7 of 202

DIRECT EXAMINATION

1  
2   BY MR. ESPINOSA:

3   Q.  Good morning.

4   A.  Good morning.

5   Q.  Are you currently employed?

6   A.  I am.

7   Q.  Where are you currently employed?

8   A.  I'm a special agent with the Federal Bureau of Investigation

9   in Sacramento.

10  Q.  How long have you worked for the FBI?

11  A.  Almost 13 years.

12  Q.  Are you assigned to a particular group in the FBI?

13  A.  Yes.  I'm on the violent crimes against children squad.

14  Q.  As a member of that unit, what kinds of cases have you

15  investigated?

16  A.  I investigate child pornography cases as well as child sex

17  tourism cases, some child enticement cases, and some child

18  abduction cases as well.

19  Q.  In the course of your employment with the FBI, have you

20  received any specialized training?

21  A.  Yes.  I attended the FBI academy, which was more generalized

22  training, and I've also gone to various specialized conferences

23  for training specifically in crimes against children, and I've

24  also been trained as a child forensic interviewer.

25  Q.  In the course of your training and experience as a special

2:15-cr-00227-JAM -- Examination of --

1  agent, in particular assigned to the VCAC unit, have you been

2  required to view images of child pornography?

3  A.  Yes.

4  Q.  And have you become familiar with the federal definition of

5  that term?

6  A.  Yes, I have.

7  Q.  Are you familiar with the indicators of age for minors

8  depicted in images of child pornography?

9  A.  Yes.

10  Q.  In your experience, have you been asked to estimate the age

11  of minors in images of child pornography?

12  A.  I have.

13  Q.  Did you participate in an investigation of Michael Clemans?

14  A.  Yes, I did.

15  Q.  What was your role in that investigation?

16  A.  I am the case agent in that investigation.

17  Q.  What does that mean; what's a case agent?

18  A.  A case agent is the FBI agent who is responsible for that

19  particular case, making investigative decisions, etcetera.

20  Oftentimes, various FBI agents will assist in different parts of

21  the case, but the case agent is the person who is ultimately

22  responsible for that case.

23  Q.  How did you begin -- or how did your participation in the

24  investigation of Michael Clemans begin?

25  A.  I was referred this case by the major case coordination unit

1    at FBI headquarters.  This was part of a larger or broader, I

2    would say, investigation, and they had identified Mr. Clemans

3    and that his address of record was Sacramento, California; so

4    they referred it to me for investigation.

5    Q.  Approximately when did you receive that referral?

6    A.  It would have been in, I believe, late summer 2015 -- summer

7    of 2015.

8    Q.  Okay.  When you took over the investigation, did you receive

9    any materials from the MCCU, the major case coordination unit?

10   A.  Yes, I did.

11   Q.  What did you receive?

12   A.  I received the results of a search warrant to Yahoo, which

13   contained chats and e-mails from the spitzinu@yahoo.com account;

14   I also received a copy of the contents of an iPad that had been

15   seized from Mr. Clemans at San Francisco Airport; I believe I

16   also received the returns from an AT&T subpoena that had been

17   served regarding an IP address here in Sacramento.

18   Q.  After you received those materials, did you undertake an

19   additional investigation?

20   A.  Yes, I did.

21   Q.  What did that additional -- or what additional investigative

22   steps did you take?

23   A.  I authored another Yahoo search warrant to obtain chats and

24   e-mails from that same Yahoo account that had occurred after the

25   termination of that first search warrant.

1    Q.  Let me interrupt you just to clarify that.  So the first

2    search warrant return or result that you received from the MCCU

3    contained only a set of the total communications at issue?

4    A.  Correct.  Yahoo was asked to provide records up to the

5    present, so to speak, but that's a point in time.  So by the

6    time that -- when I was then referred that, I later did an

7    additional search warrant to obtain the records that had

8    happened after the time that that first search warrant had been

9    served, essentially.

10   Q.  So that second search warrant was to complete the collection

11   at least to the date of the second search warrant?

12   A.  That's correct.  Yes.

13   Q.  What other steps did you take?

14   A.  I served a subpoena on Western Union for records of Western

15   Union transfers; I also served a subpoena on First U.S.

16   Community Credit Union for bank records; I authored a search

17   warrant for the physical search of the residence at 700 Blackmer

18   Circle here in Sacramento, California; and I also obtained an

19   arrest warrant and arrested Mr. Clemans in July of 2015.

20   Q.  In the course of your participation in the investigation,

21   did you also conduct any forensic analysis of any electronic

22   devices?

23   A.  Yes, I did.  I am a digital extraction technician.  I have a

24   certification so it allows me to do some forensic analysis

25   similar to what Special Agent Medlin testified yesterday.

1  Q.  How about additional search warrants, did you execute any

2  additional search warrants on digital storage websites or other

3  sites?

4  A.  Yes.  I authored and served search warrants -- a search

5  warrant on Dropshots.com.

6  Q.  Okay.  I want to ask you a few questions now about the

7  materials -- some the specific materials you received from the

8  MCCU.

9      All right.  In the materials that you received in response

10  to the search warrant, the first search warrant on the Yahoo

11  contents, did you review those chats or the content of that

12  material?

13  A.  Yes, I did.

14  Q.  And what was the reason you decided to write the second

15  search warrant that you testified about?

16  A.  The first search warrant was for the period of -- I believe

17  it was late 2013 -- I believe it was roughly August, if memory

18  serves -- but it was in 2013 up until the date that that search

19  warrant was served, which I believe was either May 30th or

20  June 1st of 2015.  So that search warrant provided records for

21  that time period up until June of 2015.

22      However, after Mr. Clemans was arrested in July, I authored

23  a search warrant -- served a search warrant to obtain records of

24  any further communications he may have had, using that Yahoo

25  account, from the end of May 2015 until, essentially, July, the

1    day that he was arrested.

2    Q.   Was there something about the content of the first delivery

3    that you received from the MCCU that also motivated you to write

4    the second search warrant?

5    A.   Yes, definitely.

6    Q.   What about the content motivated you?

7    A.   Well, when he entered the country on April 27, 2015, and was

8    arrested at San Francisco Airport, according to the results of

9    that search warrant he continued to communicate with Lyan Tandeg

10   in the Philippines regarding Angel and Nicole and some other --

11   excuse me -- other minor girls as well.  So I assumed that he

12   was probably continuing that conversation based on that.

13   Q.   In that original delivery of materials in response to the

14   first search warrant, were there images -- did you identify any

15   images of child pornography?

16   A.   Yes, I did.

17   Q.   Now, will you open the binder in front of you to what's been

18   marked for identification as Government's Exhibit 53 and 54.

19        Did you have a chance to look at 53 and 54?

20   A.   53, yes.  And 54, yes.

21   Q.   Do you recognize those exhibits?

22   A.   Yes, I do.

23   Q.   What are they?

24   A.   Exhibit 53 is subscriber information for the Yahoo account

25   spitzinu@yahoo.com, and Exhibit 54 is an IP address access log

1    for that same account.

2    Q.  Are those documents in substantially the same condition as

3    they were when you received them from the MCCU?

4    A.  Yes.

5    Q.  Now, when you received them from the MCCU, were they

6    accompanied by a certification from Yahoo?

7    A.  Yes, they were.

8    Q.  Did that certification list the content of the material that

9    Yahoo had turned over?

10   A.  Yes.

11   Q.  Are those documents among those items listed?

12   A.  Yes.

13          MR. ESPINOSA:  Your Honor, Government moves to admit

14   Exhibits 53 and 54.

15          THE COURT:  Any objection?

16          MR. OLMOS:  No, Your Honor.

17          THE COURT:  Admitted.

18      (Government Exhibits 53 and 54 admitted into evidence.)

19          MR. ESPINOSA:  Let's look at Exhibit 54, page 20.

20          THE COURT:  Got it.

21   Q.  BY MR. ESPINOSA:  Special Agent Schofield, in your

22   experience before this case, had you worked on investigations

23   involving electronic devices capable of accessing the internet?

24   A.  Yes.

25   Q.  In those investigations, have you become familiar with the

1    terms and functions associated with access to the internet

2    through electronic devices?

3    A.  Yes.

4    Q.  What is an IP address?

5    A.  An IP address is similar to a home address in that it is a

6    unique number that is assigned to an internet connection, and

7    that number is only assigned to one internet connection at any

8    given time.

9    Q.  If you look at the exhibit on the screen in front of you, or

10   in the binder, Exhibit 54, page 20, can you summarize what the

11   columns on that exhibit contain?

12   A.  Certainly.  On the left-hand side you will see the Yahoo ID,

13   which reads spitzinu, s-p-i-t-z-i-n-u; the next column is an IP

14   address, in this case every line says 76.217.153.104; the next

15   column is port, which is used by a router to decide,

16   essentially, which exit of the router to access the internet

17   from; and then the final column is log-in time, which gives a

18   date and time of that particular log-in to that Yahoo account.

19   Q.  So the Yahoo ID "spitzinu" is the name of the account that

20   these logs relate to, is that correct?

21   A.  That is correct.

22   Q.  All right.  That next column to the right, what is the IP

23   address listed on the top line there?

24   A.  76.217.153.104.

25   Q.  Does that IP address appear on other lines on this page?

1    A.  Every single line, yes.

2    Q.  And what was the date listed for that top line?

3    A.  May 30, 2015, at 10:25:54, Greenwich Mean Time.

4    Q.  Let's look at the next page, page 21.

5        And if you'll scan page 21 and answer this question:  Can

6    you tell the earliest date that the IP address that you just

7    read, 76.217.253.104 appears on that page?

8    A.  Yes.  Quick correction it's 153.104.  And the earliest date

9    is April 29th, 2015.

10   Q.  April 29, 2015?

11   A.  Correct.

12   Q.  Okay.  Let's change gears, and we'll come back to the Yahoo

13   records in a moment.

14       I want to ask you about the AT&T records you testified about

15   a moment ago.  Did you examine records delivered to you by the

16   MCCU by AT&T?

17   A.  Yes, I did.

18   Q.  What were those records?

19   A.  That was returns from a subpoena requesting subscriber

20   information for the IP address we just read.

21   Q.  Okay.  And did AT&T respond?

22   A.  Yes, they did.

23   Q.  Will you take a look at what's marked in the binder in front

24   of you as Government's Exhibit 55?

25   A.  Okay.

1    Q.  Do you recognize that exhibit?

2    A.  I do.

3    Q.  What is it?

4    A.  This is the returns from that subpoena.

5    Q.  And is that exhibit in substantially the same condition as

6    it was when you received them?

7    A.  Yes.

8    Q.  And, again, when you received these documents from the MCCU,

9    were they accompanied by a certification from AT&T?

10   A.  They were, yes.

11   Q.  Did that certification list the log and other subscriber

12   information as among the contents delivered?

13   A.  Yes.

14   Q.  And did those documents before you -- those documents before

15   you are indeed those items, is that right?

16   A.  That is correct.

17          MR. ESPINOSA:  Your Honor, Government moves to admit

18   Exhibit 55.

19          THE COURT:  Objection?

20          MR. OLMOS:  No, Your Honor.

21          THE COURT:  Admitted.

22       (Government Exhibit 55 admitted into evidence.)

23   Q.  BY MR. ESPINOSA:  Let's look at Exhibit 55, page 2.  Okay.

24   Does page 2 of Exhibit 55 indicate anywhere whose information is

25   being conveyed by AT&T?

1    A.   Yes.  This reflects that the IP address in question was

2    registered to Millie Clemans at 700 Blackmer Circle in

3    Sacramento, California.

4    Q.   Sorry about that.  I think I've drawn a line instead of

5    highlights.

6    A.   Her name also appears on the top left in "contact name."

7    Q.   All right.  In the exhibit on the screen in front of you,

8    this portion has been highlighted reflecting the information you

9    just testified about.

10        Does that page also demonstrate the physical address

11   associated with these records?

12   A.   Yes, it does.

13   Q.   What's that physical address?

14   A.   Near the middle of the page it says 700 Blackmer Circle,

15   Sacramento, California.

16   Q.   And do you know who lives at that address?

17   A.   Millie Clemans.

18   Q.   Have you ever been to that address?

19   A.   I have.

20   Q.   Let's look at page 1 of Exhibit 55.  Does that document list

21   the IP address assigned to 700 Blackmer Circle?

22   A.   Yes, it does.  It states "IP_assigned" on the right-hand

23   side, about halfway down the page, and it reads 76.217.153.104.

24   Q.   Is that the same IP address you just testified about in

25   connection with the spitzinu IP log?

1    A.  Yes, it is.

2    Q.  Okay, let's go back to the Yahoo records.  You testified

3    that you received records of the content of e-mails and chats

4    from the MCCU, is that right?

5    A.  I did, yes.

6    Q.  And I believe you clarified the date ranges of the two

7    search warrants.  Can you describe those date ranges again?

8    A.  Yes.  The first search warrant went through on or about

9    May 30, 2015, and then the subsequent search warrant, which I

10   authored, went from that date, May 30th, until, at that time,

11   the present, which I believe was mid August 2015.

12   Q.  All right.  So you've identified contents delivered as a

13   result of two separate search warrants, but I want to ask you

14   about all those contents as just one set.  All right?

15   A.  Yes.

16   Q.  Did you review all the contents of those Yahoo

17   communications?

18   A.  Yes, I did.

19   Q.  Did you find chats that stood out to you?

20   A.  Yes, many.

21   Q.  Are there particular identities or user names that

22   spitzinu@yahoo.com was chatting with that stand out in your

23   memory?

24   A.  Yes.

25           MR. OLMOS:  Objection.  Vague as to time.

1           THE COURT:  Specify time.

2    Q.  BY MR. ESPINOSA:  During the period of the collection that

3    you obtained.

4    A.  Yes.  Mr. Clemans chatted with a woman named Nelia Cruz,

5    communicating with two separate Yahoo IDs:  One was

6    nelia.cruz09@yahoo.com, and the other one was

7    nelia_cruz21@yahoo.com.

8    Q.  Now the time period for those chats that caught your

9    attention concerning those two identities, what was that time

10   period, do you recall?

11   A.  Yes.  That was in 2013.  I believe it was August to

12   November.

13   Q.  Okay.

14   A.  Well, actually, correction.  He continued to communicate

15   with her after that time period as well.

16   Q.  How about in the period between approximately June 24, 2014

17   and July 24, 2015, were there chats that stood out to you?

18   A.  Yes.

19   Q.  And who was the chat partner in those chats?

20   A.  Lyan Tandeg.

21   Q.  Do you recall the identity, the online identity or e-mail

22   user name for that -- for Lyan Tandeg?

23   A.  Yes.  I believe it was lyantandeg@rocketmail.com.

24   Q.  How about were there any other identities from either that

25   2013 period you identified or the 2014-15 period you also

1    identified that stand out?

2    A.   Yes.   In November 2013, Mr. Clemans also communicated with a

3    woman named Juvy Malicdem, M-a-l-i-c-d-e-m, or that is the name

4    that she told him, and that was from an e-mail address

5    iloveyousomuch0820@yahoo.com.

6    Q.   After you reviewed the content of the Yahoo e-mails and

7    chats for the spitzinu account, did you collect a subset of the

8    chats in preparation for this trial?

9    A.   Yes, I did.

10   Q.   Did you collect a subset of chats including the chats

11   between the four identities that -- between spitzinu and the

12   four identities that you just testified about?

13   A.   Yes.

14   Q.   All right.   How did you organize that collection?

15   A.   I organized them by account that he was communicating with

16   and then by month.

17   Q.   Did the collection that you created include all the chats

18   between spitzinu and those four identities?

19   A.   No.

20   Q.   What does it include?

21   A.   It includes a subset of those chats that I felt pertinent to

22   the investigation.

23   Q.   Now, did you also select any e-mails or chats involving

24   other identities?

25   A.   Yes.

1    Q.  Do you recall any of those other identities?

2    A.  I don't recall their e-mail addresses verbatim, but I recall

3    that there were.

4    Q.  Do you recall any e-mails or communications involving

5    Amazon.com?

6    A.  Yes, I do.

7    Q.  All right.  Will you take a look in the binder in front of

8    you at what's been marked as Government Exhibits 37.5

9    through 52.2, and let's exclude, that is, you don't need to

10   review 40.5.  I know that's a lot of material.  Take your time.

11   A.  (Witness reviewing document.)

12           THE COURT:  Did you say 52.2?

13           MR. ESPINOSA:  Yes, Your Honor.

14           THE WITNESS:  Okay.

15   Q.  BY MR. ESPINOSA:  Have you had a chance to review those?

16   A.  Yes.

17   Q.  What are those exhibits?

18   A.  These are the subsets of the Yahoo e-mails and chats that I

19   identified.

20   Q.  Did you compare the chats and e-mails that you selected and

21   that are included in the exhibits you just reviewed to the

22   original collections that you drew them from?

23   A.  Yes.

24   Q.  Are the contents of the chats that you selected and included

25   in the exhibits you've just been testifying about, are they

1   identical to the contents of the chats delivered by Yahoo on the

2   two occasions you've testified about?

3   A.   Yes.

4         MR. ESPINOSA:  Your Honor, Government moves to admit

5   Exhibits 37.5 through 52.2, excluding Exhibit 40.5.  And not to

6   overcomplicate matters, Your Honor, but Exhibit 42, we

7   identified pages 20 through 23 as likely not admissible; so we

8   would like to exclude those as well.

9         THE COURT:  So on Exhibit 42, you're excluding what

10  pages?

11        MR. ESPINOSA:  20 through 23.

12        THE COURT:  And you're excluding Exhibit 40.5, and on

13  certain of these exhibits, particularly the 2013 exhibits, if

14  admitted, there will be a limiting instruction given to the

15  jury, correct?

16        MR. ESPINOSA:  Yes, Your Honor.

17        THE COURT:  With those caveats, any objection,

18  Mr. Olmos?  Preserving your other objections.

19        MR. OLMOS:  Preserving my other objections.  And,

20  also, I think, Your Honor, depending how the testimony goes,

21  preserving my ability to challenge under 403 individual lines or

22  sections.

23        THE COURT:  Correct.

24        MR. OLMOS:  But in terms of authenticity and those

25  kinds of things coming in now, I don't have any objection.

1          THE COURT:  With those caveats, those exhibits are

2     admitted.

3          (Government Exhibits 37.5 through 52.2, excluding Exhibit

4     40.5 and also excluding pages 20 through 23 of Exhibit 42

5     admitted into evidence.)

6     Q.  BY MR. ESPINOSA:  Special Agent Schofield, you testified

7     earlier this morning that you found images of child pornography

8     in the spitzinu account collections that you reviewed, is that

9     right?

10    A.  Yes, it is.

11    Q.  Did you collect any of those images from the contents of the

12    records that Yahoo delivered pursuant to the two search warrants

13    you've testified about today?

14    A.  Yes, I did.

15    Q.  Did you collect any of those images from the contents of the

16    records Yahoo delivered to you?

17    A.  Yes.

18    Q.  Will you please take a look at what's been marked as

19    Government's Exhibits 18 through 23 and 36 and 37.

20    A.  Can you repeat those numbers?

21    Q.  Yes.  18 through 23 and then 36 and 37.

22    A.  Okay.

23    Q.  What are those exhibits?

24    A.  Those are images of child pornography that were derived from

25    e-mails within the records that we just talked about.

1   Q.  Are those images that you collected in preparation for this

2   trial?

3   A.  Yes, they are.

4   Q.  Are those images the same as when you saw them in your

5   review of the contents of the spitzinu account?

6   A.  Yes, they are.

7           MR. ESPINOSA:  Your Honor, Government moves to admit

8   those Exhibits 18 through 23 and 36 and 37.

9           THE COURT:  Any objection other than the previous

10  objections raised?

11          MR. OLMOS:  Not other than the ones already raised,

12  no, Your Honor.

13          THE COURT:  All right.  They will be admitted.

14     (Government Exhibits 18 through 23 and 36 and 37 admitted

15  into evidence.)

16  Q.  BY MR. ESPINOSA:  Special Agent Schofield, will you now

17  please look at what's been marked for identification as

18  Government Exhibits 56 through 59.  I'm going to ask you some

19  specific questions about the items that you've identified so

20  far, but I want to get through some of this other business

21  first.

22  A.  56 --

23  Q.  -- through 59.

24  A.  Okay.

25  Q.  What are those exhibits?

1    A.   These are IP logs from four different Dropshots accounts.

2    Q.   What is Dropshots?

3    A.   Dropshots is a cloud storage website similar in function to

4    Dropbox.com.

5    Q.   How is it that you came to execute a search warrant on

6    Dropbox?

7    A.   I executed a search warrant on Dropshots.

8    Q.   Sorry.  Dropshots.

9    A.   It is similar to Dropbox, but in this case Dropshots.

10   Because all four of these accounts were referenced in the Yahoo

11   chats.

12   Q.   When you say all four of the accounts were referenced, what

13   do you mean by that?

14   A.   I mean that all four of these accounts were discussed

15   between Mr. Clemans and Miss Tandeg relating to Miss Tandeg

16   uploading files of child pornography to these accounts so that

17   Mr. Clemans could then access them with the user name and

18   password and gain access to that child pornography.

19   Q.   So based on your investigation, what did you learn that

20   Dropshots offers to customers?

21   A.   Dropshots offers -- it's generally referred to as cloud

22   storage space.  It's storage space that is on a server owned by

23   Dropbox that would be segmented into accounts, and if you

24   register for an account and you apply a password to that

25   account, then you can access that and store files there similar

1    in nature to, say, an external hard drive.

2    Q.   In your review of the contents of the Yahoo account,

3    including the exhibits that you testified about today and that

4    are in evidence, did you find discussions -- I think you just

5    testified that you found discussions about the use of Dropshots

6    between the spitzinu account and some of the counterparts he was

7    chatting with including Lyan Tandeg, is that right?

8    A.   That's correct.

9    Q.   Were there more than one Dropshots account identified in

10   those chats?

11   A.   Yes.

12   Q.   How many were there?

13   A.   Four.

14   Q.   And did you ask for information from all four of them?

15   A.   Yes, I did.

16   Q.   All right.  And did Dropshots respond?

17   A.   Yes, they did.

18   Q.   And so do Exhibits 56 through 59 constitute the material

19   that Dropshots responded with?

20   A.   Partially, yes.  They responded with the logs as well as the

21   contents, the actual files from the accounts as they were -- as

22   they appeared the day that they received the search warrant.

23   Q.   So the exhibits that you've been testifying about,

24   Exhibits 56 through 59, are they only part of the total content

25   that Dropshots delivered to you?

1    A.  Correct.  The logs themselves are complete, but in addition

2    to the logs I also received the files that were in the accounts

3    on the day that they received the search warrant.

4    Q.  Okay.  All right.  Are the exhibits before you, Exhibits 56

5    through 59, are they identical to the logs in the original

6    records sent to you by Dropshots as you reviewed them?

7    A.  Yes.

8          MR. ESPINOSA:  Your Honor, Government moves to admit

9    Exhibits 56 through 59.

10         THE COURT:  Any objection?

11         MR. OLMOS:  No, Your Honor.

12         THE COURT:  Admitted.

13    (Government Exhibits 56 through 59 admitted into evidence.)

14   Q.  BY MR. ESPINOSA:  Let's look at Exhibit 58.

15         Special Agent Schofield, the writing on this exhibit is a

16   little small, but it's on the screen in front of you and you

17   have the original in paper.

18         I want to ask you, first, what is this?

19   A.  This is an IP address log.  It includes records regarding

20   both access and then also any other actions with files that

21   occurred in this Dropshots account.

22   Q.  What Dropshots account does this Exhibit 58 relate to?

23   A.  This is an account titled spitzinudog,

24   s-p-i-t-z-i-n-u-d-o-g.

25   Q.  How do you know that?

1   A.   The fifth column from the left, it includes a URL, uniform

2   resource locator, which reads:

3   http://www.dropshots.com/spitzinudog.

4   Q.   There is a highlighted selection on the screen to your left,

5   is that the column that you're talking about?

6   A.   Yes, it is.

7   Q.   At the end of that string of characters, is that the

8   spitzinudog name that you identified?

9   A.   Yes, that's correct.

10  Q.   Did you find chats in the Yahoo contents that you've

11  testified about specifically identifying this Dropshots account?

12  A.   Yes, I did.

13  Q.   And who were those chats between?

14  A.   Those were between spitzinudog@yahoo.com and Lyan Tandeg.

15  Q.   And let's move across the spreadsheet to the left side.

16  What is represented in that first column on the left side of

17  that exhibit?

18  A.   That first column is the IP address.

19  Q.   And will you read the IP address on that top line?

20  A.   Yes.  It is 76.217.153.104.

21  Q.   Is that the IP address that you testified earlier this

22  morning is associated with 700 Blackmer Circle?

23  A.   Yes, it is.

24  Q.   Will you look at the collection of pages for Exhibit 58 in

25  front of you, the physical collection, and just see if you can

1   determine the total number of pages?

2   A.  It would be an estimate, but it's quite a few.  I would

3   estimate approximately 500.

4   Q.  I think those exhibit stickers have page numbers on them if

5   you want to look at the last one.

6   A.  There are 558 pages.

7   Q.  All right.  So what do those 558 pages of data reflect?

8   A.  Each line is either a log-in to the account or an action

9   taken in that account.  So, for instance, if a file was uploaded

10  or a file downloaded, there would be a line reflecting that

11  action with the associated IP address from which that account

12  was being accessed.

13  Q.  Okay.  So the IP address on the left side of the page, is

14  that the address accessing the account?

15  A.  Yes, it is.

16  Q.  All right.  How many times does the 700 Blackmer Circle IP

17  address appear on those 558 pages?

18  A.  Many times.

19  Q.  When you say "many," you mean more than half, two thirds?

20  A.  In my review of it, I would estimate about two thirds.

21  Q.  So what does that mean if the 700 Blackmer Circle IP address

22  is on the left of most of these pages, what does that mean based

23  on what you've testified about this log?

24  A.  It means that somebody utilizing the internet connection at

25  700 Blackmer Circle, Sacramento, California accessed this

 1    account, and it took some actions with the files inside.

 2    Q.   All right.  Now you testified -- well, one more question

 3    about this specific Exhibit 58.

 4         What is the date range reflected for the log-ins from start

 5    to finish, as best you can tell?

 6    A.   May 8, 2015 through July 23, 2015.

 7    Q.   All right.  Now you testified earlier that in addition to

 8    this 558 pages of access logs, that Dropshots also sent you

 9    images that were collected in the various accounts, is that

10    correct?

11    A.   That is correct.

12    Q.   What kind of images were contained in the account?

13    A.   Mostly child pornography.

14    Q.   And with respect to Exhibit 58, the spitzinudog account, did

15    you locate images of child pornography in that account?

16    A.   Yes, I did.

17    Q.   Do you recall approximately how many?

18    A.   560.

19    Q.   560.

20    A.   Correction.  560 total files.  A few of them depicted the

21    minor girls clothed, I believe.

22    Q.   Did you review those images, the images -- did you review

23    the faces or other identifying characteristics of the minors

24    depicted in those images?

25    A.   Yes, I did.

1    Q.   Were you able to identify any of those minors?

2    A.   Yes.

3    Q.   Who were you able to identify?

4    A.   In the spitzinudog account, the minors were Angel and Ishin.

5    Q.   Were those two of the minors -- are those two names, do they

6    refer to two of the minors who testified earlier in this trial?

7    A.   Yes, they do.

8    Q.   You've been sitting at counsel table during this trial, is

9    that right?

10   A.   Yes, I have.

11   Q.   Did you observe the testimony of the three minor witnesses?

12   A.   I did, yes.

13   Q.   Since we're talking about it now, let me ask you.  There

14   were three minor witnesses who testified using initials.

15        Can you link the initials that they testified under to the

16   names that you -- that others have testified about during the

17   course of this trial?

18   A.   Yes.

19   Q.   Okay.  Let's do that.

20   A.   M.Q. was referred to as Angel in the chats between

21   Mr. Clemans and Miss Tandeg; E.S. was referred to as Nicole; and

22   J.U. was referred to as Ishin, and that's I-s-h-i-n.

23   Q.   And concerning Exhibit 58, the spitzinudog account, did you

24   find images of all three of those minors in that collection?

25   A.   I believe it was only Angel and Ishin in this particular

1    account.

2    Q.  All right.  Let's move on to Exhibit 59.  What's Exhibit 59?

3    A.  59 is another Dropshots IP log.  This one in regards to an

4    account titled golden_retriever.

5    Q.  All right.  This log appears to be arranged similarly to the

6    last log we looked at, is that correct?

7    A.  Yes, it does.

8    Q.  How do you know the name of the account as you just

9    testified?

10   A.  One again, in the fifth column from the left it shows the

11   URL, and the last portion of that URL is the account name

12   golden_retriever.

13   Q.  In the contents of the chats and e-mails that you testified

14   about reviewing, did you find specific reference to this

15   Dropshots account golden_retriever?

16   A.  Yes, I did.

17   Q.  Who were those chats between?

18   A.  Mr. Clemans and Miss Tandeg.

19   Q.  In this spreadsheet, there's also a column that appears to

20   contain IP addresses on the left, is that right?

21   A.  Yes, that's correct.

22   Q.  What's the IP address on the bottom line of this exhibit?

23   A.  It is 76.217.153.104.

24   Q.  Again, is that the IP address associated with 700 Blackmer

25   Circle?

1   A.  Yes, it is.

2   Q.  Will you thumb through Exhibit 59 and tell us how many pages

3   there are in that log?

4   A.  Five.

5   Q.  And how many lines on those five pages list the IP address

6   that you just testified about, 76.217.153.104?

7   A.  It appears to be the only IP address on four of the five

8   pages, and it covers approximately seven lines of the first

9   page.

10  Q.  What's the date range for each of the rows on that

11  spreadsheet?

12  A.  The first row is dated May 24, 2015, and the last line is

13  actually at that same date; so May 24, 2015.

14  Q.  So does it appear that all the activity reflected on those

15  five pages occurred on May 24, 2015?

16  A.  Yes, it does.

17  Q.  You testified about the meaning concerning the spitzinudog

18  account.  Do those log-ins reflect the same for the

19  golden_retriever account?

20  A.  I'm sorry.  Can you repeat the question?

21  Q.  Yes.  This log records activity in this account,

22  golden_retriever.  Is it the same activity that you testified

23  about concerning the spitzinudog account, that is --

24  A.  Yes, it is log-ins and actions taken with the files inside

25  that account.

1   Q.  Okay.  Thanks.  I'm going to ask you better questions as we

2   go forward.

3       All right.  Let's look at Exhibit 56.  What's Exhibit 56?

4   A.  Exhibit 56 is another Dropshots log, and this one pertains

5   to the account nicole2014.

6   Q.  Okay.  Did you find chats specifically referencing nicole --

7   is it "underscore" --

8   A.  No.

9   Q.  -- nicole2014 in the content of the chats and e-mails you

10  reviewed?

11  A.  Yes, I did.

12  Q.  Who were those chats between?

13  A.  Mr. Clemans and Miss Tandeg.

14  Q.  How do you know the name of this account; is it the same as

15  the previous two you've testified about?

16  A.  Yes, it is.

17  Q.  All right.  And now in this account, is there also a column

18  listing IP addresses?

19  A.  Yes, there is.

20  Q.  All right.  And what is the date range covered by this

21  spreadsheet, Exhibit 56?

22  A.  It spans from October 23rd, 2014 through December 2nd, 2014.

23  Q.  All right.  In your review of this spreadsheet, did you find

24  any indication of the presence of the 700 Blackmer Circle IP

25  address?

1    A.   No, I did not.

2    Q.   Okay.  All right.  Let's look finally at Exhibit 57.

3    A.   Okay.

4    Q.   And what's this?

5    A.   This is the last of the Dropshots logs.  This one pertaining

6    to an account titled spitzinu2015.

7    Q.   Okay.  And I'm going to ask you the same series of

8    questions.

9         How did you identify this log-in spreadsheet as related to

10   that account?

11   A.   This particular account name was also referenced in the

12   chats.

13   Q.   And this account name was referenced in the chats and

14   e-mails that you reviewed from the Yahoo content, is that right?

15   A.   Yes.  Chats, exactly, yes.

16   Q.   And the log, itself, does it identify the account?

17   A.   Yes, it does.  This one, on the first page it does not, but

18   if you scroll through in that fifth column, you eventually find

19   that you are able to identify it, yes.

20   Q.   And then I jumped ahead of this question, but the chats that

21   you identified discussing this particular account, who were they

22   between?

23   A.   Mr. Clemans and Miss Tandeg.

24   Q.   And this spreadsheet appears to also be arranged in the same

25   manner as the previous three, is that right?

1    A.   Yes.

2    Q.   What is the date range for the log-ins reflected on this

3    spreadsheet, Exhibit 56?

4    A.   March 4, 2015 through March 24th, 2015.

5    Q.   All right.  Concerning this exhibit, Exhibit 56, and the

6    last exhibit that you testified about, the nicole2014, did you

7    find -- you testified concerning that nicole2014 -- start this

8    question over.

9         In the left-hand column listing IP addresses in this

10   Exhibit 57, did you find the IP address associated with

11   700 Blackmer Circle?

12   A.   I don't believe so.

13   Q.   Now, for these last two exhibits, you didn't find the IP

14   address for 700 Blackmer Circle, but did you find other IP

15   addresses that indicated multiple access -- or access by

16   multiple users to this Dropshots accounts?

17   A.   Yes, to both of those accounts.

18   Q.   All right.  You testified earlier that you found images of

19   child pornography in some of the Dropshots accounts that you've

20   testified about today.

21        Were there images of child pornography in all four?

22   A.   Yes.

23   Q.   Approximately how many images of child pornography did you

24   find across the four Dropshots accounts?

25   A.   1,571 files, though, as I stated before, there were a small

1  number where the minor girls depicted were in a various state of

2  undress and a few where they were fully clothed.

3  Q.  Now among those 1,500-or-so files, how many of those files

4  related to the three minors that testified in this case

5  yesterday?

6  A.  All of them.

7  Q.  All of them.  Did you collect a subset of those 1,500 images

8  in preparation for this trial?

9  A.  Yes, I did.

10 Q.  And will you please now take a look at Government Exhibits

11 23.5 through 30.

12 A.  Okay.

13 Q.  All right.  Do you recognize those exhibits?

14 A.  I do.

15 Q.  What are they?

16 A.  These are files of child pornography that I collected from

17 the nicole2014 and spitzinudog Dropshots accounts.

18 Q.  And those are two of the four Dropshots accounts that you've

19 testified about today?

20 A.  That is correct.

21 Q.  Are those images the same as they were when you saw them in

22 your review of the contents from the two Dropshots accounts as

23 delivered to you from Dropshots?

24 A.  Yes.

25         MR. ESPINOSA:  Your Honor, Government moves to admit

1     Exhibits 23.5 through 30.

2              THE COURT:  Any objection?  Subject to your other

3     objections are preserved.

4              MR. OLMOS:  Right.  My prior objections preserved,

5     yes.  No objection.

6              THE COURT:  All right.  Those will be admitted.

7         (Government Exhibits 23.5 through 30 admitted into

8     evidence.)

9     Q.  BY MR. ESPINOSA:  Special Agent Schofield, when you reviewed

10    the content of the Yahoo chats, did you find any evidence of

11    financial transactions between spitzinu and others?

12    A.  Yes, I did.

13    Q.  What kind of financial transactions did you see in those

14    chats?

15    A.  Mr. Clemans sent money via Western Union, and he would often

16    copy and paste the confirmation message into the chats that

17    including a tracking number so that the person he is chatting

18    with would be able to pick up that money.

19    Q.  All right.  Did you obtain a subpoena from Western Union for

20    information concerning those transfers?

21    A.  Yes.  They provided records pursuant to a subpoena.

22    Q.  And did you provide them with some of the confirmation

23    numbers that you identified in the chats?

24    A.  I did, yes.

25    Q.  What did they provide you in response to that?

1   A.   They provided a large spreadsheet with quite a few transfer

2   records in it.

3   Q.   How was that spreadsheet arranged?

4   A.   It's a very large spreadsheet.  It was -- there are many,

5   many columns.  So it's very -- I guess it's a very wide

6   spreadsheet with quite a lot of data, and each line is a

7   specific transfer, Western Union transfer, and then across in

8   each of those columns is a different bit of information

9   referring to that particular transfer.

10  Q.   Was that spreadsheet in electronic form, or was it a big

11  paper spreadsheet?

12  A.   No.  It was electronic.  It would be very difficult to print

13  it.

14  Q.   So did you do anything to make those Western Union records

15  easier to read?

16  A.   Yes.  I prepared summaries of some of those transfers.

17  Q.   Okay.  Will you please take a look at what's been marked for

18  identification as Government Exhibits 59.5 through 73.

19  A.   (Witness reviewing documents.)

20  Q.   Do you recognize those documents?

21  A.   I do.  These are my summaries that you just referenced.

22  Q.   How did you create those summaries?

23  A.   I took information from that large, voluminous spreadsheet

24  and created these summaries.  So each of these summaries is one

25  transaction from that spreadsheet.

1    Q.  Do those summaries include any information other than

2    information contained in the Western Union spreadsheet?

3    A.  No.

4    Q.  So is it the case that you rearranged the information to

5    make it easier to read?

6    A.  That is exactly what I did.

7            MR. ESPINOSA:  Your Honor, Government moves to admit

8    Exhibits 59.5 through 73.

9            THE COURT:  Objection?

10           MR. OLMOS:  No, Your Honor.

11           THE COURT:  Admitted.

12       (Government Exhibits 59.5 through 73 admitted into

13   evidence.)

14   Q.  BY MR. ESPINOSA:  Let's look at Exhibit 68.  This is one of

15   the summaries you made, is that right?

16   A.  Yes.

17   Q.  And so the top line, can you just walk us through -- you

18   don't have to read every line -- just summarize what appears in

19   this summary and in the other summaries?

20   A.  Sure.  At the top, I put the date just so it's easy to see

21   which summary this is.  On that first line, you can see the

22   amount in U.S. dollars; that second piece of information, where

23   it says "control number," that is the tracking number,

24   essentially, that Western Union uses; you can also see the name

25   of the sender, in this case Michael Clemans; and his phone

1    number appears near the right side of that first line as well as

2    the date of the transfer; on the next line you can see the date

3    of birth of the sender as well as the IP address from which the

4    sender was accessing the internet to make this transfer; the

5    senders's address, which, in this case, is 700 Blackmer Circle

6    appears next; and below that you see information about the

7    person who received the transfer, in this case it says Lyan

8    Tandeg; and the date that she picked up the transfer on the

9    right-hand side, in this case it says October 21st, 2014.

10        There is additional information about the person who picked

11   it up on the next line; also where she picked it up is reflected

12   under the address; and then, finally, near the bottom it tells

13   you how many Philippine pesos -- well, I take it back -- it

14   tells you what currency it was paid out as, in this case PHP

15   stands for Philippine pesos, and the number of Philippine pesos

16   that were paid to the recipient.

17   Q.  Before I ask you a few more questions about your summary,

18   let me just ask you about the denominations that you described.

19        You talked about pesos and PHP.  How do you know the

20   currency used in the Philippines?

21   A.  I spent two months in the Philippines on a temporary

22   assignment last year.

23   Q.  Are you familiar with the currency and the exchange rate?

24   A.  Yes, I am.

25   Q.  Just generally, right?

1    A.   Yes.

2    Q.   You don't follow it every day?

3    A.   No.  Not at all.

4    Q.   There is a phone number on the upper right of this summary,

5    is that right?

6    A.   Yes, there is.

7    Q.   What's that phone number?

8    A.   916-925-5984.

9    Q.   And can we put Exhibit 55.02 next to this.  There is a phone

10   number on this page as well.  This has been previously admitted.

11   These are the AT&T subscriber records for 700 Blackmer Circle.

12   In the upper left corner here, what's that phone number?

13   A.   916-925-5984.

14   Q.   Those are the same numbers, is that right?

15   A.   That is correct.

16   Q.   All right.  Can we just have 68.

17        Okay.  So does that summary, Exhibit 68, does it list who

18   the money was sent to?  You said that it does, I believe?

19   A.   Yes.  Under "payee name" it states Lyan Tandeg.

20   Q.   And the payor is listed as well, right?

21   A.   Correct, yes.

22   Q.   And how about the amount of the transfer?

23   A.   The amount is reflected in both U.S. dollars, in this case

24   600 U.S. dollars, and also in Philippine pesos below that as

25   26,143.118 Philippine pesos.

 1   Q.  In your review of the chats and e-mails that you collected

 2   and that are exhibits in this trial, did you find a discussion

 3   about this specific transfer?

 4   A.  Yes, I did.

 5   Q.  Did that discussion include an explanation of the purpose of

 6   the transfer?

 7   A.  Yes.

 8   Q.  What was the purpose?

 9   A.  This was money sent to purchase the virginity of Angel to be

10   protected for Mr. Clemans.

11   Q.  When you say protected, what do you mean by that?

12   A.  He was very adamant over a period of months after this

13   transfer that he had bought Angel, and that her virginity was to

14   be saved for when he came to have sex with her.

15   Q.  In the other summaries that you prepared and that are

16   identified as -- or that are admitted as 59.5 through 73, do

17   they take the same form?

18   A.  They do.

19   Q.  Do they list the same information?

20   A.  They do, but for different purposes.

21   Q.  For each transaction?

22   A.  Correct.

23   Q.  Did you add up the total amount of money transferred in the

24   Western Union data in the summaries that you created?

25   A.  Yes, I totaled all of my summaries, which is a subset of all

Case 2:15-cr-00227-JAM - Examination Continued

 1  of the transfers, yes.

 2  Q.  Let me ask you to narrow the total.  Were there more

 3  transactions in the Western Union data than you did summaries

 4  for?

 5  A.  Definitely, yes.

 6  Q.  The summaries that you created, what is the time period for

 7  those summaries?

 8  A.  It's about eleven months.

 9  Q.  Do you remember, approximately, the date range, when they

10  begin and end?

11  A.  They begin, I believe, in June of 2014 and go through I

12  believe it's May of 2015.

13  Q.  What was the total amount of money transferred by

14  Mr. Clemans to Lyan Tandeg during that period?

15  A.  The total of my summary is $5,775, U.S.

16  Q.  And you say the total of my summaries.  Why?  Your summaries

17  are a subset of the total transactions, is that right?

18  A.  Correct, yes.

19  Q.  Did you choose that subset for a particular reason?

20  A.  Yes.

21  Q.  What was that reason?

22  A.  These are transactions that were referenced in the chats and

23  were relevant to the charges in this case.

24  Q.  So were there transactions, other transactions in the

25  records but not discussed in the chats?

1    A.   Yes, I believe so.

2    Q.   And you did not include those in your summaries, is that

3    correct?

4    A.   Correct, yes.

5    Q.   Were you able to determine the source of payment for these

6    Western Union transfers?

7    A.   Yes, I was.

8    Q.   What was that source?

9    A.   That was Mr. Clemans's First United States Community Credit

10   Union bank account here in Sacramento.

11   Q.   Did you try to obtain records associated with that bank

12   account?

13   A.   Yes.  I served them with a subpoena, and they provided me

14   with records.

15   Q.   All right.  Let's look at Government Exhibit 74 through 85.

16   A.   Okay.

17   Q.   Do you recognize those documents?

18   A.   I do.

19   Q.   And what are they?

20   A.   The first exhibit, Exhibit 74, is a signature card for the

21   First U.S. Community Credit Union account, and the rest of those

22   exhibits are monthly statements from that account.

23   Q.   And what date range do those monthly statements cover,

24   approximately?

25   A.   They cover August 2013 through May 2015.

1     Q.  All right.  Are those records in substantially the same

2     condition as they were when you received them from First U.S.

3     Community Credit Union?

4     A.  Yes.

5           MR. ESPINOSA:  Your Honor, Government moves to admit

6     74 through 85.

7           THE COURT:  Objection?

8           MR. OLMOS:  No, Your Honor.

9           THE COURT:  Admitted.

10     (Government Exhibits 74 through 85 admitted into evidence.)

11     Q.  BY MR. ESPINOSA:  Okay.  Let's look at 74, page 1.  Let me

12     put Exhibit 92, it's previously admitted, the first page of 92.

13     Side by side.

14     Special Agent Schofield, what is this Exhibit 74, page 1,

15     what are we looking at?

16     A.  This is the signature card for the First U.S. Community

17     Credit Union bank account.

18     Q.  Is there a signature on the top center of the page?

19     A.  Yes, there is.

20     Q.  Did you compare that signature on the top center of that

21     page to the signature on Exhibit 92, Mr. Clemans's U.S.

22     passport?

23     A.  Yes, I did.

24     Q.  In your evaluation, do they appear to match?

25     A.  Yes.

1            MR. OLMOS:  Objection.  Relevance.

2            THE COURT:  Overruled.

3            THE WITNESS:  Yes, they do.

4    Q.  BY MR. ESPINOSA:  All right.  And on Exhibit 74, does it

5    state -- does it state on its face what this document is?

6    A.  No.

7    Q.  I think there are other pages.  Let's look at the next page.

8    A.  It does on page 2, yes.

9    Q.  What does it say about this document on page 2?

10   A.  It says "individual and joint tenancy share account

11   agreement with right of survivorship" at the top.

12   Q.  Let's go back to the first page.  Is there an address listed

13   for this account, for the holder of this account?

14   A.  Yes.  It is 700 Blackmer Circle.

15   Q.  How about that phone number?

16   A.  916-925-5984.

17   Q.  What's the date of the signature below that number?

18   A.  June 27th, 1988.

19   Q.  All right.  Okay.  Let's talk a little bit more about some

20   of the additional steps you took during your investigation in

21   this case.

22       At some point, did you examine the contents of electronic

23   devices?

24   A.  Yes, I did.

25   Q.  What devices -- or what did you examine?

1    A.   I examined the contents of the external hard drive that was

2    seized during the search warrant at 700 Blackmer Circle; I

3    analyzed the contents of the Dropshots accounts; I analyzed the

4    content of a thumb drive that I imaged while I was in the

5    Philippines and also the contents of the iPad that was seized

6    from Mr. Clemans at San Francisco Airport.

7    Q.   Okay.  Let's start with the iPad.

8         How did you come into possession of the contents of that

9    device?

10   A.   The contents of that device were initially provided to the

11   Major Case Coordination Unit, and they provided that to me on a

12   DVD.  Subsequent to that, I also received a copy of that same

13   information directly from San Mateo Sheriff's Department on a

14   thumb drive.

15   Q.   Which of the data deliveries did you inspect?

16   A.   I inspected both.  I spent most of my time on the one from

17   MCCU.

18   Q.   Were the two deliveries the same, or were they different?

19   A.   They were the same.

20   Q.   What was the data that you received?

21   A.   It was a -- it was a forensic -- we call it a forensic dump.

22   Essentially, an extraction of all of the data that was on that

23   iPad into report format.

24   Q.   And how did you know that the data you received was the data

25   seized from the iPad -- from Mr. Clemans's iPad?

1    A.  It was represented to me, but I also analyzed the report and

2    found the serial number that was on the physical iPad, the back

3    of the physical iPad, that serial number is also in the report.

4    Q.  What did you do with that report?

5    A.  I reviewed it, and then I also reviewed the images that were

6    attached to that report, which had been on that iPad.

7    Q.  All right.  And approximately -- when you say images, are

8    you referring to images of child pornography?

9    A.  Yes, I am.

10   Q.  Approximately how many images of child pornography did you

11   find in that report?

12   A.  I believe there were approximately 23 unique images.  When

13   images are placed on an iPad, the iPad will often create smaller

14   versions called thumbnails.  So there were more files, but there

15   were approximately 23 unique pictures.

16   Q.  Did you collect some of those images from that data in

17   preparation for this trial?

18   A.  Yes, I did.

19   Q.  How many did you collect?

20   A.  I believe four.

21   Q.  All right.  Will you take a look at what's been marked for

22   identification as Government's Exhibits 14 through 17.

23            THE COURT:  Let's take a break at this time.

24   Actually, I need to talk to the Government and defense lawyer.

25   So all admonitions apply.  Don't discuss the case among

 1   yourselves.  Don't discuss the case with anyone.  No independent

 2   investigation or research.  And please report any violations.

 3   See you in 15 minutes.

 4        (Jury out.  10:24 a.m.)

 5             THE COURT:  Never mind.  Take a break.  Come back in

 6   15.

 7        (Break taken.  10:25 a.m. - 10:42 a.m.)

 8        (Jury in.  10:42 a.m.)

 9             THE COURT:  All jurors are present.  All parties are

10   present.  You may continue your direct examination.  Last

11   question you asked was about Exhibits 14 through 17.

12   Q.  BY MR. ESPINOSA:  Special Agent Schofield, I asked you if

13   you recognized the exhibits marked as 14 through 17.  Do you

14   recognize those exhibits?

15   A.  I do.

16   Q.  What are they?

17   A.  These are images that were found on the iPad that was seized

18   from Mr. Clemans.

19   Q.  Are those images that you extracted from the report of the

20   contents of that iPad?

21   A.  They are, yes.

22   Q.  Are they in substantially the same condition as they

23   appeared when you viewed them in that report?

24   A.  Yes.

25             MR. ESPINOSA:  Your Honor, Government moves to admit

 1   14 through 17.

 2           THE COURT:  All right.  Subject to prior objections.

 3   Any other objections?

 4           MR. OLMOS:  No, Your Honor.

 5           THE COURT:  Okay.  They will be admitted.

 6       (Government Exhibits 14 through 17 admitted into evidence.)

 7   Q.  BY MR. ESPINOSA:  You testified earlier that you have --

 8   that you personally observed the premises at Blackmer Circle.

 9   How did that happen?

10   A.  I was involved in the execution of a search warrant at that

11   location on July 24, 2015; I also executed an arrest warrant for

12   Mr. Clemans on that day at that location.

13   Q.  Did you in fact arrest Mr. Clemans that day?

14   A.  I did.

15   Q.  So after that arrest, did you leave the premises?

16   A.  Yes.  Myself and another agent transported Mr. Clemans to

17   the county jail and then returned to that location.

18   Q.  And before you left, did you notice any members of the FBI

19   CART team participating in the search?

20   A.  Yes.  Special Agent Medlin was there.

21   Q.  Okay.  And when you returned, was the search still ongoing?

22   A.  It was, yes.

23   Q.  All right.  Did you observe the seizure of any electronic

24   devices from 700 Blackmer Circle?

25   A.  Yes, I did.

1    Q.  Did those seized electronic devices include the Western

2    Digital external hard drive admitted as Government's Exhibit 86?

3    A.  Yes.

4    Q.  Have you reviewed that exhibit in preparation for your

5    testimony?

6    A.  Yes, I have.

7    Q.  Let's talk about the content of that external hard drive.

8    And each time I reference that external hard drive, I'm talking

9    about Exhibit 87, okay?

10   A.  Okay.

11   Q.  Did you at some point receive the content of that external

12   hard drive?

13   A.  I did, yes.

14   Q.  How did you come in possession of the content of that

15   device?

16   A.  I asked Special Agent Medlin to export all of the images and

17   video files from that item and provide them to me so that I

18   could process them using a tool different than FTK, which he

19   testified about yesterday.

20   Q.  Okay.  And did Special Agent Medlin do as you asked?

21   A.  Yes, he did.  He exported all of the pictures and videos

22   from all of the digital items and placed them on a hard drive so

23   that I could analyze them using that different tool.

24   Q.  And what did you do next?

25   A.  I loaded them into that tool and began categorizing them and

1    identifying which of the image and video files depicted child

2    pornography and which ones did not.

3    Q.  Let me ask you a question or two about the tool you

4    referenced.  What is this tool?

5    A.  The tool, at the time, was called NetClean, N-e-t-C-l-e-a-n.

6    I believe they have since changed the name of the tool, but it

7    operates the same now as it did then.

8    Q.  Before your application of that tool to the hard drive in

9    this case, had you used it previously?

10   A.  Yes.

11   Q.  How many times?

12   A.  I would estimate at least two dozen.  I also received

13   training from the FBI regarding the use of that tool.

14   Q.  All right.  Did your use of that tool on the content of that

15   hard drive reveal the images of -- reveal any images of child

16   pornography?

17   A.  Yes, it did.

18   Q.  Do you recall approximately how many?

19   A.  Four.

20   Q.  All right.  Okay.  Will you please take a look at what's

21   been marked for identification as Government Exhibits 10

22   through 13.

23   A.  Okay.

24   Q.  Do you recognize those exhibits?

25   A.  I do, yes.

1    Q.  What are they?

2    A.  Those are the images of child pornography found on that

3    external hard drive.

4    Q.  In the contents of Government's Exhibit 86?

5    A.  Correct.

6              THE COURT:  87, you mean?

7              THE WITNESS:  Pardon me?

8              MR. ESPINOSA:  I believe it's 86.  86 is the hard

9    drive.

10             THE COURT:  Yes.

11   Q.  BY MR. ESPINOSA:  Are those images in substantially the same

12   condition as they appeared when you viewed them in the contents

13   of that hard drive that Special Agent Medlin delivered to you?

14   A.  Yes.

15             MR. ESPINOSA:  Your Honor, Government moves to admit

16   Exhibits 10 through 13.

17             THE COURT:  Subject to prior objections.  Any other

18   objection?

19             MR. OLMOS:  No, Your Honor.

20             THE COURT:  Admitted.

21       (Government Exhibits 10 through 13 admitted into evidence.)

22   Q.  BY MR. ESPINOSA:  Special Agent Schofield, you testified

23   that during the course of this investigation you traveled to the

24   Philippines, is that right?

25   A.  Yes, it is.

1  Q.  What was the purpose of that travel?

2  A.  I traveled there on a temporary assignment to assist in the

3  investigation of child sex tourism cases that had a nexus to the

4  Philippines.  And included in that was to take some

5  investigative steps in this case as well.

6  Q.  What were the investigative steps related to this case that

7  you took?

8  A.  I assisted in the forensic interviews of the three minor

9  girls who testified yesterday.  I also created forensic copies

10  of items of evidence that were in the NBI, National Bureau of

11  Investigation, evidence facility that had been seized from Lyan

12  Tandeg.

13  Q.  All right.  And among those seized items, what did you

14  inspect?

15  A.  I inspected a laptop computer, specifically the hard drive

16  inside of it; two SD cards that would be used in a camera,

17  basically; and also a thumb drive.

18  Q.  Were you present for Nate Sanger's testimony yesterday?

19  A.  Yes, I was.

20  Q.  Did you hear his testimony about obtaining a thumb drive

21  from Miss Tandeg during his operation?

22  A.  I did, yes.

23  Q.  Was the thumb drive that you inspected that thumb drive?

24  A.  Yes.

25  Q.  Focusing on that thumb drive only, what did you do to

1    inspect that piece of evidence?

2    A.   I created a forensic bit-for-bit copy similar to what

3    Special Agent Medlin testified yesterday.  I also used a

4    write-protect device so that during that copy I could not make

5    any inadvertent or purposeful changes to that evidence, and I

6    created that bit-for-bit copy.

7    Q.   What did you find in the data from that thumb drive?

8    A.   I found that the thumb drive contained multiple folders that

9    were named -- most of the folders were named for those three

10   victims, so Angel, Ishin, or Nicole -- there were multiple

11   folders for Angel -- and within those folders were images of

12   child pornography depicting those minor girls.

13   Q.   Approximately how many images of child pornography did you

14   find on that thumb drive?

15   A.   There were over 3,000 files.  As I said before, some of

16   those were clothed pictures of the girls.  Most of them were

17   child pornography, though I don't know exactly how many.

18   Q.   Had you encountered any of those manages from that thumb

19   drive elsewhere in your investigation?

20   A.   Yes.  There were 1,571 files in the four Dropshots accounts,

21   and all of those files were found on that thumb drive as well.

22   Q.   During your review of the contents of the chats and e-mails

23   between spitzinu and Lyan Tandeg, did you find discussions about

24   images being stored on a thumb drive?

25   A.   Yes.  On multiple occasions, Mr. Clemans instructed

1    Miss Tandeg to save these photos on a USB thumb drive so that he

2    could copy them to his computer when he traveled to the

3    Philippines.

4    Q.  Were you able to retrieve that thumb drive and bring it back

5    to the United States?

6    A.  No.

7    Q.  Why not?

8    A.  That was evidence in the Philippine criminal case against

9    Miss Tandeg and Miss Atad.  So the NBI in the Philippines would

10   not let me remove it, but they did provide me access to it

11   within their evidence facility so I could create that

12   bit-for-bit copy.

13   Q.  Special Agent Schofield, you testified about your

14   identification of images of child pornography across the content

15   of several electronic devices today, and in locations on the web

16   or digital storage locations.

17       Did you do an analysis to determine whether any of the

18   images you found in those separate locations were on more than

19   one of the devices or in more than one location?

20   A.  Yes, I did.

21   Q.  What did you find?

22   A.  I found that, as I said, all of the Dropshots images were

23   also found on that thumb drive; I found six images that were on

24   the iPad that were also on that thumb drive and found in the

25   Dropshots; and then I also found all four of the images of child

1   pornography from the external hard drive were also found in

2   Dropshots as well as on that thumb drive, but none of those were

3   found on the iPad as well.

4   Q.  All right.  I want to ask you a brief number of questions

5   about certain of the images you just identified.  So I want to

6   publish and review quickly Exhibits 14 through 17.  Let's do

7   them in order.  First, Exhibit 14.

8       Is this an image that you found on multiple devices or in

9   multiple locations?

10  A.  Yes.

11  Q.  Were you able to identify the minors depicted in this image?

12  A.  Yes.  On the right-hand side is Angel, and on the left is

13  Nicole.

14  Q.  This is Exhibit 14, is that right?

15  A.  That is correct.

16  Q.  All right.  Let's move to Exhibit 15.  Is this an image that

17  you were -- that you located on multiple devices?

18  A.  Yes.

19  Q.  Or in multiple locations?

20  A.  In, yes, both.

21  Q.  Were you able to identify the minors depicted in this image?

22  A.  Yes.  Angel is on the right, and Nicole is on the left.

23  Q.  How about Exhibit 16.  Is this an image that you found on

24  multiple devices or in multiple locations?

25  A.  Yes.

1   Q.  And were you able to identify the minor depicted in this

2   image?

3   A.  Yes.  That is Angel.

4   Q.  And Exhibit 17.  Same two questions.  Is this an image that

5   you found or located in multiple devices or locations?

6   A.  Yes, it is.

7   Q.  And were you able to identify the minor in this image?

8   A.  That is Angel.

9   Q.  Okay.  We can take that down.

10      Did you do a similar comparison of the images that you

11  identified -- the CP images that you identified on the external

12  hard drive -- the contents of the external hard drive?

13  A.  Yes, I did.

14  Q.  Did you find that those images also appeared on multiple

15  devices?

16  A.  Those were in Dropshots as well as on the thumb drive, yes.

17  Q.  Okay.  We're going to look at those images, and I'll ask you

18  the same two questions concerning both.

19      All right.  Let's start with Exhibit 10.  Is this an image

20  from the external hard drive that you found in the contents of

21  other electronic devices or in Dropshots?

22  A.  Yes.

23  Q.  And were you able to identify the minor depicted in this

24  photo?

25  A.  Based on the freckle on the left thigh area that I have seen

1    in other images that depicted Ishin's face, I believe this is

2    Ishin.

3    Q.   Exhibit 11.  Is this an image from the external hard drive

4    that you found in the contents of other digital devices or

5    storage spaces in your investigation?

6    A.   Yes.

7    Q.   Were you able to identify the minor in this image?

8    A.   That is Ishin, and you can see the freckle I just

9    referenced.

10   Q.   And where is that freckle located again?

11   A.   On her left thigh.

12   Q.   Let's move to the next exhibit.  Is this an image that --

13   from the external hard drive that was also found on other

14   electronic devices in your investigation or in Dropshots?

15   A.   Yes, it is.

16   Q.   Were you able to identify the minor in this image?

17   A.   Based on that same freckle, I believe that's Ishin.

18   Q.   And the last exhibit is number 13.  And is this an image

19   that you found from the external hard drive on multiple -- in

20   the contents of multiple electronic devices or Dropshots?

21   A.   Yes.

22   Q.   Were you able to identify the minor depicted in this image?

23   A.   Not in this case, no.

24   Q.   Why were you not able to identify the minor depicted in this

25   image?

1    A.  It's an extreme close-up of a pre-pubescent girl's genitals,

2    but no faces visible, and I could not identify any marks that

3    would identify this particular girl.

4    Q.  And not to belabor this, when you say extreme close-up

5    there, you cannot see a face or other body part, is that right?

6    A.  That's correct, yes.

7    Q.  Okay.  We can take that down.

8         All right.  Let's take a look at what's been marked for

9    identification as Government's Exhibit 98.

10        Before I ask you about Exhibit 98, I want to ask you just

11   two clarifying questions.  The images you just testified about,

12   Exhibits 14 through 17, that group first, those images came from

13   the content of the iPad in this case, is that right?

14   A.  That is correct, yes.

15   Q.  And that iPad, do you know where -- were you present for the

16   testimony of Detective Ward?

17   A.  Yes, I was.

18   Q.  Did you hear him testify that that iPad was taken from

19   Mr. Clemans --

20   A.  Yes.

21   Q.  -- on April 27, 2015?

22   A.  Yes, I did.

23   Q.  And the images you testified about in Exhibits 10

24   through 13, you testified those images came from the external

25   hard drive, is that correct?

1    A.   That is correct, yes.

2    Q.   And you were present during the search of 700 Blackmer

3    Circle, is that right?

4    A.   Yes, I was.

5    Q.   And you're aware, based on your observation, that that

6    external hard drive was seized from the dining room table of

7    that location, is that right?

8    A.   Yes, sir.

9    Q.   Okay.  Do you recognize Government's Exhibit 98?

10   A.   Yes, I do.

11   Q.   What is that?

12   A.   These are records from the U.S. Customs and Border

13   Protection Treasury Enforcement Communications System that

14   reflect entries and exits from the United States of Michael

15   Clemans.

16   Q.   And did you collect those records?

17   A.   I did.

18   Q.   How did you do that?

19   A.   With the assistance of another person in my office, I

20   searched for Mr. Clemans by name and his date of birth and

21   retrieved these records.

22   Q.   Are those records in substantially the same condition as

23   they appeared when you originally obtained them?

24   A.   Yes.

25            MR. ESPINOSA:  Your Honor, Government moves to admit

1     Exhibit 98.

2                THE COURT:  Objection?

3                MR. OLMOS:  No, Your Honor.

4                THE COURT:  Admitted.

5          (Government Exhibit 98 admitted into evidence.)

6     Q.  BY MR. ESPINOSA:  Let's take a look at page 1 of Exhibit 98.

7     Can you explain how this data is organized and what the rows and

8     columns contain?

9     A.  Certainly.  On the left side, you see the first two columns

10    are "last name" and "first name," that is the name of the

11    traveler; the next column over is "DOB," that stands for "date

12    of birth," that's the traveler's date of birth; the next column

13    says "date," that is the date that the traveler either entered

14    or exited the country, the date of that entry in the system;

15    there is a carrier code, which tells you the airline that the

16    traveler either entered or exited on along with the carrier

17    number refers to the flight number; that next column says "I/O,"

18    that is for whether he is coming in or going out; if you go over

19    towards the far right, you will see "A-R-R-L-O-C," that stands

20    for "arrival location"; and then the next column is "departure

21    location," those reflect the city or airport where the traveler

22    was arriving to and departing from.

23    Q.  All right.  Thank you.  And I will note that I failed to ask

24    you to summarize the relevant columns, but thank you for doing

25    that.

1        Did you have a chance to analyze these records?

2   A.   I did, yes.

3   Q.   Based on your analysis of the records, were you able to

4   identify periods in 2013, 2014 and 2015 that Mr. Clemans was in

5   the United States?

6   A.   Yes.

7   Q.   What were those periods?  Let's start with 2013.

8   A.   In 2013, he was in the United States from March 23, 2013,

9   until September 11, 2013.

10  Q.   How about for 2014?

11  A.   In 2014, he was in the country for all of May of 2014, also

12  August 31st, 2014 through September 15th, 2014.

13  Q.   How about 2015?

14  A.   In 2015, he entered the country on April 27, 2015, and has

15  remained in the country since then.

16  Q.   All right.  You've testified about a lot of dates today and

17  a lot of documents, and I just would like to ask you a few

18  questions to maybe make that chronology a little clearer.  All

19  right?

20  A.   Okay.

21  Q.   So concerning the -- what date in --

22       You just testified that the defendant, according to the TECS

23  records, returned to the United States on April 27, 2015, is

24  that right?

25  A.   That's correct, yes.

1    Q.  That was the day that the iPad was seized from him at the

2    airport, is that right?

3    A.  Yes, it is.

4    Q.  And you testified about the Dropshots IP logs earlier, and

5    we looked at those bulky computer data spreadsheets.

6         Specifically, you testified that two of those spreadsheets

7    contained IP information associated with 700 Blackmer Circle, is

8    that right?

9    A.  That is correct, yes.

10   Q.  Now you also testified about the dates of access for both of

11   those logs; do you remember that?

12   A.  Yes, I do.

13   Q.  Now was the date of access for both of those two logs, the

14   first two that you testified about, were they after April 27,

15   2015?

16   A.  The dates of access for the spitzinudog and golden_retriever

17   accounts were both in May 2015, after the time that Mr. Clemans

18   entered the country.

19   Q.  And the other two Dropshots accounts that you testified

20   about that did not reflect the IP address at 700 Blackmer

21   Circle, were the date ranges for those two logs before or after

22   April 27, 2015?

23   A.  Before.

24   Q.  And that would be during a period when --

25        Is it correct that those logs reference dates in which

1    Mr. Clemans was not in the United States?

2    A.   That is correct.

3    Q.   And you testified earlier that you arrested Mr. Clemans on

4    July 27th, 2015, is that correct -- July 24, 2015, is that

5    correct?

6    A.   That is correct.

7    Q.   So you said you were present for the testimony of Detective

8    Ward.  Are you aware that Mr. Clemans's passport was seized?

9    A.   I am, yes.

10   Q.   What date did that happen?

11   A.   That was also when he entered the country on April 27th,

12   2015.

13   Q.   And these TECS records don't show any indication that

14   Mr. Clemans left the United States after April 27th, is that

15   right?

16   A.   Correct.  The top line has a date of June 5, 2015, but

17   you'll notice in the status column it says "request, not on

18   board."  That was, I believe, the date that he planned to

19   return.

20   Q.   And he was in fact present at 700 Blackmer Circle when you

21   executed the search warrant and arrest warrant on July 24, 2015,

22   is that right?

23   A.   Yes, sir.

24   Q.   All right.  One last exhibit, and then I want to ask you

25   about some of the contents of the chat messages that you've

1        testified a little bit about today.

2            Will you look at Government's Exhibit 99?

3    A.   Can I correct one of my answers on that previous exhibit?

4    Q.   Do you have a correction you would like to make?

5    A.   I do.

6    Q.   Go ahead.

7    A.   That exhibit only reflects the leg of the trip, the entries

8    and exits from the United States.  So I believe I said it

9    reflected the trip.  If someone had flown from, you know,

10   Albuquerque to Seattle and then to Korea, it would only show

11   that -- or the Seattle to Korea leg.

12   Q.   Thanks for that clarification.  And based on that, let me

13   ask you a specific question.

14           Do you see an entry on the TECS records in 2013 reflecting

15   travel outside of the United States?

16   A.   Yes.

17   Q.   Is that the correct line?

18   A.   Yes, it is.

19   Q.   All right.  What is the date of that entry?

20   A.   September 11, 2013.

21   Q.   And in the far right column, what is the departure location?

22   A.   The departure location is Seattle Airport.

23   Q.   And what is the arrival location?

24   A.   The arrival location is Seoul, South Korea.

25   Q.   So based on your experience and training, and I believe you

1    just testified, that these TECS records will record the first

2    destination point on a multi-leg trip, is that correct?

3    A.  Not exactly.  It will record whichever leg of the trip

4    crosses the United States border to another country.  So if you

5    took three hops in the United States and then left the United

6    States, these records will only capture that one leg that leaves

7    the United States regardless of which number leg it is in your

8    trip.

9    Q.  So if a person was traveling from, say, Sacramento to

10   Seattle, and then out of the United States, the TECS records

11   wouldn't record the Sacramento to Seattle trip, is that correct?

12   A.  It would not -- it would not reflect that leg or any leg

13   thereafter; so, in this case, if the traveler actually went

14   somewhere else after Seoul, South Korea, it would not capture

15   that either.

16   Q.  This line indicates that on or about September 11th,

17   Mr. Clemans left the United States?

18   A.  That is correct.

19   Q.  Let's look at Exhibit 99.

20       Actually, will you look at it first, please, and tell us if

21   you recognize it?

22   A.  Yes, I do.

23   Q.  What is that?

24   A.  This is a State of Texas birth certificate.

25   Q.  Okay.  Who does it relate to?

1    A.  Michael Carey Clemans.

2    Q.  How did you obtain it?

3    A.  A request for records to the state of Texas.

4          MR. ESPINOSA:  Your Honor, Government moves to admit

5    Exhibit 99.

6          THE COURT:  Any objection?

7          MR. OLMOS:  No, Your Honor.

8          THE COURT:  Admitted.

9      (Government Exhibit 99 admitted into evidence.)

10   Q.  BY MR. ESPINOSA:  Can we publish that, please.

11     What's the date of birth reflected on this document?

12   A.  May 26, 1960.

13   Q.  Is that consistent with the date of birth in the passport

14   that you've seen during this trial, Exhibit 92?

15   A.  Yes, it is.

16   Q.  Okay.  We can take that down.

17     Special Agent Schofield, I want to ask you questions about

18   the specific content of some of the chats in this case.  Can we

19   look at Government's Exhibit 37.5, page 4.

20         THE COURT:  At this point, ladies and gentlemen, I'm

21   going to give you what's called a limiting instruction.

22     In this exhibit and some the other exhibits from 2013,

23   you'll see the spitzinu, which has been, as the agent has

24   testified, associated with Mr. Clemans, and you'll also see

25   references to nelia.cruz.

1      The conversations in these exhibits under the rules of

2   evidence the Court has ruled you're allowed to see, I've

3   admitted them, as far as they are from Mr. Clemans.  The

4   portions from the person identified as nelia.cruz is hearsay.

5   And without getting real technical with you, I found that those

6   also are admissible.  You can see them to provide context.  It

7   would be very difficult for you to look at evidence with only

8   Mr. Clemans's statements, at least in my view, without the

9   corresponding response.

10      So even though it is hearsay, I have found under the rules

11   of evidence that you will be allowed to see those.  But anything

12   that says -- or is from nelia.cruz is not admitted for the truth

13   of the matter asserted.

14      And the easiest way that I can explain that to you, without

15   getting too technical, is, for example, if there is a line from

16   Mr. Clemans that says "my name is Michael," the lawyers can

17   argue they want you to take that as truth that his name is

18   Michael.  If there is a line from, for example, someone

19   identified as nelia.cruz, and it says "I live in the

20   Philippines; I'm 23 years old," they can't argue that you can

21   find as a matter of truth that that is a fact.  They would have

22   to come up with some other evidence to prove that fact.

23      But you still get to see, at least I ruled, that portion

24   from the nelia.cruz to allow you to have some context.  They

25   just won't be allowed to argue to you that whatever is stated is

1   for the truth of the matter asserted.  Okay.  And I will give

2   you a written instruction as well that reminds you during your

3   deliberations that it's only admitted for the limited purpose.

4            MR. ESPINOSA:  Thank you, Your Honor.

5            THE COURT:  Okay.

6   Q.  BY MR. ESPINOSA:  Before I get into this question, I want to

7   ask one final question about steps in your investigation.

8        At some point, did Mr. Clemans agree to turn over control of

9   the spitzinu account to you or other investigators?

10  A.  Yes, he did.

11  Q.  And did he, at that point, also provide the password to the

12  account?

13  A.  Yes, he did.

14  Q.  All right.  So as we go through these chats, I'm going to

15  refer to the spitzinu end of the conversation as Mr. Clemans,

16  all right, and the other end I'll refer to as what's reflected

17  in the chat.

18  A.  Okay.

19  Q.  All right.  So let's take a look at this.

20       Now, during the chat reflected in this Exhibit 37.5,

21  page 4 -- and to set all of these chats up, let's first just

22  talk about format.  So at the top of this chat, will you

23  describe what's depicted on the page.

24  A.  At the top of every page of chats, you will see a few

25  things.  First is "subject."  On a page of chats, the subject

1    line is going to be whatever the final line of chat is on the

2    page.

3         The way that Yahoo returns these records to us, they take

4    chat conversations and essentially chop them into pieces so that

5    they look a little more like an e-mail.  So on an e-mail, you

6    would see a subject line and then you'd see content.  In this

7    case, they chop this chat up, and they just assign a subject

8    line as whatever the final line of the chat is.

9         You'll see -- under "subject," you'll see a "from" line.  In

10   this case, it reflects the name that's associated with the

11   account as well as the actual account, in this case

12   nelia.cruz09@yahoo.com, and then you'll see a date and a time.

13        For Yahoo records, that time is Pacific Time; however, below

14   that in the chats you'll notice that each line of chat has a

15   time stamp, and that is in UTC, which stands for Universal Time

16   Code, and that is the same as saying Greenwich Mean Time.

17   Q.  Now --

18             THE COURT:  Sorry to interrupt.  Can you give us an

19   example?  Where it says 23:38:17, that's Greenwich Mean Time?

20             THE WITNESS:  That is correct.

21             THE COURT:  What time would that be in the United

22   States?

23             THE WITNESS:  That is a great question.

24             THE COURT:  Thank you.

25             THE WITNESS:  In this case, you can see at the top

1    where it says "date 9-9-2013," that "4:44 p.m.," that actually

2    refers to Pacific Time on that date.

3         That said, the math changes depending on whether it was

4    daylight savings time at that time or not.

5              THE COURT:  Okay.

6    Q.  BY MR. ESPINOSA:  In these chats, as you've collected them

7    and reviewed them, will it be necessary to know precisely the

8    time that a particular exchange occurred or is the day a more

9    important piece of information?

10   A.  Generally, the day is the information with the caveat that

11   at the times that Mr. Clemans was in the United States and

12   communicating with someone in the Philippines, the Philippines

13   is on the other side of the International Date Line, so there

14   will be times when you'll see kind of in the context of the

15   chats someone will say "good morning," and when you look at the

16   Pacific Time, it might be middle of the night, and it's because

17   they are in substantially different time zones, and in some

18   cases it might be Saturday in the Philippines when it's still

19   Friday here.

20   Q.  With that background, I want to ask you, when you reviewed

21   the chat on -- before us -- can we bring up that selection

22   again?

23        When you reviewed the chats between Mr. Clemans and this

24   Miss Nelia Cruz, nelia.cruz09@yahoo.com, did you find evidence

25   of requests for images of child pornography?

1  A.  Yes, I did.

2  Q.  And did Mr. Clemans state an age range that he was

3  interested in?

4  A.  Yes.  In this chat, you can see he states "ages 8 to 17."

5  Q.  Okay.  And did he specify any other particular

6  characteristics that he preferred?

7  A.  In that next line, he states, quote, "but they have to have

8  shaved pussies, though," unquote.

9  Q.  Let's move to page 7 of the same exhibit.

10     In your review of the chats with nelia.cruz09@yahoo, was

11  there discussion about additional specific characteristics that

12  Mr. Clemans was seeking?

13  A.  Yes.  He was seeking girls who were virgins.

14  Q.  And are those requests reflected in this chat?

15  A.  Yes.  Near the bottom at 23:59:54 UTC, Mr. Clemans says,

16  "well, if you have photo sets of some virgins, I can pay for

17  photos now, but the girls must be available to rent next month,

18  I would like to choose."

19  Q.  So in addition to requesting photos, this chat indicates an

20  interest in meeting and renting the same minors, is that right?

21  A.  That is correct.

22  Q.  And then below that he expressed a preference to be able to

23  select, is that right?

24  A.  Yes.  He says, "I would like to choose."

25  Q.  All right.  Let's look at the next page, page 8.

1    A.  Yes.

2    Q.  And in the second half of these chats, is there a discussion

3    about -- does Mr. Clemans express any concerns about how any

4    meetings with minors might take place?

5    A.  Yes.  At 00:04:36 UTC, he states, "I just don't want

6    problems with the police there."  And he further states, "is

7    your apartment away from other people?"  Further down on this

8    page --

9    Q.  Does he set up a meeting point with Nelia in this chat?

10   A.  He does.  He states, "so we meet at Market Market, do you

11   have lots of neighbors watching you?"

12   Q.  What's the date in the subject of this chat?

13   A.  This is on September 9, 2013.

14   Q.  Now, according to the TECS records that you testified about

15   earlier, based on those records, was Mr. Clemans in the United

16   States or outside of the United States at that time?

17   A.  He was in the United States at this time.

18   Q.  All right.  So these chats so far include a request for

19   images of girls as young as 8, is that correct?

20   A.  Correct.

21   Q.  The opportunity to rent those girls, is that right?

22   A.  Also correct.

23   Q.  And the establishment of a meeting point, is that right?

24   A.  Yes.

25   Q.  Okay.  All right.  Let's move on to page 10.  And I'm not

1    going to ask you about every page.  I just want to move you

2    through a few of the relevant chats, and the jurors will have

3    the opportunity to read the material that we don't specifically

4    cover.  Okay?

5    A.  Okay.

6    Q.  In this chat, is there discussion about whether Nelia's

7    apartment is suitable for sex, an encounter for sex?

8    A.  Yes.

9    Q.  And about the first third, or first quarter, there is a line

10   that says, "I want to be sure it's safe there," is that right?

11   A.  Yes.  That's at 00:14:08.

12   Q.  Who makes that statement?

13   A.  That's Mr. Clemans.

14   Q.  And just below that does he ask about a shower?

15   A.  Yes.  He states, "you don't have a shower."

16   Q.  How --

17   A.  And further down he states, "and have a mattress on the

18   floor, and ask how much she charges for the room for a night."

19   Q.  All right.  Let's move forward to page 12.

20       In this chat, what's the date of this chat?

21   A.  This is still September 9th, 2013.

22   Q.  And let me ask you that.  In your review and selection of

23   these chats, did you find that there were multiple chats on

24   single days?

25   A.  Yes.  Definitely.

1    Q.   Okay.  And so it's the case that the chats are broken up by

2    session, is that right?

3    A.   They are broken into chunks by Yahoo.  I'm not exactly sure

4    how.  It's likely something to do with their actual system that

5    houses the chats.  But they're not necessarily by, like, log-in

6    session.  They are just broken into pieces.

7    Q.   Maybe a better question is, all of the chats on a particular

8    day don't appear under a single heading, is that right?

9    A.   That is correct.

10   Q.   Now in this chat, is there additional discussion about age

11   preferences?

12   A.   Yes.  At 00:20:43, Mr. Clemans says, "I think 12 to 17."  A

13   little earlier than that, actually, he states, "but I do not

14   want anyone older than 17."

15   Q.   Is there a discussion about payment, about cost?

16   A.   Yes.  She tells him that it's $250 for each of the girls.

17   And at 00:22:26, Mr. Clemans says, "I know that I have been

18   paying $50 for girls in Manila overnight, I can pay more, but I

19   need quality."

20   Q.   And below that, does he talk about his preference for the

21   sexual experience level of the girls he seeks?

22   A.   Yes.  He says, "but I need virgin" -- and this is at

23   00:22:46 -- and says, "if I pay $200, I would need her for more

24   than one day."

25   Q.   All right.  And then at the bottom, does he introduce the

```
 1    idea of a business relationship with Nelia?

 2    A.  Yes.  He states, "but we can negotiate, I would like to do a

 3    lot of business with you when I come."

 4    Q.  Okay.  Let's look at page 13.  Now, the date of this chat,

 5    is this still September 9th, 2013?

 6    A.  Yes, it is.

 7    Q.  All right.  Now, during this chat is there discussion about

 8    travel plans?

 9    A.  Yes.

10    Q.  And what's that discussion?

11    A.  He says, at 00:28:06 -- excuse me -- yes, 06: "I would like

12    to visit with you again, same time.  I want to do a lot of

13    business with you."

14        And then at 00:28:50 he says, "I will give you my flight

15    number in a couple weeks.  We can plan then to" -- smiley face.

16    Q.  Does he talk about payment or make reassurances about

17    payment?

18    A.  Yes, he tells her to be patient.  Says he will prove that he

19    can pay, but he's not going to do it that day.

20    Q.  Okay.  Now, let's look at page 14, and this chat appears to

21    be the next day.  This is -- in the heading you'll see that it's

22    dated September 10th, 2013.

23        Is there specific discussion about international travel in

24    that chat?

25    A.  Yes.  Mr. Clemans says, "I am preparing to leave now on my
```

 1    departure for Thailand.  I will be in Bangkok on the 13th."

 2        Again, this is the 10th that he's writing this.

 3        "I will contact you upon my arrival there, and I have not

 4    forgotten about you."

 5    Q.  We just looked at Exhibit 98 showing Mr. Clemans's departure

 6    to Seoul.  I don't think we need to look at it again.  You

 7    recall that exhibit, is that right?

 8    A.  I do.

 9    Q.  And let's look quickly at Exhibit 74.1.  Can we go forward a

10    page into the items.

11        As we get situated here, Special Agent Schofield, what's

12    this Exhibit 74.1?

13    A.  This is one of the bank statements from Mr. Clemans's First

14    U.S. Community Credit Union bank account.

15    Q.  And what's the date range in the upper right corner?

16    A.  This is June 2013, the month of June.

17    Q.  All right.  Are there charges on this statement reflecting a

18    purchase of airline tickets for Korean Air?

19    A.  Yes.  There is a line that says "post date" of June 26th,

20    and a "transaction date" of June 24th, which in the description

21    states "Korean Air," with a long number, and then over on the

22    right-hand side the amount is $1,106 -- and it looks like 60

23    cents -- yes, 60 cents -- $1,108.60.  Pardon me.

24    Q.  Let's look at that page again.  And do you see any purchases

25    in Sacramento?

1  A.  Yes.  On June 10th, I see Farrell's Ice Cream Parlor in

2  Sacramento, California.

3  Q.  Are you familiar with that location?

4  A.  I am.

5  Q.  Is it in Sacramento?

6  A.  It certainly is.

7  Q.  All right.  Have you been there before?

8  A.  I have.

9  Q.  I think I may have misidentified this statement.

10      Just for clarity sake, what month is this statement related

11  to, month and year?

12  A.  It is June 2013 --

13  Q.  In the upper-right corner?

14  A.  Can you highlight that?  It is August, pardon me.

15  Q.  All right.  Thank you for that.

16  A.  To clarify then, all of the dates I just mentioned would

17  have been August, not June.  My apologies.

18  Q.  August.  So 74.1, page 4, your testimony refers to August

19  dates, is that right?

20  A.  Yes.

21  Q.  Now, later, on that statement, are there purchases that

22  indicate that the purchases are made outside of Sacramento?

23  A.  Yes.

24  Q.  What purchases do you see?

25  A.  On August 23rd, I see a Yellowstone National Park charge of

1    $25.

2    Q.  Okay.  Let's bring up 74.2.  And let's go to the next page,

3    please.

4       Now this Exhibit 74.2 is a bank statement previously

5    admitted covering -- just one more -- sorry, I don't have the

6    page number -- is a bank statement associated with Michael

7    Clemans at the address 700 Blackmer Circle, and it covers -- I'm

8    sorry -- 74.2 -- this was the same exhibit.  I apologize.

9       Here we are.  So this statement covers September of 2013, is

10   that right?

11   A.  That is correct.

12   Q.  Do you see purchases that indicate that those purchases were

13   made outside of the United States?

14   A.  On September 7th, there is a -- sorry, you said outside the

15   United States?

16       Yes.  On September 14th -- and actually the transaction date

17   was September 13th -- I see Louie Tavern in Bangkok, Thailand

18   for just over $82.

19   Q.  Okay.  Let's go back to Exhibit 37.5, this time page 18.

20       In this chat, the date is September 11, 2013, is that right?

21   A.  Yes.

22   Q.  And it looks like it's all spitzinu and no response from

23   Nelia.  What is spitzinu or Mr. Clemans conveying during this

24   chat?

25   A.  He is conveying his intention to -- well, his desire to have

1    sex with the girls, but not on Nelia's hard floor, and then near

2    the end he says, "they are calling my flight."

3    Q.  And then below that, there is another line that says, "chat

4    with you after I arrive," is that correct?

5    A.  Yes.  That's correct.

6    Q.  All right.  Let's move to Exhibit 38, page 1.  Now we're a

7    little later in time in this exhibit, this is October 3rd, 2013,

8    is that right?

9    A.  Yes.

10   Q.  Is this a chat between Clemans and Nelia Cruz?

11   A.  Yes, it is.

12   Q.  Starting at about a quarter of the way down at 23:56:03, in

13   this discussion is there additional discussion about

14   Mr. Clemans's age preferences and experience level preferences?

15   A.  Yes.  He begins the conversation asking, "What do you have

16   for me this morning?"

17       Nelia Cruz responds, "What ages you want?"

18       And Mr. Clemans states, "12 to 16, virgin if possible."

19       Miss Cruz asks, "How many?"

20       He says, "For my stay, only two or three.  I need to see the

21   girls first by photo to decide."

22       And then she asks how much -- essentially how much can he

23   pay for that.

24       And he asks her what she would charge for a long time, "two

25   or three days with someone I like," he states, which is at

1    23:57:32.

2        She asks if he needs to meet.  He states, "yes, in Market

3    Market."  And then asks where she is.  She then clarifies, "only

4    play or fuck?"  And he replies, "fuck, of course."

5    Q.  And those last exchanges that you just characterized, when

6    you say she clarifies, she clarifies the purpose of the

7    exchange, is that correct?

8    A.  She clarifies the purpose of the meeting, the purpose of his

9    potential trip to the Philippines.

10   Q.  All right.  Let's look at the next page of that exhibit,

11   page 2.

12       And is there specific discussion on this page -- this chat

13   from October 3rd, 2013, between Clemans and Nelia Cruz, is there

14   specific discussion about payment?

15   A.  Yes, there is.

16   Q.  What is the specific amount discussed?

17   A.  At the top of the page, she asks if he can pay 8,000 for

18   each girl, which she's asking pesos.

19       He clarifies, asks, "What is that in U.S. dollars?"

20       And she gives him a price of 200 U.S. dollars.

21       He clarifies, "For long time, yes, no problem," he can pay

22   that.  "Maybe more if I really like her."

23       She asks him to clarify what he means by a long time and

24   also asks if he's in the Philippines right now.

25       He replies, "soon," and clarifies that a long time for him

 1   is at least seven hours.

 2   Q.  Okay.  Does he agree to send money or ask about -- inquire

 3   about a way to send money?

 4   A.  Yes.  He asks who he sends money to and then actually asks

 5   if he has possibly sent her money previously.

 6   Q.  At the end, does he make a statement about when he pays, why

 7   he pays?

 8   A.  Yes.  He says, "I do not send money just because."

 9   Q.  All right.  Let's turn to page 4, and, as we do that, I want

10   to ask you, there was reference in earlier chats that you

11   testified about to a meeting point of Market Market.  What is

12   Market Market, do you know?

13   A.  Market Market is an area in metro Manila.  I've driven past,

14   but I've never actually stopped and walked around there.

15   Q.  Okay.  So when you were in the Philippines, you drove past

16   Market Market?

17   A.  I did.

18   Q.  In your experience there, that's a real place, is that

19   right?

20   A.  Yes.

21   Q.  All right.  On page 4, I want to ask you about payment.

22       Is there indication of payment on this chat, October 3rd,

23   2013, between Clemans and Nelia Cruz?

24   A.  Yes.  She asks him for money.  She says, "I'll give you more

25   photos."

1          Well, he says, "I can send you" -- pardon me -- "I will send

2     money but for more photos."  That's at 00:10:43.

3          She agrees to send more photos.  He provides his e-mail

4     address, spitzinu@yahoo.com.  She asks him to send money now.

5     He clarifies her name, which for Western Union when he sends --

6     when someone sends money Western Union, you have to specify the

7     name of the recipient, and then that person would have to show

8     ID to pick up that transfer.

9          And then near the bottom, at 00:16:30, he states, "I have

10    transferred 1700 pesos to you, but I want photos."

11    Q.  Let's look at the next page, Exhibit 38, page 5.

12         You described the requirements for international money

13    transfers in general.  Is that based on your experience and

14    training?

15    A.  Yes.

16    Q.  All right.  Now, on Exhibit 38, page 5, is there specific

17    information about a particular money transfer?

18    A.  Yes.

19         Yes.  If you look at 00:17:51, starting with "pick-up

20    instructions," it states "Nelia Cruz will have to bring a

21    government-issued photo ID and the tracking number, MTCN," which

22    is an acronym that Western Union uses for the tracking number --

23    so provides the tracking number, in this case it's 0024723281,

24    and "to pick up the 1,684.54 Philippine pesos you sent."

25    Q.  And below that, is there information about the sender?

1    A.   Yes.  Miss Cruz inquires about his name.

2         When someone picks up a Western Union transfer, they are

3    required to show ID to show that they are the recipient, but

4    they are also required to indicate who sent them the money.  So

5    she's inquiring about his name.  He states, "Michael Clemans."

6    She clarifies, "USA," meaning United States of America.  He

7    says, "that is all you need, yes."  She asks for his e-mail one

8    more time, and he repeats it twice.

9    Q.   And at the bottom, does he go on to characterize what he's

10   paying for?

11   A.   Yes.  At the bottom he says, "I need only real models, and

12   the models you have so I can select."

13        And actually near the top he says, "I need your promise that

14   the girls will be available to me."

15   Q.   Let's look at Exhibit 74.5, page 4.

16        Now in the chat that you just testified about, Exhibit 38,

17   page 5, you read an amount, 1,684.54 PHP.  Do you see a debit or

18   charge on the Exhibit 74.5, page 4, that approximates that

19   amount in U.S. dollars?

20   A.   Yes.  This is the bank statement for October 2013 from

21   Mr. Clemans's bank account.  There is a line, about the fifth

22   line down, October 4th, the description says, "WU," which stands

23   for Western Union.  The number following that is actually that

24   tracking number that I read before, 0024723281.  On the

25   right-hand side it says $45, which in this case will include

1  both the money that he transferred as well as a fee to Western

2  Union.

3  Q.  In general terms, you testified earlier you were familiar

4  with the exchange rate between the United States currency and

5  Philippine pesos.  In general, what is that exchange rate?

6  A.  During the relevant time period, it would have fluctuated

7  between about 40 and 45 Philippine pesos to one U.S. dollar.

8  Q.  And the amount reflected in that transfer, with that control

9  number, is that consistent with the exchange rate you just

10  identified?

11  A.  Yes.

12  Q.  And the control number that you read from the bank

13  statement, Mr. Clemans's bank statement, is that the control

14  number that appears in this chat?

15  A.  Yes, it is.

16  Q.  And you prepared a summary of the Western Union transfers --

17  maybe not for this one, but in other instances, is that right?

18  A.  Yes.

19  Q.  Did you include the control number in those summaries?

20  A.  Yes, I did.

21  Q.  All right.  So it would be possible in additional chats if

22  the control number appears in the chat, to match it to the bank

23  statement that also includes the control number and the Western

24  Union summary, is that right?

25  A.  In many cases, yes.

1          At some point during this time period, Western Union

2     discontinued their practice -- or it may have been the bank --

3     but I believe it was Western Union discontinued the practice of

4     having the tracking number on that line in the bank statement.

5     So at some point, what you'll see is just WU for Western Union

6     and a dollar amount.

7          But the time -- or the date, pardon me, of the transaction

8     on the bank accounts will also coincide with the date that

9     Mr. Clemans states in the chats that he is sending money.

10    Q.  And you know that based on your review of the bank records,

11    the Western Union records, and the chats, is that right?

12    A.  That is correct, yes.

13    Q.  Let's move on to Exhibit 38, page 6.

14         All right.  Now in this chat, which is October 3rd, 2015,

15    does Mr. Clemans just make clear what he's looking for in clear

16    detail?

17              MR. OLMOS:  Your Honor, I'm going to object to the

18    form of the question.  The document speaks for itself.

19              THE COURT:  Sustained.

20    Q.  BY MR. ESPINOSA:  In this chat, does Mr. Clemans ask for

21    naked pictures?

22    A.  Yes.

23    Q.  All right.  Let's move on.

24         Let's go to page 9 of Exhibit 38.  Page 9 reflects a chat

25    from October 8th, 2013, is that right?

1    A.   Yes.

2    Q.   Between Clemans and Nelia, is that correct?

3    A.   Yes.

4    Q.   Now, in this chat is there discussion about a particular

5    image and a person depicted in that image?

6    A.   Yes.  At 11:54:18 Mr. Clemans asks, "Is the girl third from

7    the left available now in Manila?"

8         Further down he says, "she is in the middle, how old?"

9         Miss Cruz responds, "Yes."

10        Mr. Clemans also asks her name and if she is a virgin.

11        Miss Cruz says, "Her name is BB, she is virgin, she is

12   12 years old."

13        Mr. Clemans responds, "OK, good age."

14   Q.   Did you find an image in the Yahoo -- in the contents of the

15   Yahoo data associated with this exchange?

16   A.   Yes.

17   Q.   All right.  Can we have Government's Exhibit 36.

18        Is this the image that you found associated with that chat?

19   A.   Yes.

20   Q.   And did you identify the girl third from the left --

21        Well, first let me ask you this.  Are there multiple girls

22   in this photo?

23   A.   Yes, there are.

24   Q.   How many?

25   A.   There are five.

1    Q.  Is there a girl in the middle, third from the left as

2    described in this chat?

3    A.  Yes.

4    Q.  It doesn't indicate the girl's name in that photo, is that

5    right?

6    A.  That is correct.

7    Q.  Okay.  We can take that down.

8        Okay.  Let's go back to Exhibit 38.  This time page 11.

9    This is a chat from October 8th, 2013, is that right?

10   A.  Yes.

11   Q.  Is there a discussion about airfare?

12   A.  Yes.  At 11:58:55 Mr. Clemans says, "I will check the

13   airfares, too."

14   Q.  Is there a discussion about paying for sex with BB?

15   A.  Mr. Clemans --

16       Miss Cruz asks for 1500 pesos for food, and she says, "I

17   promise to give you a virgin girl."

18       Mr. Clemans asks, "Where is BB now?"

19       And Miss Cruz says, "I just need to pay her mom so can bring

20   here please."

21       Mr. Clemans then inquires what the mother might say or "What

22   will her mother say when I want to fuck her?"  Frowny face.

23   Q.  Let's turn to the next page, Exhibit 38, page 12.

24       In the middle of that page, does Mr. Clemans make a specific

25   request concerning a photo of BB?

1    A.   Yes.  He says, "I need to see BB today.  And at 00:51:00 he

2    states, "I need her to spread her legs in the photos and show me

3    she is really virgin."

4    Q.   All right.  Does he also make an offer to make a payment?

5    A.   Yes.  He says he can send $35 and asks who to send the money

6    to.

7    Q.   Okay.  On the next page, Exhibit 38, page 13, is there

8    reference to a specific payment on that page?  This chat took

9    place on October 8, 2013.

10   A.   Yes.  At 00:58:42 Mr. Clemans says, "I have transferred $35

11   to you, Nelia."

12        And then further down at 00:59:57, you will see that

13   familiar blurb from the Western Union confirmation statement.

14   This time there is a tracking number of 1617980922, and it's in

15   the amount of 1,474.66 Philippine pesos.

16   Q.   Did you identify a withdrawal from Mr. Clemans's bank

17   account on or about that date from the statement for that month?

18   A.   I did, yes.

19   Q.   Was it consistent with the amount reflected in this chat?

20   A.   Yes.

21   Q.   Okay.  Let's look at the next page -- and we're going to

22   start moving faster -- but let's look at page 14 of Exhibit 38.

23        Does Mr. Clemans make any statements about his travel plans?

24   A.   Yes.  He says at 01:02:25, "Thanks for arranging the girls

25   for me.  I will be arriving soon."

1   Q.  And that's October 8th, 2013, is that right?

2   A.  Yes.  That's correct.

3   Q.  Let's move to page 20 of the same exhibit.  And at the

4   bottom of this chat, which is from October 14th, 2013, is there

5   continued discussion about Mr. Clemans's travel plans, the last

6   two exchanges?

7   A.  Yes.  At 08:01 Miss Cruz asks when he's coming to the

8   Philippines.

9       He replies, "In about ten days.  I am trying to come next

10  Sunday."

11  Q.  Okay.  All right.  Let's move to Exhibit 39, page 1.  In

12  this discussion, is there a continued agreement to meet at

13  Market Market?

14  A.  Yes.

15  Q.  All right.  And the date of this chat is November 3rd, 2013,

16  is that right?

17  A.  Yes, it is.

18  Q.  All of these chats that you've testified about, since we

19  began this section of the examination, are between Clemans and

20  Cruz, is that correct?

21  A.  Yes.

22  Q.  All right.  Let's move to page 2 of this exhibit.  Is there

23  discussion in this chat from November 3rd, 2013, about

24  particular sex acts?

25  A.  Yes.

1    Q.  All right.  What sex act is discussed?

2    A.  They're discussing a -- they're discussing a child on the

3    previous page.

4        Mr. Clemans asks, "How old is she?  Six?"

5        He says, "Might be too small for intercourse, maybe anal,

6    though, would be ok."

7    Q.  All right.  Let's go to page 3.  On page 3, a chat from

8    November 5th, 2013.  Is there continued discussion about travel?

9    A.  Yes.

10   Q.  What's the nature of that discussion?  You don't have to

11   read every line.  You can summarize.

12   A.  He says he's arranging for a ticket over the weekend.  Says

13   he will only have probably three or four days to stay in the

14   Philippines.

15   Q.  So he sets a time limit of three or four days, is that

16   right?

17   A.  Correct.

18   Q.  Does he inquire about, you know, what Nelia will provide him

19   during that time?

20   A.  Yes.

21   Q.  All right.  Has he mentioned work in this chat?

22   A.  No.

23   Q.  All right.  Let's look at page 4.  Now, in earlier chats you

24   testified that there were requests for images and meetings with

25   girls as young as 8 years old.

1    In this chat, is there discussion about whether girls

2  between 8 and 10 are able to have sex?

3         MR. OLMOS:  Objection.  Relevance.

4         THE COURT:  Sustained.

5  Q.  BY MR. ESPINOSA:  Is there a discussion about Mr. Clemans's

6  preferences for sex in this chat?

7         MR. OLMOS:  Objection.  403.

8         THE COURT:  Overruled.

9         THE WITNESS:  Yes.  He states that he will be having

10 anal sex with the girls but will be gentle.

11 Q.  BY MR. ESPINOSA:  Let's look at page 5.  Now, you've already

12 testified about the sex acts discussed over the last few chats.

13 So I don't want you to offer any testimony about those specific

14 acts.

15    But does he characterize how he wants the girls to behave at

16 line 22:34:55?

17 A.  Yes.  He once again talks about the sex act and says, "with

18 no complaints."

19 Q.  And that's anal sex, is that right?

20 A.  Yes, it is.

21 Q.  All right.  Let's go to page 8 of this exhibit.  We're

22 almost through this one.

23    All right.  In this chat, which takes place on

24 November 11th, 2013, is there further discussion about when

25 Mr. Clemans expects to arrive in the Philippines?

1  A.  Yes.  At the very top he says, "And I will be coming

2  shortly."

3  Q.  And later in that chat, about a quarter of the way down, is

4  there discussion about a potential business arrangement or

5  future transactions between Clemans and Nelia Cruz?

6  A.  Yes.  There is discussion about how her internet connection

7  seems insufficient to send him photos.

8      And at 22:51:36 he says, "If you really want to do a lot of

9  business with me, you'll have to figure it out."

10          MR. OLMOS:  I would like to reserve an objection to be

11  addressed at the appropriate time in the future at this point.

12          THE COURT:  Okay.

13  Q.  BY MR. ESPINOSA:  On the next page, page 9, is there

14  discussion about -- well, let's move on.

15      On page 11, a chat on November 12th, 2013, is there

16  reference to a person named Jessa?

17  A.  Yes.

18  Q.  Is there discussion about the age of that girl?  Does

19  Mr. Clemans ask about the age?

20  A.  He asks how old she is.  Miss Cruz responds, "She is

21  11 years old, not yet period."

22  Q.  All right.  In your review of the Yahoo data, did you find

23  an image of child pornography associated with this chat?

24  A.  I found images of child pornography that were sent from

25  Miss Cruz to Mr. Clemans, and there was only one -- one girl

1    depicted in those images.  So, yes, I identified -- I connected

2    that with this based on the date.

3    Q.  Based on the date of the transaction, based on the date of

4    the delivery of the photo?

5    A.  Correct.  So she sent it in a separate e-mail, and there

6    were several photos.  They all depicted the same girl.  And that

7    was the only e-mail that was sent from Miss Cruz to Mr. Clemans,

8    like, during this -- on this date.

9    Q.  Okay.  All right.  Let's look at Government's Exhibit 37.

10   Is this the image that was associated with that time period sent

11   between Nelia Cruz and spitzinu@yahoo.com?

12   A.  Yes, it is.

13   Q.  All right.  We can take that down.

14       Let's go to page 14 of Exhibit 39.  And is there discussion

15   of payment on this page as well?

16   A.  Yes.  She asks for 1800 pesos, and Mr. Clemans asks for the

17   exchange amount.  Miss Cruz states that's $40 U.S.  Mr. Clemans

18   says, "but the girls have to be ready to go."

19   Q.  On the next page, two pages later, page 16, is there

20   confirmation of that payment?

21   A.  Yes, there is.

22   Q.  All right.  And does Mr. Clemans give his name in this chat

23   as well?

24   A.  Yes.  At 11:50:21 -- sorry -- 11:50:19 Mr. Clemans says,

25   "you know it," his name, and she replies, "Michael Clemans," and

1    then he replies, "Yes, but keep it to yourself."

2    Q.  All right.  The MTCN control number for the Western Union

3    transfer that's indicated in this chat from November 12th, 2013,

4    did you find a Western Union transfer in the Western Union data

5    with that MTCN number?

6    A.  I did, yes.

7    Q.  All right.  Let's look at Government's Exhibit 60.  Is this

8    the summary of the transaction for that date?

9    A.  Yes.

10   Q.  And does it reflect the amount in Philippine pesos

11   consistent with the amount in the chat: 1,924?

12   A.  Yes.  Point 57.

13   Q.  Where is that on the document -- on that summary?

14   A.  It's about three quarters of the way down.  Pay currency.

15   Says "PHP," which is Philippine pesos.  And then amount,

16   1,924.57.

17   Q.  The sender is indicated at the top as Michael Clemans, is

18   that right?

19   A.  Yes.

20   Q.  And the recipient is indicated -- looks like the columns are

21   a little off.  Is the recipient indicated under the amount

22   column?

23   A.  Yeah.  I think a tab was omitted.

24       So "currency U.S. dollars" -- this is about a third of the

25   way down -- that 45.00 should be under the "amount" column, and

1   then the "Nelia Cruz" should be under the "payee name" column.

2   Q.  Let's look at Exhibit 75.  We won't do this for all the

3   transactions, but for this one I do want to ask you.

4       Do you see on page 4 of Government's Exhibit 75, the

5   statement for November of 2013, do you see the Western Union

6   transfer control number on this statement?

7   A.  Yes.  There is a line dated 11-13; the description says "WU"

8   for Western Union; and then the number that follows is the

9   tracking number, and it matches the tracking number from the

10  chat we just looked at.

11          THE COURT:  Stop there.  We'll take our lunch break at

12  this time.  During the recess, please don't discuss the case

13  with anyone.  Do not discuss the case among yourselves.  Don't

14  let anyone discuss the case with you.  No independent

15  investigation or research is allowed.  Report any violations of

16  these admonitions to the Court.  Come back at 1:15 p.m.

17      (Jury out.  11:56 a.m.)

18          THE COURT:  Outside the presence of the jury.

19  Mr. Olmos.

20          MR. OLMOS:  Thank you, Your Honor.

21      I know that we are not yet at the close of the Government's

22  case, and I have, as the Court is aware, a legal issue with

23  respect to Count 1.

24          THE COURT:  Right.

25          MR. OLMOS:  Which is what all this evidence, as I

1    understand it, is coming in to support.

2        I began objecting once we started getting into particularly

3    graphic language that was being used when Mr. Clemans was

4    already in Bangkok and corresponding with Miss Cruz, who is

5    apparently in the Philippines, for the purpose of that travel.

6        And I believe that when we're looking at a 403 objection to

7    some of that language, it needs to be looked at against the

8    backdrop of the fact that Mr. Clemans is in Bangkok, preparing

9    for international travel, with no nexus to the United States,

10   which under Weingarten and additional authority, that I think

11   the Court is aware of, means that Count 1 -- that the Government

12   can't meet its legal burden to prove that Mr. Clemans is guilty

13   of Count 1.

14       So now we're heaping evidence on that is prejudicing the

15   jury on a count that, based on the Government's own evidence

16   that we've heard up to this point, can't be proved.  And so

17   that's what the objection -- that's why I made the objection or

18   started making the objections when I did.

19            THE COURT:  Understood.  Government want to respond?

20   Make a record?

21            MR. ESPINOSA:  Yes, Your Honor.

22       The evidence of Count 1 -- first, Count 1 does require

23   travel in foreign commerce with the purpose to engage in illicit

24   sexual conduct.  It criminalizes leaving the United States with

25   the intent to have illicit sexual conduct.

1       That's what this evidence shows.  It shows that Mr. Clemans

2   formed the intent to engage in illicit sexual conduct with

3   minors in the Philippines while he was in the United States, and

4   that he maintained that intent throughout the following 60 days

5   until he found the time to continue his travel from the United

6   States to engage in the conduct that he arranged with Nelia

7   Cruz.

8       The evidence of his continued intent, or the maintenance of

9   his intent, demonstrates that when he left the United States, he

10  didn't have a fleeting interest in the act, that he had made

11  solid plans, and that in the intervening period he set about

12  solidifying those plans further and planning the precise details

13  of the act.

14      So in that regard, we don't think it's prejudicial.  It's

15  direct evidence of Count 1.  And it's necessary to make clear to

16  the jury that the territorial nexus, which is the formulation of

17  the intent and the leaving from the United States, is maintained

18  throughout the entire following period.

19          THE COURT:  Okay.  Understood.  That's why I overruled

20  the objection.  So the objection is noted and maintained, but

21  I've overruled it.

22          MR. OLMOS:  Thank you, Your Honor.

23      (Lunch break taken 12:00 to 1:19 p.m.)

24      (Jury in.  1:19 p.m.)

25          THE COURT:  All jurors are present.  All parties

1    present.  You may continue your direct examination.

2    Q.  BY MR. ESPINOSA:  Special Agent Schofield, before we broke

3    for lunch, I think you were testifying about chats in

4    Exhibit 37, and you had just given testimony about one of the

5    Western Union summaries you made, is that right?

6    A.  I believe it was Exhibit 39.  Am I incorrect on that?

7    Q.  Well, tell you what, why don't we get -- why don't we start

8    back at -- actually, no, I think we got through 37.  We looked

9    at the image associated with those chats, and we were down to

10   one of your Western Union summaries.

11       Let's put Exhibit 60 up.  Exhibit 60 is one of your

12   summaries, is that right?

13   A.  That's correct.

14   Q.  Would you summarize, without reading every line, who is the

15   payor and payee and the amount?

16   A.  Yes.  This is a Western Union transfer from Michael Clemans

17   to Nelia Cruz in the amount of 45 U.S. dollars or 1,924.57

18   Philippine pesos.

19   Q.  What's the date of this transfer?

20   A.  November 12, 2013.

21   Q.  Let's turn back to Exhibit 37, page 19.

22       It looks like you were correct, Special Agent Schofield.

23   Maybe we are talking about Exhibit 39.  I think my notes were

24   out of order.

25       So let's go to Exhibit 39, page 19.  In this chat, which

1    appears to, according to the heading, take place on November 13,

2    2013, there is only one speaker, is that right?

3    A.  Yes.

4    Q.  And is that Mr. Clemans?

5    A.  Yes.

6    Q.  And in this chat, is there further discussion about travel

7    plans?

8    A.  Yes.  He says he is on his way to Manila and states that he

9    will meet -- it says "you" -- the context is Nelia Cruz -- at

10   8:00 a.m. in the morning, Thursday, November 14th, at the Market

11   Market mall.

12   Q.  Let's look at the next page, Exhibit 39, page 20.  Is there

13   further discussion in this chat about a trip to the Philippines?

14   A.  Yes.  Mr. Clemans states he is at Market Market and waiting.

15   Says, "I am waiting on you."  And says that he will -- "I will

16   meet you in front of McDonald's."

17   Q.  And the date of that chat, what's the date of that chat?

18   A.  This is November 13, 2013.

19   Q.  And let's look at the next page, Exhibit 39, page 21.  Is

20   there further discussion indicating the meeting point and where

21   Mr. Clemans is?

22   A.  Yes.  He again states that it is now 8:00 a.m., and he is at

23   Market Market in front of McDonald's.

24       He says, "Waiting on you.  Are you coming?"

25   Q.  Can we put up Exhibit 75, please, page 4.

1       Now, on page 4 of this exhibit --

2       Well, first of all, this is a statement previously admitted

3   for November 2013, is that right?

4   A.  Yes, it is.

5   Q.  On this statement, do you see any payments that you

6   recognize as payments in the Philippines?

7   A.  Yes.  Well, it says post date of 11-19, transaction date of

8   11-17.  It says Dusit Thani Hotel, D-u-s-i-t T-h-a-n-i, in

9   Makati, PH.

10  Q.  And you testified earlier that you've traveled to the

11  Philippines, is that right?

12  A.  That's correct.

13  Q.  And are you familiar with a hotel called Dusit Thani?

14  A.  Yes, I had dinner in that hotel.

15  Q.  You were present for Special Agent Medlin's testimony

16  yesterday, is that right?

17  A.  I was.

18  Q.  Did you see the photos that he testified about?

19  A.  Yes.

20  Q.  Do you recall a photo of personal effects arranged on the

21  floor next to a white bag with blue writing?

22  A.  I do.

23  Q.  Do you recall the writing on that bag?

24  A.  The writing was Dusit Thani -- well, it looked like Dusit

25  Thani.  Part of that was covered.  And it said Manila as well on

1   that bag.

2   Q.  Did you recognize the partially displayed logo on that bag?

3   A.  I did.

4   Q.  Did it match the logo that you're familiar with from your

5   visit to the Dusit Thani Hotel?

6   A.  Yes, it was consistent with the lettering on the actual

7   building, the Dusit Thani Hotel building in Makati, which is a

8   part of Manila.

9   Q.  That exhibit is now on the screen.  It's Exhibit 9.  Is this

10  the bag that you are referring to?

11  A.  Yes, it is.

12  Q.  Now, on that bank statement, Exhibit 75, page 4, are there

13  other expenditures that you associate with the Philippines based

14  on your experience there?

15  A.  Yes.  There is a line on November 13th that says Cebu Pac,

16  and then Caisson City, PH.

17      I'm familiar with the airline Cebu Pacific, having been in

18  various airports in the Philippines, and that is an air carrier

19  that travels to and from the Philippines as well as domestically

20  within the Philippines.

21  Q.  Let's go back to Exhibit 39, page 22.

22      Now, is there an indication in this chat about whether Nelia

23  Cruz arrived at the meeting point or not?

24  A.  Yes, she did not arrive.

25  Q.  And does --

1          MR. OLMOS:  Move to strike.

2          THE COURT:  Grounds?

3          MR. OLMOS:  Lack of foundation.

4          THE COURT:  Sustained.  The answer will be stricken.

5    The jury will disregard.

6    Q.  BY MR. ESPINOSA:  Is there a discussion by Mr. Clemans about

7    the purpose of his trip?

8    A.  Yes.  At 03:39:03 Mr. Clemans says, "I want the girls you

9    showed me, okay.  What is the problem now?"

10        He continues, "I will be paying money for the girls.  What

11   is the problem, Nelia?  If the girls are not available, tell me

12   so.  I do not want to be disappointed."

13   Q.  Okay.  On the next page, Exhibit 39, page 23, at the bottom

14   half of that page, is there further discussion about the purpose

15   of Mr. Clemans's travel?

16   A.  Yes.  He says at 03:43:38, "I want to be clear that I am

17   here for a reason, not for photos.  Is there a

18   misunderstanding?"

19   Q.  On the next page of that exhibit, page 24, does Mr. Clemans

20   elaborate on that reason further?

21   A.  Yes, he does.  At 04:17:57 Mr. Clemans says, "See you then,

22   but I will want to fuck today.  I only have a few days here."

23   Q.  And then on the next page, Exhibit 39, page 25, in the top

24   corner, is there additional discussion about the purpose of the

25   trip?

1  A.  Yes.  The discussion is generally Miss Cruz is informing

2  Mr. Clemans that she cannot find girls who are willing to have

3  anal sex.

4      Mr. Clemans at 09:38:08 says, "I don't play, I fuck."  And

5  then they continue that conversation about that topic.

6  Q.  Let's turn to Exhibit 39, page 32.  And in the bottom half

7  of this exhibit, is there additional discussion summarizing the

8  purpose of the trip and expressing -- in which Mr. Clemans

9  summarizes the purpose of his trip and expresses further

10  thoughts?

11  A.  Yes.

12      At 04:36:11, Mr. Clemans says, "You and I agreed on a price

13  while we chatted on the internet.  You told me that I would fuck

14  the girls on your dirty floor because it was safe there.  You

15  promised me three girls to begin with.  I feel in love with BB,

16  Holly and Jessa.  They are the reason that I am here.  Now you

17  tell me after two days of delay that you don't have any of them.

18  You have no girls in fact.  We have to wait to find some girls

19  in an apartment which is far away, taking at least two hours

20  travel time by taxi to get to, with two people I have never met,

21  with hundreds of dollars in my pocket.  No safety."

22  Q.  All right.  And on page 33, of Exhibit 39, is there a

23  discussion about alternative arrangements between Nelia Cruz and

24  Mr. Clemans?

25  A.  Mr. Clemans says he's going to find a different mamasan.

 1    Says, "thanks for trying."

 2    Q.  Does he say what he's there for?

 3    A.  At 04:41:55 Mr. Clemans says, "I'm here to fuck a virgin, no

 4    more, no less."

 5    Q.  And the date of that chat is November 14th, 2013, is that

 6    right?

 7    A.  That is correct.

 8    Q.  Let's look at Exhibit 39, page 34.

 9         Now two days later -- this chat is two days later on

10    November 16, 2013.  What's the subject of this discussion?

11    A.  Miss Cruz asks Mr. Clemans if he was able to meet young

12    girls, and he replies at 10:25:34, "Yes, with much success."

13    Q.  All right.  Let's move to Exhibit 40.

14         You testified earlier about chats that you found between

15    various identities, talked about Lyan Tandeg and Nelia Cruz, and

16    the two identities that she used.

17         In Exhibit 40, these are chats between Mr. Clemans and who?

18    A.  A person who identifies themself as Juvy, J-u-v-y, Malicdem,

19    M-a-l-i-c-d-e-m.

20         MR. ESPINOSA:  Your Honor, before I ask any questions

21    about these chats, I don't know if the Court's earlier

22    instruction covered both of these entities.

23         THE COURT:  No.  But these, as well, are covered by

24    the Court's limiting instruction.  So, again, any of these

25    conversations in 2013 are subject to that limiting instruction.

1    And I'll remind you again in the written instructions as well.

2    Q.  BY MR. ESPINOSA:  So this chat, Exhibit 40, page 1, is from

3    November 15, 2013, is that right?

4    A.  Yes.

5    Q.  And what's the subject of this chat?

6    A.  Subject line says "you have photos of the girls."

7    Q.  What's the discussion, the subject of the discussion?

8    A.  Apologies.

9        Mr. Clemans asks Miss Juvy what she has to offer.  She

10   replies 14- and 15-year-old girls.  He says, "they are not true

11   virgins," and she says, "yes, but I reserve for you," and

12   Mr. Clemans requests photos of the girls.

13   Q.  All right.  And on the next page, Exhibit 40, page 2, does

14   this discussion show whether photos were delivered?

15   A.  Yes.  He asks that the photos be sent to the

16   spitzinu@yahoo.com e-mail address, and from this discussion the

17   photos were delivered.

18        MR. OLMOS:  Your Honor, briefly, I'm sorry to

19   interrupt.  I just want to make clear that my objection that I

20   raised before the break applies to this exhibit as well.

21        THE COURT:  The record will so reflect.

22   Q.  BY MR. ESPINOSA:  Special Agent Schofield, in your review of

23   the contents of the Yahoo e-mails and chats, from which these

24   exhibits are drawn or from which you selected these exhibits,

25   did you find an e-mail in the time period of November 15th,

1   2013, to which photos were attached, between spitzinu@yahoo.com

2   and iloveyousomuch0820@yahoo.com in which -- or to which was

3   attached images of child pornography?

4   A.  Yes.  There was an e-mail from the iloveyousomuch e-mail to

5   spitzinu@yahoo with 45 images attached.

6   Q.  Was it at or around this time, November 15, 2013?

7   A.  Yes, it was.

8   Q.  And you reviewed the images that were attached to that

9   e-mail?

10  A.  I did.

11  Q.  And did you determine that some of those images contained

12  images -- contained child pornography?

13  A.  Yes.

14  Q.  Let's move to page 8 of that exhibit, Exhibit 40.

15       Now, in this exhibit, during this discussion which takes

16  place on November 15th, 2013, is there discussion about price?

17  A.  Yes.  Mr. Clemans and Juvy negotiate -- or discuss, I should

18  say, a price.  Juvy sets a price of 5,000 pesos for each of two

19  girls for all night and a 4,000 pesos fee to her for arranging

20  the deal.

21  Q.  All right.  Let's move to page 10 of Exhibit 40.

22       Now in this chat, which also takes place on November 15,

23  2013, is there further discussion including arrangement to make

24  a payment?

25  A.  Yes.  Mr. Clemans states he would like to pay Juvy in

1   person, but she indicates that she needs at least a small

2   payment up front so she can book a hotel for them.

3       At 09:50:52 she says, "For one day think it cost 1500 pesos,

4   approximately."

5       And he replies, "I need to stay for at least eight hours."

6       She requests that he send the 15 pesos, and he asks how he

7   can go about doing that.

8               THE COURT:  1500.

9               THE WITNESS:  I'm sorry.  1500 pesos.  Yes.

10  Q.  BY MR. ESPINOSA:  Is there a discussion of a meeting point?

11  A.  Yes.

12      At 09:52:08 Mr. Clemans says, "At Market Market."  And Juvy

13  replies, "That's a good idea."

14  Q.  All right.  Can we look at Exhibit 60, please -- I'm

15  sorry -- 61.

16      Special Agent Schofield, what is this exhibit?

17  A.  This is a summary that I made of a Western Union payment

18  from Michael Clemans to a Ranier Guingcangco,

19  G-u-i-n-g-c-a-n-g-c-o, on November 15th, 2013, in the amount of

20  45 U.S. dollars and 1,915.12 Philippine pesos.

21  Q.  All right.  What's the date of this summary?

22  A.  November 15, 2013.

23  Q.  Were you able to identify who Ranier Guingcangco, the payee

24  listed in the summary, is?

25  A.  I was not able to identify that person.  However, in the

1  chats, Juvy represents to Mr. Clemans that she is associated

2  with that person and asks him to direct the payment to that

3  person.

4  Q.  Okay.  Let's go back to Exhibit 40, page 11.

5     Is there discussion about -- further discussion about

6  meeting and logistical plans?

7  A.  Yes, there is.

8     Once again, at the top, Mr. Clemans states his name so that

9  Juvy is able to pick up that Western Union transfer.

10    And then Mr. Clemans asks, "When do you want to meet at

11 Market Market?"

12    She asks if the country is still USA, and he says, "yes."

13    And she indicates that she will get prepared and asks him to

14 meet at Market Market in front of McDonald's at about between

15 7:00 and 8:00 p.m.

16 Q.  Okay.  Just a few more questions about this exhibit.

17    Let's turn to page 13.  Now, in this exhibit, this chat

18 happens on November 20th, 2013, is that correct?

19 A.  Yes.

20 Q.  And the chat that you just read, Exhibit 40, page 12, that

21 was on November 15th, 2013, is that right?

22 A.  Correct.  So this is five days later.

23 Q.  Okay.  In this chat, Exhibit 40, page 13, five days later,

24 is there discussion about the events from five days earlier?

25 A.  Yes, there is.

1   Q.  What is the subject -- or what is the discussion?

2   A.  At 09:00:47 Mr. Clemans asks what the names of the girls

3   were that Juvy provided to him.  He says, "What were their names

4   again?"

5               MR. OLMOS:  Move to strike.

6               THE COURT:  The last part will be stricken.  The jury

7   will disregard.  Go ahead.

8   Q.  BY MR. ESPINOSA:  Does Mr. Clemans ask a question about one

9   of the girls?

10  A.  Yes.

11  Q.  What does he ask?

12  A.  He asks what their names were.

13  Q.  All right.  And does he express any sentiment about the

14  girl?

15  A.  At the bottom he clarifies that Khate was the younger.

16  That's K-h-a-t-e.  Juvy replies, "yes."  And Mr. Clemans says,

17  "she was perfect."

18  Q.  And on the next page, Government's Exhibit 40, page 14, does

19  that discussion continue?

20  A.  Yes, it does.

21      At 09:02:19 Mr. Clemans says:  "Not virgin, but perfect

22  body.  I really enjoyed her."

23  Q.  I think that line says "I really enjoyed he," is that right?

24  A.  Yes.  He clarifies that it says "her" on that following

25  line.

1    Q.  I see that.  And does he go on to discuss the other girl?

2    A.  Yes.  He states that the second was not as friendly.  Juvy

3    clarifies, "why, shy type?"

4        Mr. Clemans says, "I enjoyed myself."

5        And then further down at 09:03:24 Mr. Clemans says, "no,

6    Erica did not want to fuck, she did not want to be there."

7    Q.  Did Mr. Clemans indicate whether he did have sex with that

8    person or not?

9    A.  Yes.  Further down at 09:04:03 Juvy asks, "You not fuck

10   her?"  And Mr. Clemans says, "Yes, but not virgin."

11           MR. OLMOS:  Object to the form of the question.

12   Document speaks for itself.

13           THE COURT:  Sustained.  Answer will be stricken.  Jury

14   will disregard.  Document is in evidence.

15   Q.  BY MR. ESPINOSA:  All right.  Let's move now to Exhibit 41.

16   And this is the first chat from 2014 between Mr. Clemans and

17   Lyan Tandeg, is that correct?

18   A.  That is correct, yes.

19   Q.  All right.  In this chat, on page 1, is there initial

20   discussion about what -- about Mr. Clemans's interest in what

21   Miss Tandeg may be able to do for him?

22   A.  I'm sorry.  Could you repeat that question?

23   Q.  What's the subject of the discussion in the first half of

24   this?

25   A.  What type of work Lyan is doing or looking to do.

1    Q.  All right.  Let's move to the next page, Exhibit 41, page 2.

2        And does Mr. Clemans propose or begin the process of making

3    a business proposal to Miss Tandeg?

4    A.  Yes.

5        At 14:55:20 Mr. Clemans says, "I'm getting older now, Lyan,

6    but with my age, I have not gotten over thinking young."

7        And then they continue that conversation to clarify that he

8    is interested in Miss Tandeg acquiring younger girls for him.

9    Q.  All right.  On the next page, exhibit --

10       THE COURT:  Sorry.  We're going to have to put

11   something on the record moving forward.  I need to excuse you.

12   Mr. Vine is going to take you in the jury room just for a

13   second.  Just need to put something on the record.  But

14   admonitions apply even during these one-minute breaks.

15       (Jury out.  1:44 p.m.)

16       THE COURT:  Okay.  I want to make sure the record is

17   clear.  We're moving into 2014, 2015, into Count 2, which is

18   obviously a different charge than Count 1.  It's a conspiracy to

19   travel with intent.

20       But this Exhibit 41, page 1, is a conversation in which he's

21   overseas, according to the evidence.  At least, he's not in the

22   United States at all.

23       Does Count 2 require also a nexus to the United States?

24            MR. OLMOS:  Yes, it does, Your Honor.

25            THE COURT:  And is part of your defense that there is

1   no nexus?  I mean, it has to be travel from -- I mean, the

2   charge is he entered into agreement that involved elicit

3   conduct, and one of the elements, as I understand it, looking at

4   the jury instructions, is there has to be that nexus with the

5   United States, correct?

6            MR. ESPINOSA:  Your Honor --

7            THE COURT:  So I just want to -- then you can

8   answer -- but I just want to make sure that you're preserving

9   your objection, again, to this type of evidence because it's

10  conversations that have occurred overseas.  Or am I wrong?

11           MR. OLMOS:  No.  You're correct, Your Honor.

12      I think from my perspective there has to be a union between

13  act and intent, right.  There has to be a union between the

14  criminal act and the criminal intent.  That's axiomatic in our

15  criminal justice system.

16      So in the same manner that my objections to the prior

17  evidence and to an anticipated Rule 29 motion are going to be

18  that when the criminal act, the travel, occurred, that at that

19  point is when the intent attaches.  The travel from Bangkok to

20  the Philippines there was no nexus.

21      My argument will be and has been that there was no -- that

22  union between criminal act and criminal intent did not exist

23  when Mr. Clemans left the United States.

24           THE COURT:  That's Count 1.  Let's focus on Count 2.

25           MR. OLMOS:  So the conspiracy the indictment alleges

1  has its genesis, according to the indictment and according to

2  this proof, overseas.

3          THE COURT:  Right.

4          MR. OLMOS:  In June of 2014, Mr. Clemans is in

5  Bangkok, and Miss Tandeg is in the Philippines.

6          THE COURT:  Right.

7          MR. OLMOS:  And with respect to each element of the

8  conspiracy, which the Government sets forth in its own jury

9  instructions, I think there has to be the same union of the

10  criminal act and criminal intent, and that with respect to the

11  travel, there has to be a nexus to the United States.

12          THE COURT:  Okay.  I just wanted to make sure the

13  record is clear.  So you're objecting to this evidence on those

14  grounds?  You're preserving your objection?

15          MR. OLMOS:  Yes.

16          THE COURT:  Okay.  And you obviously have a reason

17  that you believe --

18          MR. ESPINOSA:  In the very fastest explanation, Your

19  Honor, the conspiracy elements are that two or more people

20  agreed to do a criminal act and then took overt acts toward

21  achieving that goal.

22      And, here, although the conspiracy may have begun overseas

23  while both parties were in either the Philippines or Thailand,

24  Mr. Clemans traveled back and forth between the United States on

25  multiple occasions during the conspiracy, and he sent -- he took

1    acts in furtherance of the conspiracy from the United States,

2    including at the end of the conspiracy when he instructed Miss

3    Tandeg to send him photos that he could continue to evaluate for

4    purposes of deciding who to have sex with when he went to the

5    Philippines to do so.

6            THE COURT:  He's only in the U.S. for the month of

7    May 2014; and two weeks, basically, August 31st to

8    September 15th; and then he was back in the United States from

9    April 27th, when he got arrested, to the present.

10       And your theory of the case is that the conspiracy began, as

11   we're looking at Exhibit 41, and continued all the way through

12   to his first arrest and even beyond when he kept continuing up

13   until the second arrest.

14           MR. ESPINOSA:  That's right.  Because he says

15   continuously throughout the chats --

16           THE COURT:  I mean, that is your argument.

17           MR. ESPINOSA:  Yes, Your Honor.

18           THE COURT:  I understand.  I want to make sure the

19   record was clear as to each side's position.

20           MR. OLMOS:  And could I clarify one thing, Your Honor.

21   That the overt acts, I think that the Government --

22           THE COURT:  The overt acts in the indictment.

23           MR. OLMOS:  -- in the indictment and the proof go to

24   certainly a conspiracy to produce child pornography but never to

25   travel.

```
 1              THE COURT:  Right.  That's what you said in your

 2    opening.  That's what you said in your briefs.  Okay.  Let's

 3    bring the jury back in.  I just want to make sure the record was

 4    clear.

 5         (Jury in.  1:50 p.m.)

 6              THE COURT:  All jurors are back.  You may continue.

 7    Q.  BY MR. ESPINOSA:  Special Agent Schofield, you were

 8    summarizing the subject of the discussion on Exhibit 41, page 3,

 9    just before we took a break.

10    A.  Yes.

11    Q.  Is there discussion in this chat from June 24, 2014, between

12    Mr. Clemans and Lyan Tandeg about a business proposal?

13    A.  Yes, there is.  He discusses paying her monthly salary and

14    possibly renting a house.

15         At 15:04:26 he says, "I'm talking about young girls here,

16    Lyan."

17         And she asks, "From Thailand?"

18         And he clarifies a little further down, "Girls from Manila

19    or Provence."

20    Q.  And toward the end of that chat, does Mr. Clemans describe

21    an element of his plan concerning what will happen when he

22    visits the Philippines?

23    A.  Yes.

24         Miss Tandeg asks at 15:08:02, "Then the young girls will

25    make you happy?"
```

 1    And he replies, "I'm willing to pay for my company during my

 2    trips there, yes.  This is what I have been arranging with

 3    others.  I do not feel I can trust them, though."

 4    Q.  Let's move on.  Let's move on to Exhibit 41, page 5.

 5         And in the bottom quarter of this discussion, which takes

 6    place on June 25, 2014, is there a discussion about bringing in

 7    additional members into their agreement?

 8    A.  Yes.

 9         At 11:54:08 he discusses possibly that Lyan could be a

10    manager and get other girls to recruit younger girls for photo

11    shoots.  And he says, "For photo shoots and for my visits to

12    Manila."  And then discusses needing a house that would be away

13    from neighbors to do photos in private.

14    Q.  And toward the end of that discussion is there further

15    discussion about the age of the persons or people that

16    Mr. Clemans is interested in spending time with?

17    A.  Yes.  He states, "younger, Lyan."

18    Q.  On the next page, Exhibit 41, page 6, does he continue -- do

19    they continue that discussion about age?

20    A.  Yes.

21         She asks about girls who are 18 to 21, and he replies,

22    "Those girls would make good recruiters, I guess."

23         She asks, "Underage?"  And then types 11 and then 1.  Not

24    sure if that was a typo or not.  And then Mr. Clemans says,

25    "yes."

1   Q.   And does Mr. Clemans raise the subject of pursuing girls at

2   an orphanage?

3   A.   Yes.  He says, "I could pay parents some money for their

4   girls or maybe an orphanage."

5   Q.   On the next page, Exhibit 41, page 7, is there a discussion

6   how the arrangement will unfold, that is, what Mr. Clemans

7   expects from Miss Tandeg?

8   A.   Yes.

9        He states, "this is BB.  This is the age I'm looking for and

10  the poses I like."

11       She confirms that she received two photos.

12       And then he goes on to explain he prefers that they are

13  virgins, and that these photos will give her an idea.  He says

14  he's been paying $50 for about 200 shots of each girl.  And then

15  clarifies that now that she's seen these pictures, if she still

16  wants to enter into this business with him, at 12:07 he says,

17  "the girls would have to be underage."

18  Q.   Later on, does he propose providing tools to Miss Tandeg?

19  A.   Yes.  He offers to buy a camera for the business.

20  Q.   Does he clarify the kind of underage girls he is looking

21  for?

22  A.   He states that he prefers virgins.

23  Q.   All right.  On the following page, page 8 of Exhibit 41, a

24  chat from June 25, 2014, is there further discussion about the

25  age of girl that he is looking for?

1    A.  Yes.  He states, "Here are a couple more, but they are too

2    young for what I want.  I think she is too young for sex, Lyan."

3        He says, "I'm looking for girls 10 to 16," and then laments

4    that that one girl is not a virgin.

5    Q.  Now, toward the middle of the page, does he say anything

6    about planning travel to the Philippines?

7    A.  At 12:17:01 he says, "But saying that, if I have an

8    opportunity with someone beautiful, I will make plans to visit

9    Manila often."

10   Q.  All right.  On the next page, Exhibit 41, page 9, do they

11   continue their discussion on June 25, 2014, about the subject of

12   travel for sex with underage girls?

13   A.  Yes.

14       Miss Tandeg brings up the subject of four girls that she

15   knows who might possibly be good for this business.  She says

16   they're victims of a typhoon.

17       And at 12:21:44 -- pardon me -- 12:21:06 he says, "It is

18   true that I want photos, Lyan, but if I see one of the girls I

19   want sex with, I will want you to keep her there with you until

20   I arrive."

21       And then further down he says, "but I will need both photo

22   and sex with these girls eventually."

23   Q.  All right.  And then on the next page, Exhibit 41, page 10,

24   is there further discussion about their plan in greater detail?

25   A.  Yes.  Near the bottom of this page, he sets out kind of a

1   five-point plan.

2        The first point is, "I need to buy a nice camera for you to

3   use."

4        Second point is to rent a place for Lyan to live out of

5   sight of the people she's living with.

6        The third one is that -- it says, "I will pay each girl $50

7   for 200 photos.  I will pay more if I choose to have sex with

8   them."

9        Part four says, "I need to pay you for each photo session

10  you do."

11       And then the fifth point, "I need the rental to be away from

12  neighbors but clean enough for you and Kim and me when I stay in

13  Manila."

14  Q.  Okay.  Let's move on to page 16 of Exhibit 40.

15       Is there discussion about making payment arrangements during

16  this chat on June 25, 2014?

17            THE COURT:  We're in Exhibit 41, right?

18            MR. ESPINOSA:  Yes, I'm sorry.  41, page 16.

19            THE WITNESS:  Yes, there is.

20       At 13:30:33 Mr. Clemans says, "I am sending money to Lyan

21  Tandeg, right?  You have ID, right?"

22       She says, "I'm glad you still remember my full name."

23       She clarifies she does have ID.  He asks if she remembers

24  his name.  She replies, "Michael Clemans, right?"

25       He says, "Very good."

 1        At 13:53:29 Mr. Clemans says, "All right, Lyan, I have

 2   transferred money to you via Western Union."  And further down

 3   he says, "I will be sending you 750 U.S. dollars.

 4            THE COURT:  You said 53.  It's actually 13:35:29.

 5            THE WITNESS:  13?

 6            THE COURT:  35:29.

 7            THE WITNESS:  Thank you.  My apologies.

 8   Q.  BY MR. ESPINOSA:  And then the final exchange, is there

 9   further discussion about the plan that the two have agreed to?

10   A.  Yes.

11        At 13:37:24 Mr. Clemans says, "I want to be able to get my

12   photos and arrange sex with these underage girls.  I do not want

13   you or me to get into trouble so we have to be very, very

14   careful."

15   Q.  I just want to -- we don't need to go back to page 10 of

16   this exhibit.  But on page 10, when you were testifying about

17   the sort of five numbered points, there was a mention of the

18   name Kim.

19        In your review of the chats that you selected and that you

20   left in the broader collection, did you learn who this Kim that

21   is referred to in that chat is?

22   A.  Yes.  Kimberly Tandeg.  And it's Lyan Tandeg's sister.

23   Q.  Did you learn that through reading the chats?

24   A.  Yes.

25   Q.  Let's look at page 18 of Exhibit 41.  Is there some further

1  discussion about the payment you just testified about?

2  A.  Yes, there is.

3     At 13:48:00 you can see that same blurb from the

4  confirmation message from a Western Union transfer.

5     In this case, it says that Lyan Tandeg will have to bring

6  government ID to pick up 32,169 -- 32,169.56 Philippine pesos.

7  Q.  And beneath that, is there discussion about girls and ages

8  that Mr. Clemans responds to?

9  A.  Yes.

10    Miss Tandeg says she's located three young girls in Tarlac,

11 which is an area in the Philippines.  She says they are 9, 11,

12 and 12 years old, and asks, "This age is ok for you?"

13 Mr. Clemans replies, "Yes, perfect."

14 Q.  All right.  And let's look at Government's Exhibits 62 and

15 76, side by side.

16    All right.  Special Agent Schofield, what are these two

17 documents, and how do they relate to this chat you just

18 testified about on June 25, 2014?

19 A.  On the left of the screen, Exhibit 62, is my summary of this

20 Western Union transfer on June 25, 2014.  The control number

21 near the top is the same number that was reflected in the chats,

22 and the amount of $750 is also consistent with the chats.

23    On the right-hand side of the screen, Exhibit 76, on the

24 date June 26th, you can see a line that reads "WU" for Western

25 Union.  It has that same tracking or confirmation number next to

1    that, and the amount is 759 U.S. dollars.

2    Q.  And that confirmation number, did you compare the

3    confirmation number in those two documents to the confirmation

4    number in the chat?

5    A.  I did.  And they matched.

6    Q.  On Exhibit 41, page 19, does Mr. Clemans give his phone

7    number?

8    A.  He does.

9        At 13:51:16 Mr. Clemans states, "My number is 916-925-5984,"

10   which is the same phone number we saw before on the AT&T record

11   and in previous chats.

12   Q.  Those phone numbers are also in the Western Union summaries?

13   A.  Correct.

14   Q.  Or that phone number?

15   A.  Correct, yes.

16   Q.  Does he give Miss Tandeg any instructions about whether to

17   protect his identity or not?

18   A.  Yes.

19       At 13:51:31 Mr. Clemans states, "Do not" -- all caps --

20   "share this information with anyone."

21   Q.  All right.  Let's move now to page 33 of this exhibit,

22   Exhibit 31.

23            THE COURT:  41.

24            MR. ESPINOSA:  Thank you, Your Honor.  I'll get that

25   straight.

1    Q.  BY MR. ESPINOSA:  In this discussion, which takes place on

2    June 30th, 2014, does Mr. Clemans clarify the plan he has

3    established with Miss Tandeg further?

4    A.  Yes, he does.

5        At 12:02:43 Mr. Clemans states, "maybe you misunderstood me,

6    Lyan.  I'm sorry if I gave you the wrong impression here.  I do

7    want photos of the girls, but I also want sex with them."

8        And further down he says, "Sorry if I misled you."  Frowny

9    face.

10   Q.  Let's turn to page 40 now.

11       This is a chat from June 30th, 2014.  Is there further

12   discussion by Mr. Clemans about providing tools to Miss Tandeg?

13   A.  Yes.  Near the top of the page, Mr. Clemans indicates that

14   he's already provided a camera, but that he will also provide a

15   computer for this business.

16   Q.  All right.  And is there discussion about additional

17   payment?

18   A.  Yes.

19       At 13:01:51 Mr. Clemans states, "So I can send you 250 US

20   dollars now."

21   Q.  And then at the end of the discussion, is there an

22   indication that payment was made?

23   A.  Yes.

24       At 13:07:41 you see another Western Union confirmation

25   statement with a tracking number of 9394451096, stating that

1    Lyan Tandeg can pick up 10,662.73 Philippine pesos.

2    Q.  All right.  Let's look at Government's Exhibit 63.  And this

3    is another one of your Western Union summaries, is that right?

4    A.  Yes, it is.

5    Q.  Can we look at Exhibit 76 next to this.

6         Now, again, are you able to associate your summary and this

7    bank statement to the control number in the chat you just read

8    -- or you just testified about, Exhibit 41, page 40?

9    A.  Yes.  Similar to the last transaction, on the left-hand side

10   in my summary, Exhibit 63, you can see the U.S. amount of $250

11   and a control number, which is consistent with what I just read

12   from the chats.

13        On the right-hand side, that is actually -- the one that's

14   highlighted is not the correct one.  It would be -- I believe

15   that this -- because it was June 30th, this one may be reflected

16   on the following bank statement, the July 2014 bank statement.

17   Q.  Let's look at that statement.  It's Exhibit 77.

18        And on this exhibit, do you see that Western Union payment?

19   A.  I do.  It's the third line down, and it has a transaction

20   date of 7-1 rather than June 30th, and it's in the amount of 256

21   U.S. dollars, and you can see it says "WU" for Western Union,

22   and that tracking number is next to the WU and is also

23   consistent with the tracking number in the chats.

24   Q.  Okay.  All right.  Let's continue.  Let's go back to

25   Exhibit 41 and look at page 41.

1        In this discussion which takes place on June 30, 2014, does

2   Mr. Clemans offer to send samples to guide Miss Tandeg's photo

3   taking?

4   A.  Yes.

5        At 13:08:09 Mr. Clemans says, "I will send you several

6   photos of the position I would like in your photos.  Do not be

7   bashful with her.  She is your model to do what you will."

8   Q.  All right.  And then let's move to page 43 of that exhibit.

9        Now, page 43 is a little different.  This appears to be an

10  e-mail, is that correct?

11  A.  That is correct.

12  Q.  This e-mail is from June 30, 2014, is that right?

13  A.  Correct.

14  Q.  Does it indicate whether there are attachments to the

15  e-mail?  Can you tell based on the header?

16  A.  Yes.  You can see where it says "attached" just under the

17  word "subject," and it appears there are six JPEG files

18  attached.

19  Q.  And this is Mr. Clemans writing.  What does he say he has

20  attached?

21  A.  He says, "Here are examples of the poses I like, do not be

22  bashful."

23  Q.  In your review of the Yahoo contents, did you view the

24  attachments to that e-mail?

25  A.  I did, yes.

1  Q.  Did you select two of those attached images as exhibits in

2  this case?

3  A.  Yes.

4  Q.  All right.  I want to quickly publish Exhibits 18 and 19,

5  which have not yet been published, and ask you if those are the

6  images that were attached to this e-mail.  First, Exhibit 18?

7  A.  Yes.

8  Q.  Was this one of the images attached to this e-mail,

9  Exhibit 41, page 43?

10  A.  Yes.

11  Q.  And the next one, Exhibit 19, was this one of the images

12  that was attached to that e-mail, Exhibit 41, page 43?

13  A.  Yes.

14  Q.  All right.  Will you take that down.

15      Special Agent Schofield, in your review of the CP images

16  that you collected as exhibits in this case and that you viewed

17  in the course of your preparation and that are not exhibits, did

18  you find images that were consistent with the photographs that

19  we just looked at?

20  A.  Yes.

21  Q.  Okay.  All right.  On the next page, Exhibit 41, page 44,

22  that's another e-mail, and it appears that there are additional

23  images attached to that e-mail as well, is that correct?

24  A.  Yes, it is.

25  Q.  What's conveyed in the e-mail here from Mr. Clemans to

1    Miss Tandeg?

2    A.  He states, "Here are a few more poses I like."  He requests

3    that Lyan experiment with her and states, "I'm sure she's very

4    flexible at 9 years old."

5    Q.  From these several attachments -- sorry.

6        In your review of the Yahoo materials in this case, did you

7    determine whether these attachments were images of child

8    pornography?

9    A.  Yes, they were.

10   Q.  And did you select one of those images from this attachment

11   as an exhibit in this case?

12   A.  I did, yes.

13   Q.  And let's take a look at that exhibit.  It's admitted as

14   Exhibit 20.

15       Is this the image that was one of the images that was

16   attached to that e-mail?

17   A.  Yes, it is.

18   Q.  All right.  We can take it down.

19       In your review of all the images that you collected in your

20   investigation of this case, did you find images consistent with

21   the pose in that image?

22   A.  Yes, I did.

23   Q.  All right.  Let's move to Exhibit 42.  And we can go to

24   page 14.  Let you get caught up.

25       In this chat, which appears to take place on July 1st, 2014,

1  is there further discussion about pricing of photo shoots,

2  budget, and additional payments?

3  A.  Yes.

4  Q.  Toward the bottom quarter, is there specific discussion

5  about a payment?

6  A.  Yes.

7      At 04:57:40 Mr. Clemans says, "I sent you 400 U.S. dollars

8  for your cousin's computer.  I sent you 150 U.S. dollars for

9  your next photo shoot.  I want you to go to Tarlac and view the

10  girls.  Send me sample nudes from each of them."

11  Q.  Let's look at Government's Exhibit 64 and 77.  If we can put

12  them side by side.  77, page 4, please.

13      Special Agent Schofield, as you've done before, are you able

14  to associate the summary on the left of this screen, Exhibit 64,

15  and the statement on the right of the screen, Exhibit 77,

16  page 4, with the control number in the chat you've just

17  testified about, Exhibit 42, page 14?

18  A.  Yes.  You can see the U.S. amount of $550, which is

19  consistent with the two amounts that he stated he was

20  transferring; the control number ending in 645 is also reflected

21  in the chats.

22      For the record, the chat was on July 1.  My summary says

23  July 1; however, the Western Union date reflects July 2nd, which

24  I believe is a time zone issue.

25      On the right-hand side, Exhibit 77, the date on that

1   transaction that it was posted was July 3rd, and, once again,

2   you see "WU" for Western Union, and you see the tracking number

3   ending in 645 and an amount of 558 U.S. dollars.

4   Q.  All right.  Let's move on to Exhibit 42, page 25.

5       Now, in this discussion which takes place on July 20, 2014,

6   is there a specific discussion about a particular tool, a

7   camera?

8   A.  Yes.  Miss Tandeg states at 01:50:40 that she has been

9   watching YouTube to learn how to use the Nikon D7000.

10  Q.  And let's move on to page 32.

11      In this e-mail, is there further discussion about photo

12  shoots?

13  A.  Yes.  Mr. Clemans says he's again forwarded some sample

14  poses, tells Miss Tandeg he wants her to get closer to the

15  models, tells her they can use baby oil on their bodies, and

16  that he wants the girls totally nude, not wearing any watches or

17  chains or earrings.

18      He instructs her that he wants the pictures to be taken in a

19  way that he can see their hymen to evaluate if they are truly

20  virgins.  He discusses how to use the camera properly to acquire

21  such a picture that is in focus.

22      And then at the end, he states that he is sending her

23  additional money both for a photo shoot as well as some of her

24  own personal expenses.

25  Q.  All right.  Let's move forward to Exhibit 42, page 51.

1    And is there specific discussion about Miss Tandeg's role in

2    the agreement that Mr. Clemans has proposed along with the use

3    of additional support?

4    A.  Mr. Clemans, at this point, offers to begin paying

5    Miss Tandeg a salary.

6        At 00:19:34 he asks, "What if I offer you 200 U.S. dollars,

7    peso equivalent, to be my photographer for now?  What can you do

8    for me?"  And he clarifies that that would be a monthly payment.

9    Q.  Towards the end of that chat, is there discussion about

10   using a recruiter?

11   A.  Yes.  Near the bottom of the page he says, "I need you as my

12   photographer as a main job, Lyan.  I need you to find me a safe

13   love motel and arrange these models for me through your

14   recruiter."

15   Q.  Let's look at the next page, page 52, Exhibit 42.

16       Now, in this chat does Mr. Clemans discuss how -- discuss

17   the level of attention he wants Miss Tandeg to pay to his

18   instructions?

19   A.  Yes.

20       At 04:43:20 Mr. Clemans says, "If I really like a model, I

21   might pay a little more if she really poses well and does what I

22   say."

23   Q.  Above that, is there discussion about more payment in

24   exchange for photos?

25   A.  Yes, there is.

1    Q.    Let's move to page 54.

2          Now, on this image is there discussion -- this page is from

3    July 27, 2015 -- this chat I should say?

4    A.    2014.

5    Q.    Sorry.  2014.  Thank you.

6          Is there a discussion on this page about a particular minor?

7    A.    Yes.

8          At 06:07:34 Miss Tandeg says, "her name is Angel."

9          Mr. Clemans responds, "I think she is ready for sex and will

10   arrange that later when I come," and then inquires if she has

11   parents.

12   Q.    Okay.  And on the next page, page 55, is there further

13   discussion about arrangements for Angel or other girls?

14   A.    Yes.

15         Mr. Clemans says at 06 -- excuse me -- 06:12:54, "We give

16   the recruiter a price for the girl."  And further down, "Then

17   the recruiter goes to her parents."

18         And then Lyan replies, "Ok."

19         And then at 06:14:10 Mr. Clemans says, "Never mention where

20   we are taking her."

21         And Lyan says, "I know that."

22         Mr. Clemans states, "Only offer money per day, like renting

23   a car."

24   Q.    All right.  Let's look at the next page, page 56.  This is

25   from July 27th, 2014.  The same day as the chat you just read.

1      Is there further discussion about the issue of these photo

2  sessions and payment?

3  A.   Yes.

4      Miss Tandeg replies to that previous statement, "ok."

5  Mr. Clemans says, "We can return the girl after a few days."

6      Miss Clemans asks if -- excuse me --

7      Miss Tandeg asks if Mr. Clemans thinks that he will be here

8  for three days.  And he replies, "three or four days when I come

9  visit."

10      He also at 06:15 states that he thinks the rate for a girl

11  in Angeles is between 15 and 40 dollars a night.

12  Q.   Okay.  Let's move to page 59 of this exhibit, Exhibit 42.

13      This appears to be an e-mail, not a chat, between

14  spitzinu@yahoo, Mr. Clemans, and Lyan Tandeg on July 31, 2014,

15  is that right?

16  A.   Yes, it is.

17  Q.   In this e-mail is there additional discussion about specific

18  poses and other specific instructions that Mr. Clemans asks for?

19  A.   Yes.  He states that he has sent additional poses.

20      He says, "I have sent you the poses of Angel that I like.

21  Not all of them are in sharp focus.  I like her in the

22  doggie-style position against the shower wall so that she has no

23  where to go.  I like her long hair hanging down and her body wet

24  in the shower or the use of body oil on her butt and pussy.  I

25  do not want to see watches, earrings, string around her wrists,

1   but instead totally nude."

2   Q.  In your review of the contents of the Yahoo material, did

3   you find an e-mail from this same day, July 31, 2013, to which

4   was attached at least another image of child pornography?

5   A.  Yes.

6   Q.  And was that e-mail from Mr. Clemans to Lyan Tandeg?

7   A.  Yes, it was.

8   Q.  And did you select that image as one of the exhibits in

9   preparation for this trial?

10  A.  I did, yes.

11  Q.  All right.  Let's look at Exhibit 21, briefly.

12      Is this the image that you selected in connection with that

13  transaction?

14  A.  Yes, it is.

15  Q.  All right.  Now, along with that image, were there other

16  images attached to the e-mail you just identified?

17  A.  Yes, there were.

18  Q.  All right.  I want to show you two more exhibits and ask you

19  whether these are the exhibits that you found.

20      First, let's look at Exhibit 22.  Is this one of the images

21  that you found attached to the e-mail you just testified about?

22  A.  Yes, it is.

23  Q.  Is this image consistent with the description in the e-mail

24  you just described?

25  A.  Yes, it is.

1    Q.  All right.  Let's move to Exhibit 23.

2        Is this another of the images that you found attached to an

3    e-mail on July 31, 2014?

4    A.  Yes.

5    Q.  All right.  Let's move to Exhibit 44, page 4.

6        In this chat, which takes place on September 6, 2014, does

7    Mr. Clemans mention another specific minor?

8            MR. OLMOS:  Briefly, Your Honor, my same objection as

9    to the previous exhibits.

10           THE COURT:  Noted.  Preserved.  Overruled.

11           THE WITNESS:  Can you repeat that question, please.

12   Q.  BY MR. ESPINOSA:  Yes.  You identified Angel in a previous

13   chat.

14       Is there another minor girl identified in this chat?

15   A.  Yes.  Her name is Nicole.

16   Q.  Okay.  And on the previous page, page 3, that's a chat from

17   the same day, September 6, 2014, are there specific instructions

18   and discussion about Nicole?

19   A.  Yes.

20       Mr. Clemans says he still prefers Angel, but if Miss Tandeg

21   can get Nicole to "open herself to you and the camera maybe she

22   would be a girl to experiment with" and inquires if she's

23   flexible.

24       He instructs her to remember what -- "remember what I liked

25   about the poses with Angel," and says that "we are trying to

1   photograph her hymen and pussy up close."  "We want to focus on

2   her pussy and butt hole."

3   Q.  Okay.  We can take that down.  May I have just one moment,

4   Your Honor.  Let's move on to -- let's move on to Exhibit 44,

5   page 6.

6          THE COURT:  Before we do that, let's take an afternoon

7   recess.  During the break, again, all admonitions apply.  Report

8   any violation of my admonitions.  And I will have you come back

9   in 15 minutes.

10         (Jury out.  2:27 p.m.)

11         THE COURT:  Outside the presence of the jury.

12     Quick question.  Mr. Espinosa, I appreciate the fact you're

13  trying to summarize and only focus on certain pages.  But the

14  fact is, all this is in evidence already.  And I get somewhat

15  concerned sometimes when the witness is simply reading evidence

16  that's already -- reading from evidence that's already admitted.

17  You can make the same arguments in closing that he is doing on

18  the stand.

19     And so is there some way to maybe -- because you are only on

20  Exhibit 44.  You've got a number of pages from Exhibit 45, 46,

21  47, 48, 49, 50, 51, 52, and then you separate out 52.1 and 52.2.

22     And, obviously, you're going to argue in closing your theory

23  is this conspiracy continued, just look at these exhibits.

24     Is there some way to -- think about it during the break --

25  maybe just have your witness summarize what's in Exhibit 43

1  without sort of going through this -- I mean, I know you have no

2  overt acts specifically listed in the indictment, but the

3  evidence to support your overt acts is in evidence already.

4      So I want you to think about that to see if maybe we can cut

5  through to what you really want them to focus on and what you're

6  going to argue in closing.  But just sort of think about that.

7  Come back in 15.

8          MR. ESPINOSA:  Yes, Your Honor.  Will do.  Thank you.

9      (Break taken.  2:29 p.m. - 2:47 p.m.)

10      (Jury in.  2:47 p.m.)

11          THE COURT:  All right.  All jurors are present.  All

12  parties are present.

13      Apologize for my iPad going off.  But you should make sure

14  that your cell phones are off.  Don't do as I do.  Do as I say.

15  That's also the reason why I never get upset if someone else's

16  cell phone has gone off because this has happened to me so many

17  times, but, if you want to check, go ahead.

18  Q.  BY MR. ESPINOSA:  Special Agent Schofield, before we took

19  our break you were testifying about some of the specific chats.

20      I know you've been on the stand.  It's almost 3:00.  It's

21  been a long day.  I just have a few more specific questions

22  about particular chats for you, and then I may ask you to

23  summarize the content of the additional chats as we go forward.

24  Okay?

25  A.  Okay.

1    Q.  All right.  You testified earlier about the periods of time

2    in which Mr. Clemans was back in the United States from

3    Thailand, do you recall that?

4    A.  Yes, I do.

5    Q.  In 2014, do you recall the periods of time that he was in

6    the United States?

7    A.  He was in the United States from May 1st to May 31, 2014,

8    and also August 31st through September 15, 2014.

9    Q.  During that period in September of 2014, do you recall,

10   based on your review of the chats for that period, including

11   Exhibit 44, do you recall a discussion between Miss Tandeg and

12   Mr. Clemans about travel from the United States to Thailand?

13   A.  Yes.  He stated that he was planning to travel from the U.S.

14   back to Thailand, I believe, on the 15th of September.

15   Q.  And was that -- and I'm asking you to summarize based on

16   your recollection of the chats, and they will be in evidence,

17   but is it your recollection that those chats about leaving the

18   United States for Thailand were for the purpose that he had been

19   discussing with Miss Tandeg, to have sex with any of the girls

20   you've identified?

21   A.  Not with his travel to Thailand, but I believe he did

22   mention possibly going to the Philippines.

23   Q.  Traveling to the Philippines?

24   A.  Correct.

25   Q.  I misspoke.  I meant to say Philippines.  But that's your

1    recollection?

2    A.   Correct.  That he -- yes, that he said that if he would

3    possibly come to the Philippines as part of that, yes.

4    Q.   All right.  In September of 2014, do you recall that

5    Miss Tandeg and Mr. Clemans began discussing Nicole, who you've

6    identified from certain chats and specific payments related to

7    Nicole?

8    A.   Yes.

9    Q.   And do you recall the subject of those discussions?

10   A.   Yes, I do.

11   Q.   All right.  What was the subject of those discussions?

12   A.   He begins negotiating for the purchase of Nicole's virginity

13   on or about September -- I believe it was the 11th or 12th, I

14   would have to check for sure, but in that vicinity.

15   Q.   And by September 14th -- let's look at Exhibit 44 page 24 --

16   is there specific discussion about this subject?

17   A.   Yes, there is.

18   Q.   And if we move forward to --

19        Well, what are the conditions of the purchase that he is

20   discussing; what are those conditions in this September 14th,

21   2014, chat?

22   A.   He says he is not willing to pay a model unless she's

23   willing to have both vaginal and anal sex and indicates that he

24   would like more photos if she's willing to do that during his

25   next visit.

1    Q.  And then on page 26 of that Exhibit 44, is there further

2    discussion about the purchase of Nicole's virginity?

3    A.  I'm sorry, what page?

4    Q.  Page 26 of Exhibit 44.

5    A.  Yes.  Miss Tandeg told Mr. Clemans that Nicole was ready for

6    sex, and that she was being offered to him for 10,000 Philippine

7    pesos because Nicole's father needed an appendectomy.

8    Q.  Was there discussion of the conversion of 10,000 U.S. pesos

9    -- sorry -- Philippine pesos to U.S. dollars?

10   A.  Yes.

11       At 12:30:12 Mr. Clemans says, "So what do I get from Nicole

12   and her parents for 225 U.S. dollars?"

13       And Miss Tandeg says, "Sex with Nicole."

14   Q.  Based on your recollection of the discussions in the chat --

15   and I'm going to ask you about a specific chat in a moment on

16   this subject -- did the purchase of Nicole's virginity also

17   include Mr. Clemans desire for the making of additional images?

18   A.  Yes.  On September 17th, he discusses that he will try to

19   send the money at that time and that he requires 600 photos of

20   her and when he arrives in Manila he wants sex with her for

21   three days.

22   Q.  Associated with that discussion in September of 2014, did

23   you find payments connected to this offer and payment for

24   Nicole's virginity?

25   A.  Yes, I did.

1   Q.   Did you summarize those payments in one of your Western

2   Union summaries?

3   A.   Yes.

4   Q.   Did you review the bank records associated with that payment

5   and find evidence of that Western Union transfer?

6   A.   Yes, I did.

7   Q.   All right.  Now, later on, in October of 2014, did you find

8   discussion between Mr. Clemans and Lyan Tandeg about the

9   purchase of Angel's virginity?

10  A.   Yes.

11  Q.   And can you summarize the discussion about that subject as

12  you recall it?

13  A.   Yes.  Miss Tandeg informed Mr. Clemans that the leader of

14  the orphanage where she has been saying Angel lives is offering

15  her virginity to kind of a first-come/first-serve for 50,000

16  pesos, and that there was a man from Canada who is also

17  interested in purchasing that.

18       And Miss Tandeg and Mr. Clemans, over a period of days,

19  discuss whether or not that's a good idea and whether that's a

20  good price or not.

21  Q.   Do they ultimately reach a conclusion to that discussion?

22  A.   Yes.  Ultimately, Mr. Clemans transfers funds for that

23  purpose and then has a bit of a change of heart and says he's

24  not sure if she's actually ready for sex yet, but then

25  ultimately decides that she is and instructs Miss Tandeg to

1  deliver that money to the orphanage director with some

2  conditions that he be guaranteed that she be kept for him, and

3  that her virginity be intact when he ultimately arrived.

4  Q.  In a chat on Thursday -- on October 16, 2014, in Exhibit 45,

5  page 18, is there identification of the amount that Mr. Clemans

6  settled on to pay for Angel's virginity?

7  A.  Yes.

8  Q.  How much is that?

9  A.  26,000 Philippine pesos.

10  Q.  Later in that discussion is there a conversion to U.S.

11  dollars?

12  A.  At the bottom, Mr. Clemans says 580 U.S. dollars for Angel.

13  Q.  Okay.  Did you find Western Union records evidencing the

14  transfer of those funds?

15  A.  Yes, I did.

16  Q.  Were you able to find a corresponding bank statement for

17  that period evidencing the payment of those funds from that bank

18  account, Mr. Clemans's bank account?

19  A.  Yes.

20  Q.  All right.  And you've testified about those summaries and

21  the bank records.  They are all in evidence.

22      The bank record -- the Western Union summary you wrote for

23  October 20, 2014, is Exhibit 68; do you recall testifying about

24  that?

25  A.  Yes, I do.

1   Q.  And the corresponding bank statement is Exhibit 80; do you

2   recall testifying about that?

3   A.  I do.

4   Q.  All right.  I would like to direct your attention to Exhibit

5   45, page 42.

6       Is there a continued discussion about the purchase of

7   Angel's virginity?

8   A.  Yes.  On this page, Mr. Clemans feels he is paying too much

9   for Angel, but is trying to build a good relation with the

10  orphanage where she purportedly lives.  He also indicates he

11  will need many photo shoots with her prior to his arrival in

12  Manila.

13  Q.  All right.  And then a few pages later on Exhibit 45,

14  page 54, this is a chat that takes place on October 28, 2014.

15      And in the lower half of this chat, is there additional

16  discussion now about both Angel and Nicole and what will follow

17  Mr. Clemans's purchase of their virginity?

18  A.  Yes.  Mr. Clemans says, "I've already bought Angel and

19  Nicole; they will always be available for our photo shoots

20  whenever I want them to pose."

21  Q.  Just a few more of these specific chats, and then I'm going

22  to ask you a few final questions.

23      Let's look at Exhibit 46, page 10.  And is there additional

24  discussion about Mr. Clemans's purchase of Nicole and Angel

25  during that discussion?

1    A.   Yes.  They are discussing the possibility of purchasing

2    another girl, and Mr. Clemans expresses that he paid $250 for

3    Nicole, and he says 500 U.S. dollars for -- sorry -- she says --

4    Miss Tandeg says that -- and he indicates that he can have photo

5    shoots and have sex with them whenever he wants because he has

6    "bought the two girls for our use."

7    Q.   Now, you've used the word "bought," is that your word or

8    does that word appear in the chat?

9    A.   That's verbatim from the chat.

10   Q.   All right.  Let's move forward to Exhibit 49 at page 1.  And

11   while you get there in your exhibit book, I want to ask you this

12   question.

13        In your review of the chats between Mr. Clemans and

14   Miss Tandeg during the period that we've been discussing,

15   June 24, 2014 through July 24, 2015, did you find discussion

16   about Mr. Clemans's immigration status in Thailand?

17   A.   Yes.

18   Q.   What was the substance of those discussions?

19   A.   He indicated to Miss Tandeg that he was required to leave

20   Thailand every 90 days and then re-enter because of his visa

21   there.

22   Q.   Now Exhibit 49, page 1.  Is there discussion during this

23   chat from February 19, 2015 about additional payments and travel

24   by Mr. Clemans to the Philippines for sex?

25   A.   Yes.  Near the end, Mr. Clemans says, "I want them to give

1    themselves to me like their first lover."  Smiley face.

2    Q.  Now in the early part of this chat, is there discussion --

3    is there a specific mention of travel to the Philippines?

4    A.  At 21:50:20 Mr. Clemans says, "I do not want to be

5    disappointed when I come to visit them this year; I'm making an

6    investment with each of these girls, and I do not want to pay

7    for photo shoots of a girl that is not going to remain a virgin

8    when I finally meet each of them."

9    Q.  Later in that chat, about the bottom quarter, in this area

10   that I've indicated on the screen, is there discussion about an

11   additional payment?

12   A.  Yes, there is.

13   Q.  Did you find Western Union records identifying that payment

14   and corresponding bank records?

15   A.  I did.

16   Q.  Both?

17   A.  Yes.

18   Q.  Okay.  All right.

19       Now, you testified earlier there was -- you testified

20   earlier that you encountered chats between Mr. Clemans and

21   Miss Tandeg about the use of a USB or thumb drive to collect

22   photos; do you remember that testimony?

23   A.  I do.

24   Q.  Can you summarize the nature of the discussions between

25   Clemans and Tandeg on that subject?

1  A.  Yes.  On various occasions, throughout these chats,

2  Mr. Clemans either inquires or instructs Miss Tandeg about a USB

3  drive.  She indicates that she had purchased one and was keeping

4  the photos on that drive as Mr. Clemans asked her to do.

5  Q.  All right.  Now, moving forward in time, through the period

6  that you've been testifying about, into March and April of 2015,

7  did there come a time in the chats where you found discussion

8  about a third minor, not Nicole or Angel?

9  A.  Yes.

10  Q.  Will you first identify that minor and then the substance of

11  those discussions?

12  A.  Yes.  Miss Tandeg informs Mr. Clemans she's found an

13  additional model.  She refers to her by the name Ishin, which is

14  the minor J.U. in this case.  She tells Mr. Clemans that Ishin

15  is half Filipino and half Japanese, and they begin referring to

16  her as the mix, and Mr. Clemans tells Miss Tandeg that he wants

17  Miss Tandeg to take photos of her -- explicit photos of her and

18  send them to him.

19  Q.  Based on your review of the chats, did Tandeg carry out and

20  make those -- did Tandeg make those photos?

21  A.  Yes.  Mr. Clemans sent money to her for that photo shoot,

22  and she did in fact carry out that photo shoot in late

23  April 2015.

24  Q.  Okay.  Now, did the chats reflect that Mr. Clemans traveled

25  to the United States in April of 2015?

1    A.   Yes.

2    Q.   What is the discussion in the chats that confirms that

3    travel?

4         You don't have to identify the specific language, but does

5    Mr. Clemans discuss returning to the United States in April of

6    2015 with Miss Tandeg?

7    A.   Yes.  He tells her he's heading back to the States to visit

8    his mother, and she tells him to give her her best.

9    Q.   Okay.  And then, based on your investigation, are you aware

10   of whether Mr. Clemans arrived in the U.S. in April of 2015?

11   A.   Yes.  He arrived in San Francisco on April 27th, 2015.

12   Q.   In the chats, particularly in Exhibit 52, in May of 2015,

13   does Mr. Clemans communicate to Miss Tandeg what happened to him

14   when he arrived in the United States?

15   A.   Yes.  He tells her that he has been arrested here in the

16   U.S.

17   Q.   All right.  Does he make any statements about what he will

18   do and whether he plans to return to Asia, to the Philippines?

19   A.   Yes.  He states that he will not live in the United States

20   anymore, and he also expresses to Tandeg his desire to travel to

21   the Philippines to have sex with the girls as well as Tandeg as

22   well.

23   Q.   All right.  At some point, at any point in the discussions,

24   the chats you read from April, just before Mr. Clemans arrived

25   in the United States, was there discussion about birth control?

1   A.  Yes.  He inquired whether it was easily obtained in the

2   Philippines and what dose would be proper for a girl -- I

3   believe he said 13 -- 12 or 13 years old.  Yes.

4   Q.  All right.  Later in May of 2015 -- in fact, let's take a

5   look at Exhibit 52, page 6.  If we go back to page 5, it may

6   provide some context.

7       Is there further discussion in those two chats, Exhibit 52,

8   page 5 and 6, from May 5, 2015, about purchasing the minor

9   you've identified as Ishin?

10  A.  Yes.

11  Q.  Does Mr. Clemans use some name other than Ishin to describe

12  that girl?

13  A.  He refers to her as "the Mix."

14  Q.  And based on your reading of the chats, does he use -- does

15  he describe a particular ethnic background in addition to using

16  "the Mix"?

17  A.  Yes, he refers to her as half Japanese/half Filipino.

18  Q.  At some point in the chats in May of 2015 and beyond, does

19  Mr. Clemans offer to purchase Ishin's virginity?

20  A.  They have discussions about that, yes.

21  Q.  And you know, maybe I should clarify.  I don't know if he

22  uses the word "virginity."  Does he discuss buying Ishin?

23  A.  Yes.  On May 5, 2015, he asks how much and inquires whether

24  it would be a payment to the same orphanage director.

25  Q.  On page Exhibit 52, page 7, again from May 5, 2015, by now

1    Mr. Clemans is in the United States, is there a discussion about

2    sex with the girls and additional delivery of photos for him to

3    review?

4    A.   Yes, there is.  He says, "I want to make love with you and

5    the girls," wants to find a nice location, and asks Miss Tandeg

6    to upload photos to Dropshots.

7         Elsewhere, he also indicates that he desires Miss Tandeg to

8    capture photos of him having sex with the girls when that does

9    occur.

10   Q.   Now, Special Agent Schofield, you testified earlier that you

11   collected certain additional images of child pornography from

12   the spitzinudog account; do you recall that?

13   A.   I do.

14   Q.   Can you describe, based on your recollection of those images

15   -- and if you need to refresh your recollection with the binder

16   of those images -- can you describe in general terms what those

17   images depict?

18   A.   They were images of child pornography, mostly.  Some of them

19   showed the girls clothed, but they were victims Angel and Ishin,

20   and -- pardon me -- minor girls Angel and Ishin, and a few of

21   the pictures depicted them clothed in like a dress or shirt and

22   shorts.  But most of them were either in some form of undress or

23   fully nude and were child pornography.

24   Q.   Can we look at Exhibit 25.  This is one of the images that

25   does not contain child pornography.  Is this the image that you

1    just referenced?

2    A.   Yes.

3    Q.   Who were these two?

4    A.   Ishin is on the left, and Angel is on the right.

5    Q.   All right.  Let's take that down.

6         Now among the images that did have child pornography or

7    contained child pornography, were there chats that you

8    identified that discussed characteristics about the photo that

9    made you collect those photos as exhibits for this trial?

10   A.   Yes.  There were several photos.  I collected two of them

11   that depicted close-ups of girls' -- the girls' genital areas as

12   they are urinating in the shower.

13        And in the chats, Mr. Clemans told Miss Tandeg, after he had

14   logged on, that he liked how they pee in the shower.

15   Q.   And you identified and selected images depicting that act,

16   is that right?

17   A.   Correct.

18   Q.   We won't publish those images, but they have been admitted

19   in evidence.

20        Now, there was discussion about an orphanage and the

21   director of an orphanage in the chats, is that correct?

22   A.   Yes.

23   Q.   During the testimony of the minors, they were accompanied by

24   support people.

25        Did you learn whether any of the minors who testified were

1    in fact orphans?

2    A.  None of them were orphans.

3    Q.  But all of those minors, as you've identified, were the

4    minors depicted in these photos, is that right?

5    A.  Yes.  That's correct.

6    Q.  You also testified earlier about chats discussing the

7    various Dropshots account.  Without belaboring that question,

8    did you find chats in which the specific accounts were described

9    by name and passwords were provided?

10   A.  Yes.  I found those chats for all four accounts along with

11   the passwords provided as well, yes.

12   Q.  Okay.  Just one moment.

13       Just two more questions.  All right.  I want to ask you

14   about Exhibit 52, page 24.

15       In this chat, is there discussion about the purchase of

16   Angel and Mr. Clemans's expectations about that purchase?

17   A.  Yes.  Mr. Clemans discusses that he was nervous how, in the

18   photos, Ishin was spreading Angel's vagina open because it could

19   tear her hymen, and he stated that he paid the director and

20   expected that the director would be safeguarding her, meaning

21   Angel, the context is Angel.  Lyan responds, "Angel is yours."

22   Q.  How does Mr. Clemans respond?

23   A.  He says, "Yes."

24   Q.  And then, finally, I want to ask you about Exhibit 52.2.

25   This is a chat that takes place on July 17th, 2015.

1    In this chat, is there additional discussion about

2    Mr. Clemans's expectations about Angel -- the protection of

3    Angel's virginity for him?

4    A.  Yes.  He inquires, "How is Angel doing?" at 14:39:22, and

5    asks, "Is the director keeping her safe for me?"

6    Further down he says, "I better not find out that she sold

7    her to another."

8    Lyan references, actually, another girl that they were

9    talking about, Megan.  Says, "Yes, Megan is safe."

10   And Mr. Clemans clarifies that he meant Angel.  And Lyan

11   says that she's very fine, and that she's 12 years old now.

12   Q.  I just said that that was going to be the last one, but I'm

13   going to sneak one last additional one in for you.

14   The next page, Exhibit 52.2, page 2.  This is July 17, 2015.

15   Is Mr. Clemans in the United States at this time?

16   A.  Yes, he is.

17   Q.  And does he give a date that he hopes to return -- or leave

18   the United States, and then does he further discuss what his

19   plans are?

20   A.  Yes.  He says that he probably will return around the 1st of

21   September.  He states at 14:43, "I'll probably go direct to

22   Thailand, and, if not, I will come visit you in Angeles before I

23   return to Bangkok."

24   And Miss Tandeg just asks him to let her know if he's going

25   to be coming there so that she can have the girls ready.

1        He references that he would like to arrange for a week with

2    a few of the girls and discusses trying to find a safe place

3    where they could do that, away from eyes.  That's at 14:44.

4    Q.  Special Agent Schofield, after Mr. Clemans was arrested --

5    after you arrested Mr. Clemans, you testified earlier that he,

6    Mr. Clemans, turned over his control of his Yahoo account to

7    you.  What did you do with that Yahoo account?

8    A.  I utilized that account to introduce an undercover persona

9    to Miss Tandeg in the Philippines, communicated -- an undercover

10   employee communicated online with Miss Tandeg in the Philippines

11   online.  So I was here.  Miss Tandeg was in the Philippines.

12       And conducted an undercover operation to assist the

13   Philippine authorities in locating Miss Tandeg, and Miss Atad,

14   as well, it turns out, with the hope of also locating and

15   rescuing the girls mentioned in the chats.

16   Q.  After you initiated those communications with Miss Tandeg,

17   did you later turn over control of that spitzinu account to

18   Philippine authorities?

19   A.  No.  I turned over use of my undercover account to

20   Mr. Sanger so that he could continue those conversations for the

21   purpose of arranging the meet, but I never turned over

22   Mr. Clemans's account to anyone else.

23   Q.  So Mr. Sanger took control after you, is that correct?

24   A.  Of my undercover account but not Mr. Clemans's.

25   Q.  Oh, of the -- so you set up a secondary --

1    A.  I introduced another persona who was purportedly a friend of

2    Mr. Clemans, attempting to help him, and most of the

3    communication that I had with Miss Tandeg was from that account.

4    Although I did have some communication from Mr. Clemans's

5    account.

6         Once it was clear that the Philippine authorities were ready

7    to conduct an operation to find Miss Tandeg, and Miss Atad, and

8    these girls, I turned over the use of my undercover account to

9    Mr. Sanger.

10   Q.  Understood.  And you were present during Mr. Sanger's

11   testimony yesterday, is that right?

12   A.  I was, yes.

13   Q.  Are you aware of whether Miss Tandeg was ultimately

14   arrested?

15   A.  I am.  She was, yes.

16        MR. ESPINOSA:  No further questions, Your Honor.

17        THE COURT:  Cross-examination.

18        MR. OLMOS:  Thank you, Your Honor.  If I may have just

19   a moment, Your Honor?

20        THE COURT:  You may.

21                         CROSS-EXAMINATION

22   BY MR. OLMOS:

23   Q.  Good afternoon, Agent Schofield.

24   A.  Good afternoon.

25   Q.  I want to first focus on 2013.  Okay.

1        You testified on direct examination that for about six

2   months, up until September of 2013, Mr. Clemans was in the

3   United States, right?

4   A.  Yes.

5   Q.  And then based on your investigation in this case, fair to

6   say that in September of 2013 he moved to Thailand?

7   A.  He went to Thailand.  He did.

8   Q.  You don't know whether that was when he began working for

9   NewGen Airlines and moved to Thailand permanently?

10  A.  I don't know if that's when he began working for the

11  airline.  I know that that is when he left the country and flew

12  to Thailand.

13  Q.  Would be it be fair to say that --

14       Well, you've seen his passport, right, as an exhibit in this

15  case?

16  A.  Yes, I have.

17  Q.  Exhibit 92, I believe?

18  A.  Yes.

19  Q.  And fair to say that his travel patterns suggest that,

20  beginning in September of 2013, Mr. Clemans resided in Thailand?

21  A.  Yes.

22  Q.  And you testified on direct examination that he did, when he

23  was in the United States up until September of 2013, he had some

24  discussions over the internet with the person we're calling

25  Nelia or Nelia Cruz, right?

1    A.   Correct.

2    Q.   And in some of those exchanges, he is requesting child

3    pornography, right?

4    A.   That is correct.

5    Q.   And in some of those discussions, he's also requesting that

6    she send child pornography so he can go have sex with those

7    girls, right?

8    A.   Yes.

9    Q.   You reviewed all of Mr. Clemans's internet activity going

10   back to 2013, right?

11   A.   I have reviewed the activity in his spitzinu account, but

12   not all of his internet activity.

13   Q.   That was -- I did not phrase that question artfully.  I

14   concede.

15        So you have reviewed all of his Yahoo spitzinu e-mail

16   traffic, right?

17   A.   Generally, yes.  Definitely between him and Nelia Cruz, and

18   also most of the others as well, yes.

19   Q.   When you say "most of the others," you understand, don't

20   you, based on your review of his internet activity since 2013,

21   that he has received child pornography from more than 50

22   different users, right?

23   A.   Yes.

24   Q.   Including the person we're calling Miss Cruz, right?

25   A.   Correct.

1    Q.  Including Miss Tandeg, right?

2    A.  Correct.

3    Q.  And some 50 others, right?

4    A.  Correct.

5    Q.  Okay.  Now in your review -- and this is just going back to

6    2013, right?

7    A.  Correct.

8    Q.  You didn't review any of his -- Mr. Clemans's Yahoo activity

9    prior to 2013, did you?

10   A.  No, I did not.

11   Q.  So just between 2013 and July of 2015, Mr. Clemans received

12   child pornography from more than 50 individual internet users,

13   right?

14   A.  That's correct.

15   Q.  That you saw?

16   A.  That I saw.  Exactly.

17   Q.  He requested child pornography from 23, right?

18   A.  That is my recollection, yes.

19   Q.  23 different users, right?

20   A.  Correct.

21   Q.  Over those two and a half years?

22   A.  Yes.

23   Q.  Okay.  And that includes Miss Tandeg, right?

24   A.  That does, yes.

25   Q.  And it includes Miss Cruz?

1    A.   Yes.

2    Q.   And some more than 20 other people, right?

3    A.   Correct.  Yes.

4    Q.   And those are the people who actually sent him child

5    pornography, right?

6    A.   Yeah.  A subset of those who did, yes.

7    Q.   So he received it from more than 50.  Half of those,

8    roughly, he received child pornography because he asked for it,

9    right?

10   A.   Yes.

11   Q.   Okay.  And in virtually all those instances he asked for

12   child pornography, he requested that the people or the internet

13   users take photos of real girls, right?

14   A.   Yes.

15   Q.   He didn't want random stuff off the internet, right?

16   A.   Yes.

17   Q.   According to what he was saying on the internet?

18   A.   That is definitely correct, yes.

19   Q.   So from 23 different individuals he requested new child

20   pornography, right?

21   A.   Yes.

22   Q.   Now, 11 of those people, at least, he said at one point or

23   another, "I'm going to come have sex with those girls," right?

24   A.   He indicated an interest in coming to have sex with them if

25   he found them attractive, the girls in the pictures.

1  Q.  Traveling to the Philippines, in fact, right, all 11 of

2  them?

3  A.  Yes.

4  Q.  So for 11 people, Mr. Clemans said, "you send me pictures,

5  if I like them, I'm going to come to the Philippines and have

6  sex with those girls," right?

7  A.  Yes.

8  Q.  Okay.  Have you identified one victim in the Philippines who

9  Mr. Clemans ever had sexual contact with?

10  A.  No.

11  Q.  Never talked to anybody?

12  A.  Any victims?

13  Q.  Yes.

14  A.  No, we never found them.

15  Q.  Did you ever talk to anybody who saw Mr. Clemans with a

16  child in the Philippines at any time?

17  A.  No.

18  Q.  Now Mr. Clemans's discussions with Miss Cruz prior to

19  September 11, 2013, when he flew to Thailand, let's focus on

20  that, okay, over a month or two he was having internet

21  conversations with this person we think is called Miss Cruz,

22  right?

23  A.  Yes.

24  Q.  And he was discussing he wanted pictures of girls, right?

25  A.  Correct.

1    Q.  Because he said, "At some point in the future I might come

2    have sex with them," right?

3    A.  He kind of stated he was ready to do it now if he found them

4    attractive.

5    Q.  And then he did say he found them attractive, right?

6    A.  Correct.  Yes.

7    Q.  But he didn't fly from the United States to the Philippines,

8    did he?

9    A.  No.

10   Q.  He flew to Thailand, right?

11   A.  Correct.

12   Q.  On September 11, 2013?

13   A.  Yes.

14   Q.  Prior to that point, had he identified a date that he was

15   going to come to the Philippines to have sex with young girls?

16   A.  Not a specific date.

17   Q.  How about a specific week?

18   A.  I don't recall a specific date range.

19   Q.  How about a month?

20   A.  It was in the near future, I believe.

21   Q.  Did he identify a month?

22   A.  I don't believe so.

23   Q.  Did he identify a year that he was going to come?

24   A.  The context of the chats were in the near future.  He did

25   not specifically state in the year 2013.

1   Q.  So prior to leaving the United States for Thailand, he never

2   said to Miss Cruz, or anybody else, "I'm coming to the

3   Philippines this year to have sex"?

4   A.  Not that I recall.

5   Q.  Now, then, on September 11th, he flew to Thailand, right?

6   A.  Yes.

7   Q.  Okay.  And we know that because of Exhibit 98 which says

8   that's when he departed the United States, right?

9   A.  Correct.  The TECS records reflect his departure to Bangkok.

10  Q.  And you testified on direct examination that you found

11  evidence that he bought a plane ticket while he was in the

12  United States, right?

13  A.  Yes.

14  Q.  A plane ticket from the United States to Thailand, right?

15  A.  Yes.  The TECS records show that he goes to South Korea,

16  but, based on the chats, I believe he then proceeded on to

17  Bangkok.

18  Q.  Well, you've reviewed his passport, right?

19  A.  Yes, I have.

20  Q.  And there is an entry date for Thailand of September 12th,

21  right, of 2013?

22  A.  Correct, yes.

23  Q.  So he flies through Seoul and makes his way to Bangkok,

24  right?

25  A.  Correct.  Yes.

510

1    Q.  So the intermediate stop between the United States and

2    Thailand is Seoul, South Korea, right?

3    A.  It sounds that way, yes.

4    Q.  Now after he's in Thailand, it's about another two months

5    before he goes to the Philippines, right?

6    A.  November 13th.  So yes.

7    Q.  Two months, right?

8    A.  Yes.

9    Q.  And during that period of time, he is residing in, as far as

10   your investigation has uncovered, he was in Thailand, right?

11   A.  Most of that time, yes.

12   Q.  Well, he was residing in Thailand, right?

13   A.  Yes.

14   Q.  Because he took another international trip in October,

15   right?

16   A.  According to his passport, yes.

17   Q.  He went to Laos and back, right?

18   A.  I believe that's what that stamp represents.

19   Q.  And we know that from Exhibit 92, his passport, I think it's

20   page 4, right?

21   A.  I don't remember the page, but I do recall seeing the

22   stamps, yes.

23   Q.  So you would agree that, according to the evidence we have

24   in this case, in October of 2013, Mr. Clemans flew from Thailand

25   to Laos and back to Thailand, right?

1    A.  I would agree with that based on the passport, yes.

2    Q.  Okay.  Now, if we could please publish Exhibit 38, page 20.

3        Drawing your attention, Agent Schofield, to Exhibit 38,

4    page 20.  The date on this exchange with Nelia Cruz is

5    October 14, 2013, right?

6    A.  That's correct.

7    Q.  This is after he's come back from Laos, right?

8    A.  I believe so, yes.

9    Q.  Because he came back from Laos on October 8th, right, and

10   here he says at the bottom of the page that he plans to come to

11   the Philippines in about 10 days, do you see that?

12   A.  I do.

13   Q.  And then he says, "I'm trying to come next Sunday," right?

14   A.  He does, yes.

15   Q.  Because he doesn't have a plane ticket yet, does he?

16   A.  I don't know.  He says, "I'm trying to come"; so that's a

17   possibility.

18   Q.  Okay.  And the Sunday following is still in October, right?

19   A.  It would be, yes.

20   Q.  Did he go to the Philippines 10 days later?

21   A.  No.  According to his passport, no.

22   Q.  He didn't go for another month, right?

23   A.  That's correct.

24   Q.  So at this point in time, according to Government

25   Exhibit 38, Mr. Clemans has no specific plan yet to travel to

```
1    the Philippines, does he?

2    A.  I would say he has a specific plan.  He just hasn't nailed

3    down a date yet.  I think he is specifically planning.

4    Q.  He's planning to go at some point, right?

5    A.  Yes, definitely.

6    Q.  But he doesn't know when?

7    A.  He does not have a hard date yet, correct, yes.

8    Q.  He thinks he's going to go in 10 days according to this,

9    right?

10   A.  Correct, yes.

11   Q.  But he didn't?

12   A.  No.

13   Q.  And we know that based on -- we don't need to bring it up --

14   but Exhibit 75 that there is a plane ticket he, in fact, bought

15   to the Philippines for November the 13th, right?

16   A.  Correct.  The Cebu Pacific ticket.

17   Q.  And he bought that ticket on November 13th, right?

18   A.  That's when the charge went to his account, but I don't know

19   -- oftentimes they won't charge your account until it's

20   ticketed; so he may have purchased it prior to that, but I don't

21   know that.

22   Q.  You reviewed Mr. Clemans's financial records, right?

23   A.  Yes.

24   Q.  Going back a number of months, including when he was in the

25   United States earlier in 2013, didn't you?
```

1    A.   Yes, I did.

2    Q.   Is there any other evidence of any plane ticket he bought to

3    the Philippines?

4    A.   Not that I saw, no.

5    Q.   That's the first one, right?

6    A.   That's -- yes, correct.

7    Q.   November 13th of 2013, right?

8    A.   Correct.

9    Q.   Now, you've also testified about Western Union transfers

10   that Mr. Clemans made to Miss Cruz; do you recall that

11   testimony?

12   A.   I do, yes.

13   Q.   And your testimony on direct examination, correct me if I'm

14   wrong, is that you reviewed all of Mr. Clemans's Western Union

15   activity comparing it to his -- strike that.

16        You reviewed all of Mr. Clemans's bank records, correct?

17   A.   For that time period, yes.

18   Q.   For that time period.  And you pulled out what you thought

19   was important and relevant to this case, right?

20   A.   Are you asking about the Western Union summaries?

21   Q.   Yes.  That's what I'm asking about.

22   A.   I -- generally correct, yes.  I reviewed the entire

23   spreadsheet.  And because it was very voluminous, I made

24   summaries of specific transfers.

25   Q.   The transfers that you believed were relevant to this case,

1    right?

2    A.   Some of the transfers that I thought were relevant to this

3    case, yes.

4    Q.   You left some out?

5    A.   There were additional purchases of photo shoots that I

6    didn't make summaries of.

7    Q.   Well, you did make summaries of three Western Union

8    transfers found in Exhibits 59.5, 60 and 61; do you recall those

9    summaries?

10   A.   Can you say those numbers again?

11   Q.   59.5?

12   A.   Yes.

13   Q.   There is a Western Union money transfer in the amount of $45

14   U.S. from Mr. Clemans to Miss Cruz, right?

15   A.   Are you referring to November 5th, 2013?

16   Q.   Yes.  I'm sorry.  November 5th.

17   A.   Yes, there is.

18   Q.   That's what's reflected in Exhibit 59.5, right?

19   A.   That is correct, yes.

20   Q.   That's the earliest Western Union money transfer we have in

21   this case between Mr. Clemans and Miss Cruz, right?

22   A.   As I sit here, not looking at the spreadsheet, I'm not sure.

23   This is the earliest one that I summarized; however, the entire

24   records are in -- I mean, this is the earliest one that I

25   summarized, if that's what you're asking.  I don't recall if

1    there are any prior to this in the whole spreadsheet.

2    Q.  Let me put it this way, of the evidence that's been in front

3    of this jury right now, that's been introduced in this trial,

4    that's the earliest Western Union transfer between Mr. Clemans

5    and Miss Cruz, right?

6    A.  That's correct, yes.

7    Q.  That's on November 5th of 2013, right?

8    A.  That's correct, yes.

9    Q.  And that corresponds, according to your testimony, to a

10   request by Mr. Clemans for pictures from Miss Cruz, right?

11   A.  Yes.

12   Q.  Okay.  And that's roughly the amount of money that she --

13   that they negotiated for that photo shoot, correct?

14   A.  Yes.

15   Q.  45 U.S. dollars, right?

16   A.  Approximately, yeah.

17   Q.  And there is a second --

18       Well, let me ask you this.  November 5th, 2013, that's two

19   months after Mr. Clemans moved to Bangkok, right?

20   A.  Two months after the flight to Bangkok, yes.

21   Q.  From the United States?

22   A.  Correct.

23   Q.  And after his trip to Laos, right?

24   A.  Yes.

25   Q.  And Exhibit 60 is the next documented Western Union transfer

1    from Mr. Clemans to Miss Cruz, right?

2    A.   Correct.

3    Q.   Also for 45 U.S. dollars?

4    A.   Yes.

5    Q.   That's for November 12, 2013?

6    A.   That's correct.

7    Q.   And the next one is from November 15th, 2013?

8    A.   Yes.

9    Q.   Also for $45?

10   A.   Correct.

11   Q.   Also for a photo shoot, correct?

12   A.   Yes.

13   Q.   Now, Mr. --

14   A.   Actually, I take that back.  I believe that this one was he

15   sent funds to her to get a hotel room and then was going to pay

16   her in person, once he met with her, the rest of the money for

17   the girls.  I believe this one was different.

18   Q.   That was not for a photo shoot; that was for a hotel room?

19   A.   Yes.  He wanted to pay her in person.  She said she needed

20   some money ahead of time to make preparations, specifically a

21   hotel room; so he sent her a transfer of money.

22   Q.   He sent her a transfer of money?

23   A.   He sent her this money so that she could prepare a hotel

24   room and indicated to her that he would pay her the rest of the

25   fee for those girls once he met her in person.

517

1    Q.  That was on or about, according to Exhibit 61,

2    November 15th, right?

3    A.  On or about, yes.

4    Q.  And do you recall testifying on direct examination that

5    Mr. Clemans -- that Miss Cruz had demanded some 200 U.S. dollars

6    to actually meet the girls, right?

7    A.  Yes.

8    Q.  And we don't have any Western Union transfer for $200 to

9    Miss Cruz, do we?

10   A.  No, we do not.

11   Q.  Going back briefly -- can you publish Exhibit 39, page 3,

12   please.

13       Directing your attention to Exhibit 39, page 3, this is an

14   exchange between Miss Cruz and Mr. Clemans about a week before

15   he went to the Philippines, right?

16   A.  Yes, it is.

17   Q.  And here he says in the middle, "I'm arranging for a ticket

18   over the weekend," right?

19   A.  Yes.

20   Q.  But he didn't go that weekend, did he?

21   A.  He left the 13th, then -- I mean, I don't know what day the

22   5th was.  It's possible this was, you know, Saturday and it was

23   the following weekend.  It's possible.  But I don't know,

24   sitting here, what day that was, but it was within the next

25   eight days.

1   Q.  He didn't end up traveling for more than a week after this,

2   right?

3   A.  Yes.

4   Q.  He's saying here, "I'm going to come this weekend"?

5   A.  Correct.

6   Q.  Okay.  But he didn't have his ticket yet, right?

7   A.  According to this, no.  He's arranging for one still.

8   Q.  And we know he bought a ticket or it was marked on

9   November 13th, right?

10  A.  That is correct.

11  Q.  So, here, he's still talking about when he might come, but

12  he hasn't even bought a ticket yet, right?

13  A.  Correct.  Yes.

14  Q.  And this is after his trip to Laos, right?

15  A.  Yes.

16  Q.  Are you aware of whether you or any of your colleagues ever

17  located Nelia Cruz?

18  A.  We presented that information to the NBI in the Philippines,

19  who told us that the location that she was living in was too

20  difficult to make that operation, and so, no, we never were able

21  to.

22  Q.  Did you use Mr. Clemans's online persona to try to locate

23  her?

24  A.  No.  Because the NBI was not willing to follow through on

25  the back end of that.

1  Q.  What about with Miss Malicdem?

2  A.  No.

3  Q.  Okay.  So as far as you were aware, no concrete efforts were

4  made to locate either of those two individuals?

5  A.  As far as I know, that's correct.

6  Q.  What about any alleged victim that Mr. Clemans met with,

7  allegedly, on that Manila trip, any concrete efforts locating

8  them?

9  A.  The only way we could have done that would be if the NBI was

10  going to cooperate with the investigation.  So we were -- once

11  they said no to the first, we were unable to try the second.

12  Q.  So other than what is reflected in Exhibit 40 -- or I'm

13  saying, roughly, that Mr. Clemans says she was perfect, the two

14  names of the girls, and that weird, you know, "You didn't have

15  sex with them," "Yes," that's the evidence we have that this

16  jury has seen that Mr. Clemans actually met with any kid over

17  there, right?

18  A.  We have his statements in that exhibit as well as his

19  statement to Nelia Cruz when she asked, "Did you meet young?"

20  and he said, "Yes, with much success."

21  Q.  Right.  His statements, that's what we have, right?  Nothing

22  else?  Correct?

23  A.  Yes.

24  Q.  That's all we have?

25  A.  Yes.  Correct.

1    Q.  Now, I want to switch our attention to the period between

2    June of 2014 and July of 2015.  And we'll call that the period

3    of time where Mr. Clemans is communicating with Miss Tandeg,

4    okay?

5    A.  Okay.

6    Q.  Is that a fair characterization?

7    A.  Yes.

8    Q.  I think it's on June 24, 2014, where, according to the

9    instant messages, we have the plan is -- the genesis of the

10   plan, right?

11   A.  That is correct, yes.

12   Q.  During that period of time that year and, well, year-plus,

13   how many times did Mr. Clemans tell Miss Tandeg that he was

14   going to come to the Philippines?

15   A.  Quite a few.

16   Q.  Hundreds?

17   A.  I don't know about that, but quite a few.

18   Q.  Over that -- over a year he said -- we'll say, countless

19   times -- "I'm coming to the Philippines to meet these girls,"

20   right?

21   A.  Yeah, many times.

22   Q.  Did he ever buy a plane ticket?

23   A.  Not that I'm aware of.

24   Q.  Did he ever set an itinerary to do that?

25   A.  Not that I'm aware of.

1  Q.  In your review of all of this internet communication, did he

2  ever set a specific date to go?

3  A.  Not that I'm aware of, no.

4  Q.  And you recall him saying, "I can be in the Philippines in

5  two days if I find the girl I'm ready for," right; do you recall

6  that statement he made?

7  A.  I believe he made that statement to Nelia Cruz.

8  Q.  He did.

9  A.  But, yes, I recall that statement.

10  Q.  In two days he can be there, right?  You've reviewed his

11  passport, right?

12  A.  Yes.

13  Q.  Do you have any evidence that Mr. Clemans went to the

14  Philippines at all between June 2014 and when he was arrested in

15  Sacramento?

16  A.  No, I don't.

17  Q.  In reviewing Mr. Clemans's passport, do you know how many

18  trips, international trips, he took outside of Thailand during

19  that period of time?

20  A.  I don't know offhand.  I did review that passport and looked

21  at that very issue some time ago.  I don't remember offhand, but

22  it was several.

23  Q.  It was dozens, wasn't it?

24  A.  I don't recall.  I'm sorry.

25  Q.  He went to -- well, he went to China almost 20 times, right?

1   A.  I believe he went to China quite often, and even in the

2   chats, that sounds like that was kind of a common route in his

3   work.

4   Q.  He went to Laos, right?

5   A.  Yes.

6   Q.  Even in 2014, he went to Laos, he went to Indonesia, right?

7   A.  I'm happy to look at the passport, but I don't recall these

8   things offhand, but I'm happy to look at it.

9   Q.  I don't want to belabor that; the jury will have his

10  passport.

11      But would it surprise you to understand -- or to know that

12  there are stamps from Malaysia during that time period?

13  A.  Not at all.

14  Q.  And China, more than 20, would that surprise you?

15  A.  Many times, yes.

16  Q.  So during that year-plus, Mr. Clemans is traveling all

17  throughout Southeast Asia regularly, right?

18  A.  Yes.

19  Q.  And he never once went to the Philippines, right?

20  A.  No.

21  Q.  In spite of telling 11 people, including Miss Tandeg, that

22  he was going to go there for sex, right?

23  A.  Correct.

24  Q.  You didn't find any evidence that -- with any of these

25  people that he set a date to go to the Philippines, did you?

1    A.  Not a specific date, no.

2    Q.  And I'm not talking about Miss Tandeg.  I'm talking about

3    all 11 of them.

4    A.  I don't believe so, other than Miss Cruz.

5        Although -- I take that back -- Juvy Malicdem communicated

6    with him, and he actually seemed surprised, "How did you know I

7    was in the Philippines?" in those chats.

8        And she said, "Well, you told me you were coming next week,

9    so I figured I'd reach out and see if I could provide

10   something."  So I believe he also communicated that to Juvy.

11   Q.  And, clearly, he did that because he went, right?

12   A.  Yes.

13   Q.  He actually had a ticket in November 2013?

14   A.  Yes.

15   Q.  That he bought in November 2013?

16   A.  Yes.

17   Q.  When he was in Thailand?

18   A.  Correct.

19   Q.  Right.  Okay.

20       Now, you testified on direct examination about -- can we

21   publish Exhibit 41, page 6, please.

22       Do you recall testifying about this exhibit and this page

23   when Mr. Espinosa was examining you?

24   A.  Yes, I do.

25   Q.  This is very early on in what we're calling -- well, in

1    Mr. Clemans's communications with Miss Tandeg, right?

2    A.  Yes.

3    Q.  This is where he is discussing his new plan, right?

4    A.  That's correct.

5    Q.  And do you recall testifying to a portion of this page on

6    direct examination?

7    A.  I do, yes.

8    Q.  Okay.  Now, I want to direct your attention to the last

9    entry here.  He says there that he has essentially been doing

10   this for a while, right, asking mamasans to take pictures for

11   him?

12   A.  Yes.

13   Q.  And he sends this in June of 2014, right?

14   A.  He does.

15   Q.  And he says, "I've never met these girls," do you see that?

16   A.  He does say that.

17   Q.  And that's after his trip to Manila in 2013, right?

18   A.  This statement is, yes.

19   Q.  And when the genesis of this agreement, we'll call it, as

20   reflected in Exhibit 41 is happening, Mr. Clemans is in

21   Thailand, right?

22   A.  At this time, yes.

23   Q.  He's not in the United States?

24   A.  Correct.

25   Q.  Can we go forward two pages to page 8.  This is later in the

1    same chat, correct, same exhibit?

2    A.   Yes.   Correct.

3    Q.   Still between Mr. Clemans and Miss Tandeg?

4    A.   Also correct, yes.

5    Q.   And right in the middle there you see Mr. Clemans say, "I

6    have only been paying for photos so far; I have not had sex with

7    underage yet"; do you see that?

8    A.   I do see that.

9    Q.   Now, Exhibit 42, the next series of communications that we

10   have with Miss Tandeg, that's from July of 2014, right?

11   A.   Yes.

12   Q.   Mr. Clemans is in Thailand during those chats, right?

13   A.   Yes.

14   Q.   And you can confirm that; you testified on direct

15   examination earlier today about being able to compare times when

16   he is -- these chats are happening with the IP address where the

17   spitzinu account resides, right?

18   A.   Yes.

19   Q.   So you can actually confirm, when he is sending these

20   messages, where he is, right?

21   A.   Generally the country where he is, yes.

22   Q.   The general location?

23   A.   Yes.

24   Q.   And so for Exhibit 41, June of 2014, he's in Thailand,

25   right?

1  A.  I believe that's true, yes.

2  Q.  For every single one of those instant messages?

3  A.  I believe so.

4  Q.  And 42, July 2014, he is in Thailand for all of those,

5  right?

6  A.  July of 2014.  I know he's not in the United States, without

7  looking specifically at the IPs, but I believe you are correct.

8  Q.  I want to focus you on the time between -- after Mr. Clemans

9  was back in the United States, April 27th, 2015 through July

10 24th when he was arrested.  Okay.

11      During that period of time, did Mr. Clemans ever, as far as

12 you're aware, buy a plane ticket from the United States to the

13 Philippines?

14 A.  No.

15 Q.  Did he ever reserve one?

16 A.  Not that I'm aware of.

17 Q.  He didn't even have his passport, did he?

18 A.  Correct.

19 Q.  You guys had it?

20 A.  The superior court in San Mateo County had it.

21 Q.  Did he ever identify a weekend that, in his communications

22 with Miss Tandeg, that he wanted to go to the Philippines?

23 A.  No.

24 Q.  Okay.  Did he ever make, what I will say, any specific plans

25 to go to the Philippines during those two months?

1   A.  No.

2   Q.  Based on your review of Mr. Clemans's passport, do you know

3   how many times while this passport's been current that he went

4   to the Philippines at all?

5   A.  I believe only the one time, if memory serves.

6   Q.  And he's got stamps going back to 2011 on that passport,

7   doesn't he?

8   A.  I don't recall exactly.  I know they predate 2013.

9   Q.  And I want to be fair here.  If he has two stamps from the

10  Philippines in 2012, would that surprise you?

11  A.  No, it wouldn't.

12  Q.  But nothing after November 2013 that you're aware of?

13  A.  Now that you mention that, I do recall the 2012 stamps.

14  Definitely nothing after 2013.

15  Q.  You believe that Miss Tandeg was selling these images to

16  other people, too, right?

17  A.  I believe it's possible.  I don't have any -- I was unable

18  to uncover anything specific showing that, but she did make

19  statements about that.

20  Q.  Not to Mr. Clemans, though, right?

21  A.  She made statements to other people.  I would say -- I don't

22  know for sure that the images that she's talking about selling

23  are the ones that she captured for Mr. Clemans or not.

24  Q.  Miss Tandeg told Mr. Clemans that Angel was in an orphanage,

25  right?

1  A.  She did, yes.

2  Q.  Based on your investigation, is there any evidence that she

3  was in an orphanage?

4  A.  Not at all.

5  Q.  So that was a lie by Miss Tandeg, right?

6  A.  It was.

7  Q.  And she told Mr. Clemans that she was in school, right?

8  A.  She did.

9  Q.  And that she needed money for tuition and room and board,

10  right?

11  A.  That's correct.

12  Q.  And she wasn't in school, was she?

13  A.  She actually was studying to become a nurse in the

14  Philippines.

15  Q.  Do you have evidence that you've seen that she was in fact

16  enrolled in school between June 2014 and July 2015?

17  A.  I have not seen an enrollment form, but I know that they

18  located her at a hospital where she was doing training.

19  Q.  And Mr. Clemans sent her a great deal of money during this

20  year, didn't he -- well, certainly compared to Nelia Cruz,

21  right?

22  A.  He did, yes.

23  Q.  I think he was sending hundreds of dollars a month, right?

24  A.  Yes.

25  Q.  He sent Nelia Cruz three transfers of 45 bucks each, right?

1   A.   Two.   The other one was to Juvy.

2   Q.   Fair enough.   Three transfers of $45: two to Nelia, one to

3   Juvy?

4   A.   Correct.

5   Q.   But then in reviewing the Western Union summaries you've

6   created and Mr. Clemans's bank account, he is sending many times

7   more money than that to Miss Tandeg, right?

8   A.   Definitely.

9   Q.   And Miss Tandeg is demanding that money for pictures, right?

10  A.   She demands that money, or requests, I would say, that money

11  for many purposes.   It's often Mr. Clemans saying, "Well, I'm

12  going to send you this money; I want pictures."

13       As their relationship goes on, there are times when he sends

14  her money really more for -- because she says, "I have an

15  expense, and I have this need."   Oftentimes the transfer might

16  be, "I'm sending you," you know, "500" -- this is an example --

17  "500, take 150 of that for photo shoot and then the other 350 is

18  for your tuition."   Things like that.

19  Q.   Tuition.   She needed a computer at some point, right; hers

20  broke, she said, right?

21  A.   Correct.

22  Q.   And she needed a bunch of money for that, right?

23  A.   Yes.

24  Q.   And she says she needed money for living expenses, right?

25  A.   Yes.

1   Q.  And sometimes even to travel, right?

2   A.  I don't remember that one.

3   Q.  So I guess the point --

4   A.  Actually, I do remember that, yes.  Yes.  Travel within the

5   Philippines, yes.

6   Q.  Right.

7   A.  Yes.

8   Q.  So I guess the point of that is when the jury looks at

9   Exhibits 63 through 73, which reflect hundreds, thousands of

10  dollars, as you've testified to, in transfers or in Western

11  Union payments from Mr. Clemans to Miss Tandeg, not all of that

12  is for pictures of kids, is it?

13  A.  No.

14  Q.  Not according to her and not according to him, right?

15  A.  Correct.

16          MR. OLMOS:  If I could just have one moment, Your

17  Honor.

18          THE COURT:  You may.

19  Q.  BY MR. OLMOS:  Agent Schofield, quickly, you testified on

20  direct examination that you got my client's consent to assume

21  his online identity, right?

22  A.  Correct.

23  Q.  That was within a month or two after he was arrested,

24  correct?

25  A.  Yes, it was.

1   Q.  Would it be fair to say that through that -- that that was

2   the primary way in which law enforcement was able to physically

3   locate Lyan Tandeg?

4   A.  I would say that it was a big factor in helping us do that.

5   Q.  And you didn't promise Mr. Clemans anything, did you, to get

6   him to do that?

7   A.  No.

8   Q.  Did you make any kind of agreement with him?

9   A.  No.

10  Q.  Or with me?

11  A.  No.

12  Q.  In fact, the only thing that was exchanged -- that was given

13  to Mr. Clemans was a form saying that by him doing that, it

14  might be used against him, right?

15  A.  The form says that it's voluntary for him to do so and that

16  he has the right to refuse and that he would be -- the password

17  would be changed so he would no longer have access to that

18  account.

19  Q.  And that was the only thing given to Mr. Clemans in exchange

20  for that consent, right?

21  A.  That is correct, yes.

22  Q.  Is there any evidence you've uncovered that Mr. Clemans ever

23  had any contact or communication with Miss Atad in the

24  Philippines?

25  A.  No.

1  Q.  Is there any evidence you've uncovered that he ever knew her

2  name?

3  A.  No.

4       MR. OLMOS:  If I could have just one quick second,

5  Your Honor.  Pass the witness.  Thank you very much,

6  Agent Schofield.

7       THE COURT:  Anything further?

8       MR. ESPINOSA:  Yes, Your Honor.

9       THE COURT:  All right.

10                      REDIRECT EXAMINATION

11  BY MR. ESPINOSA:

12  Q.  Just a few questions, Special Agent Schofield.

13       You testified on cross-examination that you believed the

14  earliest payment from Mr. Clemans to Nelia Cruz was in November

15  of 2013; do you remember answering that question that way?

16  A.  That is the earliest payment that I summarized.

17  Q.  But there are payments earlier than that November '13

18  payments in the bank records; isn't that correct?

19  A.  There are.

20  Q.  In fact, there is a payment as early as October 13th --

21  October of 2013, is that right?

22  A.  Are you asking whether there was a Western Union payment or

23  a payment to Nelia Cruz?

24  Q.  A payment to Nelia Cruz from Mr. Clemans.

25  A.  I do recall that there are payments that predate.  But

Reed - Cross-Examination by Mr. Fields

1  without looking at it specifically, I don't remember the exact

2  dates.  But there are payments that predate that November 5th

3  one.

4  Q.  To refresh your recollection, do you want to look at the

5  Exhibit 38, page 4?

6  A.  Yes.

7  Q.  There is an indication on that page of a payment of 1700

8  pesos, is that right?

9  A.  Yes, there is.

10  Q.  On October 3, 2013?

11  A.  Yes.

12  Q.  You did not prepare a Western Union -- summary of a Western

13  Union transaction for that -- for a payment related to that

14  chat, is that right?

15  A.  That's right.

16  Q.  Now, I think we may have looked at this exhibit on your

17  direct examination, but do you recall the bank statement for

18  October of 2013, Exhibit 74.5, page 4?

19  A.  I do.

20  Q.  Does that bank statement, as you recall, reflect a payment

21  in an amount of $45 on October 4th?

22  A.  It does.

23  Q.  A Western Union payment, is that right?

24  A.  Yes.

25  Q.  So I don't mean to quibble, but you were not correct when

534

```
1    you agreed that the earliest payment was November, is that
2    right?
3    A.  I testified that was the earliest one that I summarized.
4    Q.  Earliest summary?
5    A.  But there definitely are payments that predate that payment,
6    yes.
7    Q.  All right.  Now, you testified early in your direct this
8    morning that you received this investigation from the MCCU, is
9    that right?
10   A.  Yes.
11   Q.  It was referred to you from that unit, is that correct?
12   A.  That's correct.
13   Q.  And when it was referred to you, how far into the
14   investigation had the MCCU proceeded?
15              MR. OLMOS:  Objection.  Lacks foundation.
16              THE COURT:  Overruled.  Do you know?
17              THE WITNESS:  Yes.  They had served -- already
18   obtained the search warrant, the initial Yahoo search warrant
19   for the first time period for records from Yahoo.
20   Q.  BY MR. ESPINOSA:  When you received the initial Yahoo --
21   collection of Yahoo chats and e-mails, did you also receive
22   information about what they contained?
23   A.  Yes.
24   Q.  And, in fact, were some of the messages sorted into folders
25   for you?
```

1  A.  Yes.

2  Q.  Now, were the messages that were the focus of the MCCU

3  investigation messages with Lyan Tandeg?

4  A.  Yes.

5  Q.  And were the messages with Nelia Cruz also a focus of that

6  early stage of the investigation?

7  A.  Yes.

8  Q.  So when you received the referral from the MCCU, did you

9  advance the investigation of those identified individuals?

10  A.  I did, yes.

11  Q.  Now, you testified during your direct and on cross that you

12  looked at the folders containing chats with others, is that

13  right?

14  A.  I did, yes.

15  Q.  Did you devote the amount of time looking at those folders

16  that you did to the Lyan Tandeg and Nelia Cruz folders?

17          MR. OLMOS:  Objection.  Relevance and vague.

18          THE COURT:  Overruled.

19          THE WITNESS:  No, I did not.

20  Q.  BY MR. ESPINOSA:  Now, can you say for sure whether, as you

21  sit here today, whether there is any evidence in those folders

22  of chats with people other than Nelia Cruz, Juvy Malicdem, and

23  Lyan Tandeg of evidence of travel to the Philippines?

24  A.  Can you repeat that question for me?

25  Q.  Can you say with certainty that there is no chat in any of

1    the other folders of the many -- the 50-plus people that

2    Mr. Clemans was chatting with about travel to the Philippines?

3    A.  No.

4    Q.  You cannot say that?

5    A.  I cannot say that definitively, no.

6    Q.  In fact, based on your view of the 2013 chats with Nelia,

7    did it appear that Mr. Clemans was familiar with Manila?

8    A.  Yes.

9    Q.  And is it your recollection, based on your review of the

10   chats and your testimony this morning, that it was Mr. Clemans

11   who identified and recommended the meeting place of Market

12   Market in Manila in his early chats with Nelia on September 9,

13   2013?

14   A.  Yes.

15   Q.  And that was when Mr. Clemans was still in the United

16   States, is that right?

17   A.  Yes.

18   Q.  So he and Nelia agreed on a particular meeting point while

19   he was still in the United States, and the purpose of his

20   travel, that is, to have sex with girls that she found for him,

21   is that right?

22   A.  That's what that communication was about.

23   Q.  On September 9, 2013, Mr. Clemans further elaborated on his

24   knowledge of Manila in Exhibit 37.5, 05, isn't that right?  I

25   think you testified about this exhibit earlier.

1   A.   Yes.  Yes.

2        He asks, "Are you near Market Market?"  And he says -- she

3   replies, "In Taguig City."  And he says, "I know the area."

4   Q.   "I know the area," right?

5   A.   Correct.

6   Q.   That doesn't indicate a lack of knowledge about Manila; it

7   indicates the opposite, isn't that right?

8   A.   That is correct.

9   Q.   You testified also about the chats between Mr. Clemans and

10  Juvy Malicdem, the iloveyousomuch e-mail account; do you

11  remember that testimony?

12  A.   I do.

13  Q.   And you testified about chats in which Mr. Clemans and Juvy

14  discuss plans to arrange for sex with girls, is that right?

15  A.   Yes.

16  Q.   And in connection with those chats, you testified about

17  chats in late November -- I believe it's late November --

18  between Clemans and Nelia, after their plan to meet at Market

19  Market failed, in which Mr. Clemans tells Nelia that he met

20  other young girls, is that right?

21  A.   Yes.  That was November 16th, 2013.

22  Q.   And he says "with much success," is that right?

23  A.   He does.

24  Q.   At the time of those exchanges in November of 2013, was

25  Mr. Clemans's chat message under surveillance by the FBI?

 1   A.  No.

 2   Q.  It was not?

 3   A.  In 2013?

 4   Q.  Yeah.  That's my question.

 5   A.  No, it was not.

 6   Q.  It was not.

 7       In fact, you testified during your direct that, on many

 8   occasions, Mr. Clemans instructed the people he was

 9   corresponding with, whether it was Nelia or Juvy or Lyan, not to

10   tell anyone his name, right?

11   A.  On many occasions, yes.

12   Q.  Not to share personal information about him?

13   A.  Correct.

14   Q.  I'll leave it there.

15       Now, you testified on cross-examination about what evidence

16   exists about supporting the idea that Mr. Clemans was going to

17   eventually travel to the Philippines for sex with girls that

18   Lyan Tandeg arranged; do you remember that testimony?

19   A.  I do.

20   Q.  Now, in addition to the text messages between them arranging

21   that agreement, how many times did Mr. Clemans, in your

22   recollection, say he was going to travel to the Philippines?

23   A.  Quite a few.

24   Q.  So quite a few times he said he would.  And he said that

25   first he needed to select girls to visit, is that right?

1    A.  Yes.

2    Q.  And he took -- how many steps did he take to achieve those

3    initial goals, to find girls and identify ones he liked, so that

4    he could make the travel; what steps did he take to accomplish

5    those first steps?

6             MR. OLMOS:  Objection.  Vague.  Calls for legal

7    conclusion.

8             THE COURT:  Vague.  Rephrase.

9    Q.  BY MR. ESPINOSA:  Did he take any steps, did he help

10   purchase any tools or otherwise take any steps to help

11   Miss Tandeg along in the agreement that they made?

12   A.  Yes.

13   Q.  What steps?

14   A.  He sent money for her to acquire a camera, and, in fact,

15   gave her counsel as to what type of camera to choose to ensure

16   that the photos were to his specifications.

17       The computer that was referenced before was purchased.  She

18   indicated she needed a computer that she could use to send the

19   files of child pornography that would be only hers.  He was very

20   worried that if she was using a separate or someone else's

21   computer, they might find those photos, and that they could be

22   found out and get into trouble.

23       He initially sent some money with the intention of finding a

24   townhouse for the purpose of having sex with these girls when he

25   finally got to Manila; though, that ultimately was -- that

1    method was abandoned.

2    Q.  All right.  So he helped purchase a camera, right?

3    A.  Yes.

4    Q.  Gave Tandeg instructions how to use it?

5    A.  Yes.

6    Q.  Did he describe precisely the kind of photos he wanted?

7    A.  In the e-mail, he specifically even told her about f-stop

8    and aperture and how to do it so that she could get those

9    specific photos he wanted, yes.

10   Q.  Were there discussions between Clemans and Tandeg about

11   locations for future meetings?

12   A.  Yes.

13   Q.  Apartments?

14   A.  Apartments, the 007 James Bond room that she had taken

15   pictures in prior, yes.

16   Q.  So hotels.  They discussed maybe doing the visit at hotels?

17   A.  Yes.

18   Q.  And then all along, during those discussions, there were

19   payments in support of those acts, is that correct?

20   A.  Correct.

21   Q.  And in total that payment was $5,775?

22   A.  That is the total of the transfers that I prepared summaries

23   of, yes.

24   Q.  Finally -- well, two more things.

25       You testified on direct -- on cross, excuse me, that -- I

1  think it was your testimony that Mr. Clemans resided in

2  Thailand, is that right?

3  A.  Yes.

4  Q.  Now, when you use the word "reside," do you use it in -- you

5  testified on direct that his visa required that he leave every

6  90 days, is that right?

7  A.  That is correct.

8  Q.  So when you say he resided, he resided there when he wasn't

9  required to leave, is that right?

10  A.  That's my understanding.

11  Q.  And you also testified that Mr. Clemans came home to

12  Sacramento on regular occasions and stayed at his mother's house

13  for sometimes extended periods, up to six months, is that right?

14  A.  Yes.

15  Q.  So do you think it's 100 percent accurate to say he resided

16  in Thailand?

17          MR. OLMOS:  Objection.  Leading.

18          THE COURT:  Sustained.

19  Q.  BY MR. ESPINOSA:  So, Special Agent Schofield, you testified

20  on direct and cross that eventually Mr. Clemans turned over

21  control of his Yahoo account to investigators; do you remember

22  that testimony?

23  A.  Yes.

24  Q.  When did he do that, what month and what year?

25  A.  I believe that was August of 2015.

1    Q.  And you testified earlier on direct that he was arrested --

2    that you arrested him in July of 2015, is that right?

3    A.  That is correct.

4    Q.  So he turned over that control a few months after he was

5    arrested, is that right?

6             MR. OLMOS:  Objection.  Mischaracterizes his

7    testimony.

8             THE COURT:  Sustained.

9    Q.  BY MR. ESPINOSA:  Was it a month?

10            THE COURT:  July 27th is when he was arrested.

11            THE WITNESS:  July 24th, he was arrested.  I don't

12   recall the exact date of the account turnover, but it was the

13   following month.

14   Q.  BY MR. ESPINOSA:  Mr. Olmos asked you at the time whether

15   you made any deals with Mr. Clemans or with Mr. Olmos; do you

16   remember that?

17   A.  Whether I promised him anything, yes.

18   Q.  Whether you promised him anything.  Mr. Clemans was

19   represented at that time, right?

20   A.  He was.

21   Q.  In Mr. Clemans chats with Nelia Cruz early in September of

22   -- September of 2013 and September 9th, 2013, you testified

23   earlier on direct that he stated he would deliver flight

24   information to Nelia Cruz in a couple of weeks, is that right?

25   A.  Yes.

1   Q.  So there was some specific discussion about travel as early

2   as September 9th, while Mr. Clemans was in the United States, is

3   that right?

4   A.  Yes.

5   Q.  Okay.  Finally, in a series of chats beginning at Exhibit 43

6   at page 1, 2, and 3 --

7       Let me start this way.  On cross-examination, you were asked

8   whether there was any evidence at all that Mr. Clemans had had

9   sex with a minor, and defense counsel showed you a text in which

10  Mr. Clemans said he had never encountered one of these girls.

11      Now in Exhibit 43, pages 1, 2 and 3, there is a discussion

12  about a 16-year-old girl, and then it ends with a discussion

13  about a different girl.

14      I would like your answer to whether you think, based on your

15  review of those chats, you think there is evidence that maybe

16  Mr. Clemans had a sexual encounter with a minor?

17  A.  (Witness reviewing document.)  Yes.  There is.

18  Q.  And what, among those chats, across those three chat

19  sessions, leads you to that conclusion?

20  A.  Near the end of page 3, at 11:02:24, Mr. Clemans says, "And

21  I know now that a girl 7 years can have sex."

22  Q.  Now previously in that discussion there is conversation

23  about a 16-year-old, who, according to the chats, had been

24  raped, right?

25  A.  Correct.

1    Q.  But this comment concerns a 7-year-old, is that right?

2    A.  That is his statement, yes.

3              MR. ESPINOSA:  No further questions, Your Honor.

4              THE COURT:  Any recross.

5              MR. OLMOS:  Very briefly.

6                            RECROSS-EXAMINATION

7    BY MR. OLMOS:

8    Q.  Agent Schofield, you became aware during the course of your

9    investigation that Mr. Clemans had an apartment in Bangkok,

10   right?

11   A.  Yes.

12   Q.  That's where he lived while he was in Bangkok, right?

13   A.  That is where he slept while he was in Bangkok, yes.

14   Q.  And you and your law enforcement counterparts executed a

15   search warrant there, didn't you?

16   A.  The Thai police did with our request and assistance, yes.

17   Q.  And that apartment had a bed in it, right?

18   A.  Yes.

19   Q.  It appeared as though it was lived in, right?

20   A.  It did.

21             MR. OLMOS:  Nothing further, Your Honor.  Thank you.

22             THE COURT:  All right.  Thank you.  You may step down.

23   Any other witnesses?

24             MR. ESPINOSA:  No further witnesses.

25             THE COURT:  Ladies and gentlemen, there are four

1   stipulations that the parties have entered into.  As I indicated

2   to you, I'm going to attach those to your jury instructions.

3   Stipulations are just items, issues that the parties have agreed

4   to, and you can treat them as evidence.  So you will actually

5   get those four stipulations.

6       I'll talk to the lawyers as to whether they want me to put

7   the entire stipulation in or just specific portions, because

8   some of the stipulations deal with exhibits, but I'll leave that

9   up to the parties.

10      But in any event, the Court accepts the stipulations.  They

11  will be part of the evidence.

12      Is there anything you want me to read to the jury

13  specifically at this point from the stipulations, or is it

14  sufficient just to send them into the jury room with the jury?

15      Mr. Olmos, same question to you, since you stipulated as

16  well.

17          MR. OLMOS:  I'm satisfied to have them sent in to the

18  jury, Your Honor.

19          MR. ESPINOSA:  Your Honor, the Government is satisfied

20  with having the stipulations delivered to the jury so long as

21  the parties all acknowledge that they will be in evidence.

22          THE COURT:  They are in evidence.  I just admitted

23  them.  They are in evidence.

24      And then subject to the Court confirming what exhibits have

25  been admitted, the Government rests?

1            MR. ESPINOSA:  Yes, Your Honor.

2            THE COURT:  Okay.  So I'm going to have you come back

3    on 10:00 after your Labor Day weekend.  Eat lots over the

4    weekend, except on Monday; get a lot of rest on Monday, and I'll

5    have you come back at 10:00 a.m. on Tuesday.

6        It appears to me that you will begin deliberations on

7    Tuesday.  So it becomes even more important, although it's

8    always important, please don't discuss the case with anyone,

9    don't let people know what you've been doing the past week,

10   don't discuss this case at all, don't let anyone try to get you

11   to discuss the case.

12       Please report any violations.  And don't get on the internet

13   or do any type of research regarding anything that you've seen

14   or heard with respect to this case.

15       And, again, given that you're going to begin deliberations

16   next week, please, these admonitions become even more important.

17   So enjoy the weekend, put this out of your mind for a few days,

18   and then we will resume on Tuesday.  I really appreciate all

19   that you've done this week.  And as I said, we've moved a little

20   faster.  So we'll see you back here on Tuesday.  Enjoy the long

21   weekend folks.  Okay.

22       (Jury out.  4:21 p.m.)

23            THE COURT:  Outside the presence of the jury.  So

24   working from your amended exhibit list filed at docket 84, I'm

25   simply going to indicate to you the exhibits that I have in my

1    notes that were not admitted.

2        First one would be Exhibit 40.5, and then pages 20 to 23 on

3    Exhibit 42, Exhibit 93, and Exhibit 94.  That's it.  Otherwise,

4    everything else was admitted.

5              MS. KENNEDY:  That's what we have, Your Honor.

6              THE COURT:  All right.  So the Government has rested.

7    Here's what I suggest.  Mr. Olmos, if you want to submit

8    anything further, anything specifically in writing with respect

9    to a motion at this point, you can do so.  Just get it filed by

10   tomorrow.

11       Unfortunately, it means the Government would have to work

12   over the weekend, but I'm sure you would want to respond and get

13   that to me by Monday.

14       We will take it up first thing Tuesday morning.  We'll have

15   you come in about 9:15 a.m., and we will discuss the motion.

16             MR. OLMOS:  Understood, Your Honor.

17             THE COURT:  If you don't file anything, that's fine.

18   You're still going to get a chance to argue away first thing

19   Tuesday morning.

20             MR. OLMOS:  Thank you, Your Honor.  And I informed

21   counsel yesterday evening -- I neglected to inform the Court

22   this morning, which I planned to do -- that I do not plan on

23   calling Dr. Patterson.

24             THE COURT:  So no witnesses?

25             MR. OLMOS:  No witnesses.

1          THE COURT:  Okay.  So we'll go right into closing if I

2     deny the motion.  Anything further?

3          MR. OLMOS:  I don't believe so.

4          MR. ESPINOSA:  Nothing further.

5          THE COURT:  Enjoy the weekend, folks.

6       (Court adjourned.  4:23 p.m.)

7

8                         CERTIFICATION

9

10       I, Diane J. Shepard, certify that the foregoing is a correct

11    transcript from the record of proceedings in the above-entitled

12    matter.

13                          /s/ DIANE J. SHEPARD
                          DIANE J. SHEPARD, CSR #6331, RPR
14                          Official Court Reporter
                          United States District Court

15

16

17

18

19

20

21

22

23

24

25