```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF CALIFORNIA
 3                              --o0o--
 4  UNITED STATES OF AMERICA,    ) Case No. 2:15-cr-00227-JAM
                                 )
 5              Plaintiff,       ) Sacramento, California
                                 ) Monday, July 17, 2017
 6       vs.                     ) 2:02 P.M.
                                 )
 7  MICHAEL CAREY CLEMANS,       ) Hearing re:  arraignment.
                                 )
 8              Defendant.       )
                                 )
 9                       TRANSCRIPT OF PROCEEDINGS
10            BEFORE THE HONORABLE CAROLYN K. DELANEY
                   UNITED STATES MAGISTRATE JUDGE
11
    APPEARANCES:
12
    For Plaintiff:               COLLEEN M. KENNEDY
13                               ANDRE M. ESPINOSA
                                 U.S. Attorney's Office
14                               501 I Street, Suite 10-100
                                 Sacramento, CA   95814
15                               (916) 554-2700

16  For Defendant:               DANIEL B. OLMOS
                                 Nolan Barton & Olmos, LLP
17                               600 University Avenue
                                 Pal Alto, CA   94301
18                               (650) 326-9704

19  Court Recorder:              JONATHAN ANDERSON
                                 U.S. District Court
20                               501 I Street, Suite 4-200
                                 Sacramento, CA   95814
21                               (916) 930-4193

22  Transcription Service:       Petrilla Reporting &
                                   Transcription
23                               5002 - 61st Street
                                 Sacramento, CA   95820
24                               (916) 455-3887

25  Proceedings recorded by electronic sound recording;
    transcript produced by transcription service.
```

1

      SACRAMENTO, CALIFORNIA, MONDAY, JULY 17, 2017, 2:02 P.M.

   (Call to order of the Court.)

       THE CLERK: Calling Criminal Case 15-227-JAM, United States v. Michael Carey Clemans, on for arraignment on the superseding indictment.

       MR. ESPINOSA: Good afternoon, Your Honor. Andre Espinosa and Colleen Kennedy for the United States.

       THE COURT: Good afternoon.

       MR. OLMOS: Good afternoon, Your Honor. Daniel Olmos appearing with Michael Clemans. He is present before the Court in custody.

       THE COURT: Thank you.

       Mr. Clemans, as you know, you have the right to counsel throughout these proceedings. This includes the right to have counsel appointed for you if you cannot afford to hire your own. I understand that Mr. Olmos is representing you and has been retained.

       You have the right to remain silent in these proceedings. You're not required to make any statement here today. Anything you do say may be used against you.

       Mr. Olmos, have you received a copy of the superseding indictment and reviewed it with Mr. Clemans?

       MR. OLMOS: Yes, I have, Your Honor.

       THE COURT: In summary, sir, you've been charged in

2

1  this indictment, superseding indictment, rather, with one count
2  of travel and attempted travel with intent to engage in illicit
3  sexual conduct in violation of Title 18 U.S. Code Sections
4  2423(B) and (E).  If convicted of this charge you face not more
5  than 30 years in prison, a fine of $250,000, supervised release
6  of at least five years and up to life, and a $100 special
7  assessment.
8           Count 2 charges you with a violation of Title 18 U.S.
9  Code Section 2423(B) and (E), conspiracy to travel with intent
10 to engage in illicit sexual conduct.  Again, if convicted of
11 this charge you face not more than 30 years in prison, a fine
12 of $250,000, supervised release of at least five years up to
13 life and a special assessment of $100.
14          Count 3 charges you with a violation of 18 U.S.C.
15 2251 (C) and (E) conspiracy to produce child pornography.  If
16 convicted of this offense, you face not less than 15 years in
17 prison and a maximum of 30 years in prison, a fine of $250,000,
18 and supervised release of at least five years and up to life
19 along with a special assessment of $100.
20           In count 4 you're charged with the buying of children
21 in violation of Title 18 U.S. Code Section 2251(A) subsection
22 (b)(i).  If convicted of this offense you face a mandatory
23 minium of 30 years in prison, a maximum of life in prison, a
24 fine of $250,000, supervised release of at least five years and
25 up to life, an a special assessment of $100.

3

1           Count 5 charges the production of child pornography
2  in violation Title 18, U.S. Code Section 2251(C) and (E).  You
3  face penalties of at least 15 years in prison and a maximum of
4  30 years in prison, a fine of up to $250,000, supervised
5  release  of at least five years up to life and a special
6  assessment of $100.
7           Count 6 charges a violation of Title 18 U.S. Code
8  Section 2252(A)(2), receipt of child pornography.  This charge
9  carries a mandatory minimum sentence of five years in prison
10 and a maximum sentence of 20 years in prison, a fine of
11 $250,000, supervised release of at least five years to life and
12 a special assessment of $100.
13          In addition, the government seeks to forfeit certain
14 property listed in the indictment if you are convicted of the
15 underlying charge or charges in this matter.
16          Mr. Olmos, do you waive a full reading of this
17 superseding indictment?
18          MR. OLMOS:  Yes.
19          THE COURT:  All right.  Do you want pleas of not
20 guilty to be entered?
21          MR. OLMOS:  Yes, Your Honor, on all counts.
22          THE COURT:  That will be entered onto the record.
23          I understand that Mr. Clemans has already been
24 detained and that you have a jury trial scheduled for August
25 21st.  Is that right, Mr. Espinosa?

4

1         MR. ESPINOSA: That's correct, Your Honor.
2         THE COURT: All right. Do you need any time excluded
3 or has that already been done?
4         MR. ESPINOSA: Your Honor, I believe time is excluded
5 through trial in this matter.
6         MR. OLMOS: That's my understanding as well, Your
7 Honor.
8         THE COURT: All right. So is there anything further
9 to do?
10        MR. ESPINOSA: Nothing further today, Your Honor.
11        THE COURT: Anything further, Mr. Olmos?
12        MR. OLMOS: No, Your Honor. Thank you.
13        THE COURT: Okay. Thank you.
14    (Whereupon the hearing in the above-entitled matter was
15 adjourned at 2:07 p.m.)
16                       --o0o--
17                      CERTIFICATE
18    I certify that the foregoing is a correct transcript from
19 the electronic sound recording of the proceedings in the above-
20 entitled matter.
21
22 /s/ Patricia A. Petrilla         September 27, 2018
23 Patricia A. Petrilla, Transcriber
24 AAERT CERT*D-113
25