UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CAREY CLEMANS,<br><br>　　　　Defendant. | No.  2:15-cr-00227-JAM<br><br>**ORDER GRANTING IN PART AND DENYING IN PART GOVERNMENT'S MOTION** |

　　　On July 22, 2021, the Government filed a motion for turnover of funds in Defendant's trust account and to adjust his payment schedule.  See ECF No. 144.  Good cause having been shown for the turnover of funds, the Court grants the Government's request and hereby orders BOP to turn the $1,218.51 over to the Clerk of Court.  However, the request to adjust Defendant's payment schedule is denied.

　　　The Clerk is directed to serve the BOP a copy of the order.

　　　IT IS SO ORDERED.

Dated:  July 26, 2021　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE