PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CAREY CLEMANS,<br><br>　　　　Defendant. | CASE NO.  15-CR-00227-JAM<br><br>UNITED STATES **REDACTED** *EX PARTE* NOTICE OF IDENTIFICATION OF JUVENILE VICTIMS WITHIN RESTITUTION ORDER FOR PURPOSE OF PAYMENT OF RESTITUTION<br><br>[18 U.S.C. § 3509(d)(2)] |

Pursuant to 18 U.S.C. § 3509(d)(2), the United States hereby files *ex parte* this notice of identification of the juvenile victims "Angel," "Nicole," and "Ishin," as referenced in the court's October 3, 2018, Order Regarding Restitution (ECF No. 140) in the instant case and for the purpose of successfully and timely delivering this victim's restitution payments as adjudged therein.

Section 3509(d)(2) provides:

> All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order.  The person who makes the filing shall submit to the clerk of the court –
>
> (A)　　The complete paper to be kept under seal; and
>
> (B)　　the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record.

In light of the above directive, and in an effort to maximize the Court's ability to successfully contact and make payments to the above-referenced minor victims when restitution payment(s) regarding this victim are received, the government identifies juvenile victims "Angel," "Nicole," and "Ishin," as follows:

1.    Victim "Angel":

    Name: ███████████

    DOB: ██████

    Bank Account Information: ████████████████████
    ███████████████

2.    Victim "Nicole":

    Name: ████████

    DOB: ██████

    Bank Account Information: ██████████████████████
    ███████████████

3.    Victim "Ishin":

    Name: ███████

    DOB: █████

    Bank Account Information: ████████████████████
    ███████████████

As further required by 18 U.S.C. § 3509(d)(2)(B), the United States provides a redacted version of this notification to the clerk of the court that redacts reference to this victim's identity (either directly or through reference to this victim's representative, if any) and can be "placed in the public record."

UNITED STATES' REDACTED *EX PARTE* NOTICE OF IDENTIFICATION OF
JUVENILE VICTIMS WITHIN RESTITUTION ORDER FOR PURPOSES OF
PAYMENT OF RESTITUTION

2

Respectfully Submitted,

Dated: June 8, 2022

PHILLIP A. TALBERT
United States Attorney

By:   */s/ Colleen M. Kennedy*
COLLEEN M. KENNEDY
Assistant U.S. Attorney

UNITED STATES' REDACTED *EX PARTE* NOTICE OF IDENTIFICATION OF
JUVENILE VICTIMS WITHIN RESTITUTION ORDER FOR PURPOSES OF
PAYMENT OF RESTITUTION

3