PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CAREY CLEMANS,<br><br>Defendant. | CASE NO. 2:15-cr-00227-JAM<br><br>**ORDER RE: *EX PARTE* REQUEST FOR ORDER AUTHORIZING RESTITUTION TO TRUE IDENTITIES OF JUVENILE VICTIMS** |

**<u>ORDER</u>**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the the restitution ordered by this Court on October 3, 2018, to be paid to minor vicitms referred to as "Angel," "Nicole," and "Ishin" (*see* ECF No. 140) may be disbursed to the true identities of those individuals as disclosed in the United States' *Ex Parte* Notice of Identification of Juvenile Victims Within Restitution Order for Purpose of Payment of Restitution (*see* ECF Nos. 146-148).

Dated: November 03, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE